# Mississippi Electronic Courts
## Second Circuit Court District of Mississippi (Harrison Circuit Court - Gulfport)
### CIVIL DOCKET FOR CASE #: 24CI1:23-cv-00167

Wint v. Bartholomew et al
Assigned to: Judge Lisa P. Dodson

**Upcoming Settings:**

None Found

Date Filed: 05/12/2023
Current Days Pending: 28
Total Case Age: 28
Jury Demand: None
Nature of Suit: Bad Faith (176)

---

**Plaintiff**

**Leyton L. Wint**
4759 Saddle Ridge Rd.
Powder Springs, GA 30127

represented by **Jason Ruiz**
1712 15th Street
Suite 300
GULFPORT, MS 39501
228-276-0302
Fax: 866-605-9303
Email: jruiz@morrisbart.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Dillon R. Bartholomew**
10424 Autumn Dr.
Gulfport, MS 39503

**Defendant**

**Ace American Insurance Company**
c/o CT Corporation System
645 Lakeland East Dr., Ste. 101
Flowood, MS 39232

represented by **Michael R. Moore**
Bryan, Nelson, Schroeder, Castigliola &
Banahan, PLLC
PO Drawer 1529
PASCAGOULA, MS 39568
228-762-6631
Fax: 228-769-6392
Email: michael@bnscb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

---

| Date Filed | # | Docket Text |
|---|---|---|
| 05/12/2023 | 1 | COMPLAINT against Ace American Insurance Company, Dillon R. Bartholomew, filed by Leyton L. Wint. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Civil Cover Sheet,) (Davis, April) (Entered: 05/12/2023) |

Second Circuit Court District-Docket Report

| 05/12/2023 | 2 | SUMMONS Issued to Ace American Insurance Company. (Davis, April) (Entered: 05/12/2023) |
| 05/12/2023 | 3 | SUMMONS Issued to Dillon R. Bartholomew. (Davis, April) (Entered: 05/12/2023) |
| 05/24/2023 | 5 | MOTION to Amend/Correct 1 Complaint, *(Plaintiff's Motion to Amend Complaint and to Substitute Party in Interest)* by Plaintiff Leyton L. Wint (Attachments: # 1 Exhibit 1- Proposed First Amended Complaint,) (Ruiz, Jason) (Entered: 05/24/2023) |
| 06/09/2023 | 6 | NOTICE of Notice of Removal by Ace American Insurance Company (Attachments: # 1 Exhibit A- Notice of Removal,) (Moore, Michael) (Entered: 06/09/2023) |

**IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI**
**FIRST JUDICIAL DISTRICT**

**LEYTON LLOYD GEORGE WINT**                                          **PLAINTIFF**

**VS.**                                                         CAUSE NO.: A2401-2023-167

**DILLON RAY BARTHOLOMEW AND**
**ACE AMERICAN INSURANCE COMPANY**                        **DEFENDANTS**

## COMPLAINT

### Introduction

1. Leyton Wint seeks and demands judgment against Dillon Ray Bartholomew and Ace
   American Insurance Company for damages arising out of a car wreck that occurred in
   Harrison County, MS, on April 22, 2022.

2. Mr. Wint seeks a judgment against Mr. Bartholomew for his full measure of damages and
   losses as allowed under Mississippi law based upon Mr. Bartholomew's negligent conduct,
   which, upon information and believe appears to rise to a level of gross and/or reckless
   disregard and warrants punitive damages.

3. Mr. Wint seeks judgment against ACE American Insurance Company (ACE) for payment and
   indemnification of the full measure of their damages as caused by Mr. Bartholomew who as at
   the time of this loss an underinsured driver.

4. Mr. Bartholomew had only $25,000 in insurance coverage per individual per wreck. This
   amount, alone, is less than Mr. Wint's emergency room bills.

5. Mr. Wint further seeks judgment against ACE for bad faith in handling of his claim. ACE has
   refused to provide policy documents, refused to confirm or acknowledge whether there is
   underinsured or uninsured motorist coverage on the policy at issue, failed to make reasonable
   prompt investigation, failed to give adequate explanation for the delays and has, in general,

F I L E D
MAY 1 2 2023
CONNIE LADNER
CIRCUIT CLERK
By_____ D.C.

acted in complete disregard for Mr. Wint. These actions have necessitated the filing of this lawsuit.

### *Parties, Venue & Jurisdiction*

6. Leyton Lloyd George Wint is currently a resident of Cobb County, Georgia.

7. Dillon Ray Bartholomew is a resident of Gulfport, Harrison County, Mississippi.

8. ACE American Insurance Company is licensed to do and doing business in Mississippi.

9. This Court has jurisdiction over the parties and subject matter and venue is proper here.

### *Underlying Facts & Circumstances*

10. Friday, April 22, 2022, around 12:42 A.M., Mr. Bartholomew was traveling eastbound on I-10 in the left lane when he rear-ended a construction truck that was also traveling eastbound in the left lane.



11. The construction truck was driven by Mr. Wint.

12. Mr. Bartholomew disregarded flashing lights that were merging vehicles to the right lane.

13. Mr. Bartholomew also passed two other trucks, before striking Mr. Wint's truck, warning him of lane closures.

14. Mr. Wint's injuries include but are not limited to an exacerbation of low back injuries that Mr. Wint had before this wreck happened.

15. Due to the wreck, he had to take an ambulance to Memorial Hospital in Gulfport where he had x-rays, was treated and released.

16. Mr. Wint has also had visits with medical doctors and physical therapy and has accumulated over $36,000 in medical bills to date due to his injuries.

17. Mr. Wint's damages were caused by the wreck and include but are not limited to medical bills and amounts to be determine by the jury for the type and duration of injuries, pain and suffering, loss of enjoyment of life, mental anguish, and fear for the future of their injuries.

18. Mr. Bartholomew caused the above-stated injuries and damages due to his negligence, gross negligence and reckless disregard for the motoring public and construction crew:

   a. In violating Miss. Code Ann. § 63-3-516 by operating his vehicle at an excessive speed whenever workers were present and a highway work zone was indicated by the placement of signs warning traffic to slow down and merge into another lane.

   b. In violating, Miss. Code Ann. § 63-3-505, which states in pertinent part that the driver or operator of any motor vehicle must decrease speed when special hazard exists with respect to pedestrians or other traffic.

   c. In violating Miss. Code Ann. § 63-3-603 in failing to abide the Rules of the Road for proper use of lanes whenever any roadway has been divided into three or more clearly marked lanes of traffic.

   d. In violating Miss. Code Ann. § 63-3-1213 in operating a vehicle in a careless and imprudent manner.

   e. By operating a vehicle at an excess rate of speed in violation of Miss. Code Ann. § 63-3-511, *et. seq.*

   f. By violating the duty to be alert for other vehicles.

   g. By failing to maintain reasonable and proper control of the vehicle.

   h. By exhibiting a gross and/or reckless disregard for the safety of the Plaintiff.

   i. By failing to see what should have been seen.

   j. By failing to keep a proper lookout.

   k. By violating the absolute duty to have his car under proper control, to be on the alert on the highway, and avoid striking plain objects.

l. All other acts of negligence and/or gross negligence which were the cause of the collision sued upon and will be made known during litigation and/or shown at the trial of this matter, all of which are hereby incorporated herein as a matter of law pursuant to Miss. R. Civ. P., Rule 15(b).

*The Underinsured/Uninsured Motorist Claim*

19. At the time of the wreck, Mr. Wint was working for a company named TRP Construction Group who was insured by ACE who hired ESIS, Inc., as a third-party administrator for the policy.

20. Upon information and belief, the ACE policy provides uninsured / underinsured motorist coverage to Mr. Wint even though they will neither confirm nor deny it.

21. Upon information and belief, Mr. Wint is an "insured" under the ACE policy because he was driving a work truck insured by ACE at the time of the wreck as the truck was owned by TRP Construction Group LLC, Mr. Wint's former employer.

22. The terms, conditions and limits of the ACE policy are unknown as of the time of this filing though.

23. Despite numerous requests for a copy of the policy, ACE, its agents, and representatives, have refused to provide a copy of the policy. Consequently, the undersigned does not even know what state the policy was issued in, where it was negotiated, where it was expected be performed, the legal name of its policyholders, where it was delivered to and other key and pertinent information.

24. It is known that Mr. Bartholomew, the at-fault driver, had individual limits of $25,000 with GEICO General Insurance Company at the time of the wreck. (Ex. 1, Declarations Sheet).

25. November 22, 2022, a "Demand" was sent to Geico to offer to tender its policy limits to settle the claim against Mr. Bartholomew. (Ex. 2, Demand Cover Letter).

26. November 29, 2023, Geico offered their limits of $25,000 to settle the claims that Mr. Wint has against Mr. Bartholomew.

27. On December 7, 2022, a "UM Demand" was sent to ACE, the underinsured motorist carrier by and through its third-party administrator, ESIS, Inc., doing business as Chubb Global Insurances Group. Here is what was presented along with a copy of all of Mr. Wint's records and bills to that point in time:

> Dear Aureliano and Melissa:
>
> Enclosed please find documentation to substantiate the claims of my client, Leyton Wint, for all damages due, including but not limited to, facial, rib and back pain, sustained as a direct result of the collision with Dillon Ray Bartholomew, on April 22, 2022. Mr. Wint has incurred the following special and specific expenses as a direct result of that collision:

| | Date(s) | Charges |
|---|---|---|
| American Medical Response | 4/22/22 | $1,487.00 |
| Memorial Hospital at Gulfport | 4/22/22 | $31,656.10 |
| Memorial Emergency Physicians | 4/22/22 | $619.00 |
| SMB Radiology | 4/22/22 | $1,180.04 |
| Wellstar Health System | 6/20/22 | $147.00 |
| Resurgens Orthopaedics & Physical Therapy | 6/3/22; 7/14/22; 7/18/22; 7/20/22 | $1,476.00 |
| **TOTAL** | | **$36,656.14** |

> We now demand that ESIS o/b/o Chubb, pursuant to the uninsured and medical payments provisions of the policy of insurance issued to TRP Construction Group, LLC, make a good faith tender of your policy limits within thirty days from the date of this letter and to comply with the duties imposed upon it under its contract of insurance.
>
> Sincerely,
>
> Jason Ruiz
>
> JRUI/dseo

(Ex. 3, Cover Letter, UM Demand). Supporting records and bills were included.

28. It has been over six months since the UM Demand was forwarded to ACE via its agents and representatives.

29. To date, no offer has been made to resolve the UM claim.

30. Upon information and belief, Mr. Wint qualifies for uninsured / underinsured motorist coverage per the ACE policy and as per the Mississippi UM Act (or, under the laws of whatever state governs the interpretation of ACE's duties, rights and obligations).

*ACE's Bad Faith*

31. It should be noted that ACE and its representatives have refused to provide a copy of the controlling policy for this wreck or to provide any information.

32. As the timeline below illustrates, ACE has acted in systematic and deliberate bad faith in this matter and failed to timely, adequately and/or promptly investigate it.

33. Furthermore, ACE has refused to waive a meritless subrogation claim.

34. May 27, 2022, Donna Seoane, paralegal, at Morris Bart, Ltd., contacted ESIS, Inc., to set up the UM claim. The same day a report was generated confirming the UM claim having been setup. (Ex. 4, Confirmation Report of Claim Setup).

35. October 20, 2022, a letter was sent to ESIS regarding the UM claim as it had not yet been acknowledged. (Ex. 5 Letter October 20, 2022).

36. November 22, 2022, a "Demand" was sent to Geico to offer to tender its policy limits to settle the claim against Mr. Bartholomew. (Ex. 2, Demand Cover Letter).

37. November 29, 2023, Geico offered their limits of $25,000 to settle the claims that Mr. Wint has against Mr. Bartholomew. (Ex. 6, Liability Limits Offer).

38. December 7, 2022, a "UM Demand" was sent to ACE, the underinsured motorist carrier by and through its third-party administrator, ESIS, Inc., doing business as Chubb Global Insurances Group. Here is what was presented along with a copy of all of Mr. Wint's records and bills to that point in time. (Ex. 3, UM Demand 12/7/22).

39. December 7, 2022, over six months before the filing of this lawsuit, ESIS Team Leader, Aureliano Chavez emailed the undersigned to acknowledge the demand and stated: "Unfortunately the claim was not reported correctly so only a report number was created but

never registered and investigated so a new claim will need to be opened. Once the new claim is opened we will review if UIM coverage is available and if it is available then we will proceed with reviewing your demand." (Ex. 7, Email 20230508 (Ack of Demand)).

40. January 12, 2023, the UM Demand was re-submitted with a request for status. (Ex. 8, Email 20230508 (Fup on Demand)).

41. January 13, 2023, a series of emails were exchanged between the undersigned and Mr. Maninderjit "Johnny" Singh about the matter demonstrating that the UM carrier had done nothing on the case to this point. They had not reviewed the information from the claim report, police report, letters and/or documents from Geico or any of the records and/or bills from the demand. (Ex. 9, Email 20230113 (Confirmation of No Investigation)).

42. Four days later, Mr. Singh was asked, again, to confirm the name of the UM Underwriter/Carrier, the existence of coverage and requested again to provide the declarations page and the policy. To which, Mr. Singh showed a complete lack of understanding of the case:

- He asked first, "Who is your client?" even though this was listed on the subject line.

- He next stated, "Now if he has sustained injuries he needs to report it to the other carrier. If he still needs treatment he should report to his employer for WC. The UM policy is large since this is a commercial account. I cannot disclose the figure since I will not handle any injuries," showing that he had not reviewed any of the material submitted.

- Finally, he had to be asked again who the carrier is, to which, he finally replied that it was ACE.

  (Ex. 10, Email 20230117 (Fup and Name of Carrier)).

43. January 30, 2023, Mr. Singh emailed the undersigned acknowledging the "extreme" nature of the delays that have been involved and that he asked for the claim to be expedited. (Ex. 11, Email 20230130).

44. February 23, 2023, ACE was again asked to provide the insurance policy and declarations and warned that the handling of the claim seemed to be teetering into bad faith territory to which Mr. Singh merely stated, "Everything will be provided once I know coverage applies." (Ex. 12, Email 20230223 (Concern for Bad Faith)).

45. After several emails attempting to follow-up with Mr. Singh (3/14/23, 4/6/23 and 5/1/23), he replied, "The file is still in coverage. The underwriter [ACE] is not sending the complete UM/UIM endorsement forms." (Ex. 13, Email 20230501 (still in coverage)).

46. On May 8, 2023, more than six months after the UM Demand, Mr. Singh for ACE, was asked, "Can you, at least, confirm that the UM carrier is not pursuing subrogation so we can settle the underlying liability claim?" to which he replied, same day, "I cannot confirm any of this. Thank you." (Ex. 14, Email 20230508 (Cannot Confirm Anything)).

47. So, it is within this constellation of occurrences that Mr. Wint, individually and as a third-party beneficiary to the policy at issue, presents his bad faith claim, specifically and generally, against ACE based on the following breaches of duty:

    a. Failed to conduct an adequate and timely investigation.

    b. Breached the duties of good faith and fair dealing.

    c. Has caused delay in the handling of the claim.

    d. Failed to deliver a copy of the insurance policy to Mr. Wint or to provide a declarations page.

    e. Failed to articulate an arguable reason for not paying the claim in a timely manner, in whole or in part.

    f.  Has caused a delay in Mr. Wint accepting the liability limits offered by refusing to waive or acknowledge the lack of basis to support a subrogation claim. This unwillingness to confirm that subrogation is not applicable, appropriate and/or not being pursued has hindered Mr. Wint's ability to settle his claim against Mr. Bartholomew.

    g.  Failed to comply with the terms of its own policy and the applicable law that governs it.

    h.  Failed to comply with all claims procedures and policies.

    i.  Failed to interview all material witnesses.

    j.  Failed to review submitted documentation.

    k.  Failed to request or gather additional documentation necessary to investigate the claim.

    l.  Failed to communicate with physicians.

    m.  Failed to inspect the vehicles involved.

    n.  Failure to honor the claim.

48. It is believed that ACE conduct, by and through its agents and representatives, rises to the level of an independent tort.

49. ACE's handling of this claim violates standards of decency, fairness and reasonableness.

50. ACE has exhibited gross disregard for Mr. Wint's rights.

51. All insureds, including Mr. Wint, have the right to be treated fairly and honestly when making a claim.

52. All insureds, including Mr. Wint, have the right to receive a written explanation of why a claim is denied, in whole or in part.

53. All insureds, including Mr. Wint, have the right to receive good service from competent, honest individuals and producers, and to have their questions addressed fully and promptly.

54. Mr. Wint has incurred additional losses due to the bad faith including but not limited to attorneys fees and expenses that he would not have occurred but for the bad faith, additional emotional distress, financial strain from being unable to settle the underlying claim sooner,

had to work extra hours and jobs, marital strain, sleep deprivation and also seeks common law and statutory punitive damages to punish ACE for its conduct.

55. As ACE and its agents and representatives have refused to provide the applicable policy at issue, it is difficult to discern and plead fully and necessary facts and law according to the applicable state law concerning the bad faith claim. Such conduct epitomizes the touchstone of an insurer's bad-faith liability in that ACE has acted with the utmost unreasonableness in processing Mr. Wint's UM claim.

56. Upon information and belief, this UM policy may be subject to Texas law as Mr. Wint's employer's main office appears to be in Texas. If so, Mr. Wint seeks all damages available under applicable common and statutory law. The insurer, as noted above, lacks a reasonable basis for the delays in handling this claim. In furtherance of such and in addition to what is stated above, Mr. Wint would show that ACE's bad-faith conduct breaches the common-law duty on insurers to deal fairly and in good faith with their insureds has resulted in additional damages: (1) benefit of the bargain damages for the accompanying breach-of-contract claim, (2) compensatory damages for the tort of bad faith, and (3) punitive damages for intentional, malicious, fraudulent, and/or grossly negligent conduct.

57. Upon information and belief, this UM policy may be subject to Georgia law as Mr. Wint was hired out of the Georgia office for TRP Construction Group LLC. If so and in furtherance of such and in addition to what is stated above, Mr. Wint seeks damages under O.C.G.A. § 33-4-6 as it is evidence (1) that the claim is covered under the policy, (2) that a demand for payment was made against the insurer within 60 days prior to filing suit, and (3) that the insurer's failure to pay was motivated by bad faith.

*Conclusion*

58. Therefore, on these premises and those discovered throughout the litigation of this matter,

Mr. Wint demands a judgment and trial by jury against Mr. Bartholomew and ACE American

Insurance Company and both will be held to account for their actions.

**RESPECTFULLY SUBMITTED**, this the _11_ day of _May_ , 2023.

> **MORRIS BART, LTD.**
> **1712 15TH STREET, SUITE 300**
> **GULFPORT, MS 39501**
> **(228) 276-0302, Telephone; (866) 605-9303, Fax**
> **JRuiz@MorrisBart.com**
>
>
> BY:
> _____
> **JASON RUIZ, MSB # 101768**



**GEICO General Insurance Company**
One GEICO Center
Macon, GA 31295-0001

Tel: 1-800-841-3000

# Declarations Page

This is a description of your coverage.
Please retain for your records.

## Policy Number: 4118-07-56-64
## Coverage Period:

12-01-21 through 06-01-22
Your coverage begins and ends at 12:01am local time at the
address of the named insured.

Endorsement Effective: 03-01-22

Date Issued: March 1, 2022

ANGIE J BARTHOLOMEW AND DARRYL
 R BARTHOLOMEW
10424 AUTUMN DR
GULFPORT MS 39503-8160

Email Address: darrylbrthlmw@yahoo.com

| Named Insured | Additional Drivers |
|---|---|
| Angie June Bartholomew | Darryl Bartholomew Jr |
| Darryl Ray Bartholomew | Dillon Ray Bartholomew |

| Vehicles | VIN | Vehicle Location | Finance Company/ Lienholder |
|---|---|---|---|
| 1 2007 M Benz C230 | WDBRF52H27E023801 | GULFPORT MS 39503-8160 | |
| 2 2020 Nissan Pathfinder | 5N1DR2BN2LC645064 | GULFPORT MS 39503-8160 | Keesler Federal Credit Union |
| 3 2021 Honda Civic | 19XFC2F81ME002380 | GULFPORT MS 39503-8160 | HONDA FINANCIAL |
| 4 2021 Honda Civic | 19XFC2F88ME004269 | GULFPORT MS 39503-8160 | JP MORGAN CHASE BANK |

| Coverages* | Limits and/or Deductibles | Vehicle 1 | Vehicle 2 | Vehicle 3 | Vehicle 4 |
|---|---|---|---|---|---|
| Bodily Injury Liability Each Person/Each Occurrence | $25,000/$50,000 | $62.90 | $82.10 | $229.50 | $174.30 |
| Property Damage Liability | $50,000 | $38.30 | $55.80 | $157.70 | $119.70 |
| Medical Payments | $1,000 | $7.70 | $6.70 | $12.40 | $7.10 |
| Uninsured Motorists Bodily Injury Each Person/Each Occurrence | $25,000/$50,000 | $44.20 | $95.70 | $95.70 | $95.70 |
| Property Damage | $50,000 | $19.00 | $31.50 | $31.50 | $31.50 |
| Comprehensive (Excluding Collision) | $1,000 Ded | $72.60 | $79.30 | $140.80 | $99.70 |

T-H

DEC_PAGE (03-14) (Page 1 of 4)



Continued on Back
Endorsement Page 3 of 6

| Coverages* | Limits and/or Deductibles | Vehicle 1 | Vehicle 2 | Vehicle 3 | Vehicle 4 |
|---|---|---|---|---|---|
| Collision | $1,000 Ded | $59.90 | $129.00 | $468.10 | $355.40 |
| Emergency Road Service | ERS FULL | $12.60 | $4.30 | $3.70 | $3.70 |
| Rental Reimbursement | $30 Per Day $900 Max | $18.50 | $18.50 | $18.50 | $18.50 |
| Mechanical Breakdown | $250 Ded | - | $80.60 | $76.70 | $76.70 |
| **Six Month Premium Per Vehicle** | | **$335.70** | **$583.50** | **$1,234.60** | **$982.30** |

| **Total Six Month Premium** | **$3,136.10** |
|---|---|

*Coverage applies where a premium or $0.00 is shown for a vehicle.

If you elect to pay your premium in installments, you may be subject to an additional fee for each installment. The fee amount will be shown on your billing statements and is subject to change.

## Discounts

| The total value of your discounts is | $912.20 |
|---|---|
| Passive Restraint/Air Bag (All Vehicles) | $22.30 |
| Seatbelt (All Vehicles) | $5.80 |
| Multi-Car (All Vehicles) | $434.60 |
| 5 Year Good Driving (Veh 1, 2, 4) | $204.40 |
| Anti-Theft Device (All Vehicles) | $20.60 |
| Anti-Lock Brakes (All Vehicles) | $53.20 |
| New Car (Veh 2, 3, 4) | $39.10 |
| Good Student (Veh 3) | $132.20 |

**Contract Type:**   FAMILY

**Contract Amendments:**  ALL VEHICLES - A30MS(08-07) A54MS(06-20)

**Unit Endorsements:**   UE316(07-11) (VEH 2,3,4); A115S(08-20) (VEH 1,2,3,4); M700ERSS(08-20) (VEH 1,2,3,4); A431(05-11) (VEH 1,2,3,4); A180(02-96) (VEH 2,3,4)

Countersigned by Authorized Representative

*James Lewis*

---

### Important Policy Information

- Please review the front and/or back of this page for your coverage and discount information.

Continued on Next Page

### Important Policy Information

- Reminder - Physical damage coverage will not cover loss for custom options on an owned automobile, including equipment, furnishings or finishings including paint, if the existence of those options has not been previously reported to us. This reminder does NOT apply in VIRGINIA, however, in Virginia coverage is limited for custom furnishings or equipment on pick-up trucks and vans but you may purchase coverage for this equipment. Please call us at 1-800-841-3000 or visit us at geico.com if you have any questions.

- A credit or discount has been applied to this policy:  Good Student.

# MORRIS **BART**, LTD.

### ATTORNEYS AT LAW

1712 15th Street, Suite 300

Gulfport, Mississippi 39501-2140

*Morris Bart, LA
Kenneth Altman, MS, LA, FL, AL
Terry B. Loup, MS, LA, TX
Craig A. Gentry, MS, LA
Jason Ruiz, MS
Scott Bishop, MS
Susan Sanich, MS, AL
Ryan Canon, MS, AL
Melinda Parks, MS, AL
Christopher Fitzgerald, MS
Andrew Reish, MS
Ida Henley, MS
Kanesha Johnson, MS
Brigg Austin, AL, MS
Mary Ashley Miller, MS
Dale Long, MS
Laithan Simmerman, MS

Writer's Direct Dial: (228) 276-0302
Writer's Direct Facsimile: (866) 605-9303
E-mail: JRuiz@MorrisBart.com

November 21, 2022

**Via Email: 12023544691@faxmail.com**
**ATTN: CL: 0339100980101165 --Ms. Rebecca Bache**

Geico Insurance Company
One Geico Center
Macon, GA 31295

RE:   Our Client:   Leyton Wint
      Claim No.:    0339100980101165
      MB File No.:  22-2479MS

Dear Ms. Bache:

Enclosed please find documentation to substantiate the claims of my client, Leyton Wint, for all damages due, including but not limited to, facial, rib and back pain, sustained as a direct result of the collision with your insured, Dillon Ray Bartholomew, on April 22, 2022. Mr. Wint has incurred the following special and specific expenses as a direct result of that collision:

|  | Date(s) | Charges |
|---|---|---|
| American Medical Response | 4/22/22 | $1,487.00 |
| Memorial Hospital at Gulfport | 4/22/22 | $31,656.10 |
| Memorial Emergency Physicians | 4/22/22 | $619.00 |
| SMB Radiology | 4/22/22 | $1,180.04 |
| Wellstar Health System | 6/20/22 | $147.00 |
| Resurgens Orthopaedics & Physical Therapy | 6/3/22; 7/14/22; 7/18/22; 7/20/22 | $1,476.00 |
| **TOTAL** |  | **$36,656.14** |

We believe that the injuries sustained by our client clearly exceed the applicable liability coverage. We now demand that Geico Insurance Company, on behalf of its insured, tender the full policy limits in effect on the date of loss to Leyton Wint in full and complete compensation for all damages sustained as a direct result of the collision with your insured on April 22, 2022.

OF COUNSEL
Beth Cocke, MS, TN
Mark Lumpkin, LA, MS
Carter Dobbs, III, MS
*Thelia Jean Eaby, LA

*not licensed to practice
In Mississippi

ADMINISTRATOR
Mark Duhon


**EXHIBIT**

Alexandria        Baton Rouge        Lafayette                          Shreveport        Biloxi/Gulfport        Hattiesburg
318.561.7700      225.344.0100       337.501.1170                       318.865.1000       228.432.8123           601.583.8000

Despite the fact that the damages exceed the policy limits, we will recommend our client to execute a full release in favor of your insured in exchange for payment of the policy limits. In addition, a certified copy of the declaration page and an affidavit attesting to the fact that your insured is not covered by any other insurance coverage in effect on the date of loss are required. Failure to tender the full policy limits at this time will expose your insured to substantial _personal_ liability. If the full policy limits are not received within thirty (30) days, we will file formal legal proceedings for all damages available under law.

Sincerely,



Jason Ruiz

JRUI/dseo
Enclosures

# MORRIS **BART**, LTD.

## ATTORNEYS AT LAW

1712 15th Street, Suite 300

Gulfport, Mississippi 39501-2140

*Morris Bart, LA
Kenneth Altman, MS, LA, FL, AL
Terry B. Loup, MS, LA, TX
Craig A. Gentry, MS, LA
Jason Ruiz, MS
Scott Bishop, MS
Susan Sanich, MS, AL
Ryan Canon, MS, AL
Melinda Parks, MS, AL
Christopher Fitzgerald, MS
Andrew Reish, MS
Ida Henley, MS
Kanesha Johnson, MS
Brigg Austin, AL, MS
Mary Ashley Miller, MS
Dale Long, MS
Laithan Simmerman, MS

Writer's Direct Dial: (228) 276-0302
Writer's Direct Facsimile: (866) 605-9303
E-mail: JRuiz@MorrisBart.com

Deember 7, 2022

**Via Email:  Aureliano.Chavex@esis.com and Melissa.Malec@ESIS.com**
**ATTN: Policy 543264001 CL: 1E01E01233969X**
EISI o/b/o Chubb

RE:   Our Client:      Leyton Wint
      Claim No.:      1E01E01233969X/TRP Construction Group
      MB File No.:    22-2479MS

Dear Aureliano and Melissa:

Enclosed please find documentation to substantiate the claims of my client, Leyton Wint, for all damages due, including but not limited to, facial, rib and back pain, sustained as a direct result of the collision with Dillon Ray Bartholomew, on April 22, 2022. Mr. Wint has incurred the following special and specific expenses as a direct result of that collision:

|  | Date(s) | Charges |
|---|---|---|
| American Medical Response | 4/22/22 | $1,487.00 |
| Memorial Hospital at Gulfport | 4/22/22 | $31,656.10 |
| Memorial Emergency Physicians | 4/22/22 | $619.00 |
| SMB Radiology | 4/22/22 | $1,180.04 |
| Wellstar Health System | 6/20/22 | $147.00 |
| Resurgens Orthopaedics & Physical Therapy | 6/3/22; 7/14/22; 7/18/22; 7/20/22 | $1,476.00 |
| **TOTAL** |  | **$36,656.14** |

OF COUNSEL
Beth Cocke, MS, TN
Mark Lumpkin, LA, MS
Carter Dobbs, III, MS
*Thelia Jean Eaby, LA

*not licensed to practice
in Mississippi

ADMINISTRATOR
Mark Duhon

We now demand that ESIS o/b/o Chubb, pursuant to the uninsured and medical payments provisions of the policy of insurance issued to TRP Construction Group, LLC, make a good faith tender of your policy limits within thirty days from the date of this letter and to comply with the duties imposed upon it under its contract of insurance.

Sincerely,

Jason Ruiz

JRUI/dseo



**EXHIBIT**

**3**

THE NETWORK (Publishing Information Services on Vital Workplace Issues)
333 Research Court
Norcross, GA. 30092

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S POSTAL SERVICE. THANK YOU.

Contact:     JASON RUIZ
Company:    ESIS Standard
Fax:         8666059303

| ReportID | CorpID | FormID | StoreID | Caller | Claimant | IncidentDate |
|---|---|---|---|---|---|---|
| 1E01E01233969X / 133414485 | ESIS01 | NCAL | UNK_GA | DONNA SEOANE | | 04/22/2022 |



EXHIBIT
4

### *ESIS Standard*
### *NetClaim Auto Liability*

| NAVEX Global | Report# 1E01E01233969X  /  TNW# 133414485 | Page 1 of 3 |
|---|---|---|

**Client Information**

| | |
|---|---|
| Name: | TRP CONSTRUCTION GROUP LLC |
| | UNK_GA |
| Address: | 805 METROMONT RD |
| | HIRAM, GA  30141 |
| Business Phone: | |

**Caller Information**

| | |
|---|---|
| Name: | DONNA SEOANE |
| Job Title: | PARA LEGAL |
| Business Phone: | (228) 276-0315 |
| Home Phone: | |
| Address: | |
| Caller Type: | Attorney/Attorney representative |

**Incident Information**

| | |
|---|---|
| Occurred: | 04/22/2022 12:42 am |
| Employer Notified: | 05/27/2022 9:51 am |
| Location: | E BOUND I10 |
| | E BOUND I10 |
| | UNK, MS |
| Description: | The OV rear ended the IV on I10. The IV rear is damaged. The OV front end is damaged. The IV driver sustained injuries. |

**Report Information**

| | |
|---|---|
| Report Number: | 1E01E01233969X |
| Report Created: | 5/27/2022 11:52:00 AM  Eastern |
| Escalated: | ׀   ׀ |

**Insurance Information**

| | |
|---|---|
| Policy Number: | |
| Insurer Name: | |
| Address: | |
| Insurer Phone: | |
| Policy Dates: | |
| FEIN: | |

**Authorities**

| | |
|---|---|
| Reference Num: | 9024080422220001 |
| Title: | MS HWY PATROL |
| Phone: | |

**Involved Parties**

| Involvement: | **Insured Driver** | | |
|---|---|---|---|
| Name: | LEYTON WINT | | |
| Address: | UNK | | |
| | UNK | | |
| County: | UNK | Country: | USA |
| Work Phone: | | Home Phone: | (770) 343-1866 |
| Date of Birth: | | Date of Death: | |
| Social Security Num: | | | |
| Drivers License Num: | UNK | State: | GA |
| Citation Received: | NONE | | |
| Relation to Insured: | EMPLOYEE | | |
| Medical Prov Name: | UNK | Hospital Name: | MEMORIAL HOSPITAL |
| Med Prov Address: | UNK | Hospital Address: | UNK |
| | GULF PORT, MS | | GULF PORT, MS |
| Med Prov Phone: | | Hospital Phone: | |
| Medical Transport: | AMBULANCE | | |
| Injury Description: | MOTOR VEHICLE ~ COLLISION OR SIDESWIPE WITH ANOTHER VEHICLE - M | | |

| Involvement: | **3rd Party Driver** | | |
|---|---|---|---|
| Name: | DARRYL BARTHOLOMEW | | |
| Address: | UNK | | |
| | UNK | | |
| County: | UNK | Country: | USA |
| Work Phone: | | Home Phone: | (985) 773-3063 |
| Date of Birth: | | Date of Death: | |
| Social Security Num: | | | |
| Drivers License Num: | UNK | State: | |
| Citation Received: | UNKNOWN | | |
| Relation to Insured: | OTHER | | |
| Medical Prov Name: | | Hospital Name: | |
| Med Prov Address: | | Hospital Address: | |
| Med Prov Phone: | | Hospital Phone: | |
| Medical Transport: | | | |
| Injury Description: | NONE - NONE - NONE | | |

**Witnesses and Passengers**

## ESIS Standard
## NetClaim Auto Liability

| NAVEX Global | Report# 1E01E01233969X / TNW# 133414485 | Page 2 of 3 |
|---|---|---|

**Name:** JAY SINGH
**Address:**
**Home Phone:** (559) 321-5766    **Business Phone:**

## Vehicle

### Insured Vehicle

| | | | |
|---|---|---|---|
| **Type:** | OTHER | **Location:** | UNK |
| **Make:** | INTERNATIONAL | **Address:** | UNK - UNK |
| **Manufacture Date:** | 1/1/2015 | **Owner Same As Driver:** | No |
| **Model:** | HARVESTER | **Owner's Name:** | TRP CONSTRUCTION GROUP LL TRP CO |
| **Body Type:** | TRUCK | **Address:** | 805 METROMONT RD - HIRAM - GA 30141 |
| **Color:** | WHITE | **Business Phone:** | |
| **Tag:** | EBT400 | **Residence Phone:** | |
| **State:** | GA | **Part:** | 9999 - Not Provided/NOC/Insufficient Data |
| **VIN:** | 3HAMMMMLXFL519954 | **Cause:** | 1002 - Rear-Ended By Ov |
| **VEH/Asset/Fleet #:** | UNK | **Result:** | 9999 - Not Provided/NOC/Insufficient Data |
| **Estimated Damage:** | $0.00 | **Insurance Carrier:** | FEDERAL INSURANCE COMPANY |
| **Towed:** | No | **Policy ID:** | 54326400 |
| **Damage Description:** | rear is damaged | | |

### Third Party Vehicle

| | | | |
|---|---|---|---|
| **Type:** | PASSENGER CAR | **Location:** | UNK |
| **Make:** | HONDA | **Address:** | UNK - UNK |
| **Manufacture Date:** | 1/1/2021 | **Owner Same As Driver:** | Yes |
| **Model:** | CRX | **Owner's Name:** | DARRYL BARTHOLOMEW |
| **Body Type:** | CAR | **Address:** | UNK - UNK |
| **Color:** | BLCK | **Business Phone:** | |
| **Tag:** | HAU87290 | **Residence Phone:** | (985) 773-3063 |
| **State:** | MS | **Part:** | 9999 - Not Provided/NOC/Insufficient Data |
| **VIN:** | UNK | **Cause:** | 1001 - Rear-Ended Ov |
| **VEH/Asset/Fleet #:** | N/A | **Result:** | 9999 - Not Provided/NOC/Insufficient Data |
| **Estimated Damage:** | $0.00 | **Insurance Carrier:** | GEICO |
| **Towed:** | Yes | **Policy ID:** | 4118075664 |
| **Damage Description:** | front end is damaged | | |

## Client Instructions

Your report number is 1E01E01233969X. If you have any further questions or information please contact your adjuster at: ESIS ATLANTA (ROSWELL) AGL CLAIM OFFICE - 130 PO Box 5128, Scranton, PA 185050560 800 #: 8002501648 Phone #: 6787954000 Fax #: 8005177538

## Supplementals

### Additional Dissemination Information

| | |
|---|---|
| Would you like a fax or email copy of this report? | FAX |
| What is the recipient's name? | JASON RUIZ |
| What is the recipient's fax number? | 8666059303 |
| Enter the TPA branch email address: | |

### Please Ask Caller:

| | |
|---|---|
| Location Code | UNK |
| Please ask caller what number they dialed | 8667893747 |

**To Be Answered by Dissemination:**
DISSEM TEAM ONLY: Release to ESIS?      YES

*ESIS Standard*
*NetClaim Auto Liability*

**Additional Claim Information**

| | |
|---|---|
| Call Type | Claim |
| Insured Vehicle Purpose of use (ex: business or pleasure) | BUSINESS |
| Did the Airbags deploy in the Insured Vehicle? | UNKNOWN |
| Were repairs done to the Insured Vehicle? | UNKNOWN |
| Is this incident for a construction OCIP, CCIP, or RCCIP? | UNKNOWN |

**Additional Insured Driver Info**

| | |
|---|---|
| Did the Driver have permission to drive the vehicle? | YES |
| Act Being Performed by Insured? | Going Straight |

**Contributing Factor Information**

| | |
|---|---|
| Action of Insured Operator of vehicle? | DRIVING |
| What were the road conditions? | UNK |
| What were the weather conditions? | UNK |
| What was the speed limit? | UNK |
| What was the Traveling speed of the Insured? | UNK |
| What Direction was the Insured Heading? | EAST BOUND |
| Were there traffic controls in the area? | UNK |

**Notes/Additional Comments**

| | |
|---|---|
| Do you have any additional remarks? | NONE |

**IS ONLY**

| | |
|---|---|
| Is caller requesting immediate contact from an adjuster? | NO |

**For PM use only**
Change Branch Flag?

**Data Entry Team Only**
FMS #

# MORRIS **BART**, LTD.

### ATTORNEYS AT LAW

1712 15th Street, Suite 300
Gulfport, Mississippi 39501-2140

*Morris Bart, LA
Kenneth Altman, MS, LA, FL, AL
Terry B. Loup, MS, LA, TX
Craig A. Gentry, MS, LA
Jason Ruiz, MS
Scott Bishop, MS
Susan Sanich, MS, AL
Ryan Canon, MS, AL
Melinda Parks, MS, AL
Christopher Fitzgerald, MS
Andrew Reish, MS
Ida Henley, MS
Kanesha Johnson, MS
Brigg Austin, AL, MS
Mary Ashley Miller, MS
Dale Long, MS
Laithan Simmerman, MS

Writer's Direct Dial: (228) 276-0302
Writer's Direct Facsimile: (866) 605-9303
E-mail: JRuiz@MorrisBart.com

October 20, 2022

**Via Fax:  (800) 517-7538**
**ATTN: CL# 1E01E01233969X**
ESIS o/b/o Chubb

RE:     Our Client:     Leyton Wint
        Date of Loss:   April 22, 2022
        Your Insured:   TRP Construction Group LLC
                        **Policy # 543264001**
        Claim #:        1E01E01233969X
        MB File No.:    22-2479MS

Dear Sir/Madam:

This claim was originally reported on May 27, 2022. Your claim information and claim report is attached. Also attached is a copy of the police report. We have received no correspondence from you regarding this claim. Please have someone contact our office to discuss.

Our firm represents Leyton Wint for injuries and damages due to the above-dated automobile accident. We are also placing you on notice of the possibility of an uninsured motorist claim and will keep you advised as to whether it will become necessary to utilize the uninsured motorist and/or medical payment coverage. Any prior authorizations given to your company are revoked with this letter. Further be advised that any assignment of claim to any medical care provider, purportedly signed by my client, is hereby REVOKED.

OF COUNSEL
Beth Cocke, MS, TN
Mark Lumpkin, LA, MS
Carter Dobbs, III, MS
*Thella Jean Eaby, LA

*not licensed to practice in Mississippi

Please acknowledge our representation in writing and forward a copy of the declaration page illustrating all coverage in effect on the date of loss. If our client executed an uninsured motorist rejection form, please forward a copy of it. Please send us a copy of any written or recorded statements of our client within twenty (20) days of your receipt of this letter, as required by law. I look forward to working with you in this matter and am available if you should have any questions.

Sincerely,

Jason Ruiz

ADMINISTRATOR
Mark Duhon

JRUI/dseo

**EXHIBIT**
**5**

Baton Rouge          Lafayette          Lake Charles          Alexandria
225.925.8000         337.233.4200       337.477.4600          318.561.7700
        Gulfport                        Pascagoula                    Texarkana
Monroe              Mobile                              Birmingham       Huntsville

## Fax Call Report

### HP LaserJet M4555 MFP

Page 1

---

**Fax Header Information**

Morris Bart
228-574-4146
Oct/20/2022 10:38:19 AM

| Job | Date/Time | Type | Identification | Duration | Pages | Result |
|-----|-----------|------|----------------|----------|-------|--------|
| 14168 | Oct/20/2022 10:26:40 AM | Send | 918005177538 | 11:35 | 19 | Success |

Oct/20/2022 10:27:05 AM                 Morris Bart 228-574-4146                 1/19

## MORRIS **BART**, LTD.

ATTORNEYS AT LAW

1712 15th Street, Suite 300
Gulfport, Mississippi 39501-2140

Writer's Direct Dial: (228) 276-0203
Writer's Direct Facsimile: (866) 650-6562
E-mail: JRuis@MorrisBart.com

October 20, 2022

**Via Fax: (800) 517-7538**
**ATTN: Cl.# 1E01E01233960X**
ESIS o/b/o Chubb

RE:  Our Client:      Layton Wint
     Date of Loss:   April 22, 2022
     Your Insured:   TRP Construction Group LLC
                     Policy # 5448205201
     Claim #:        1E01E01233960X
     MB File No.:    22-0470MS

Dear Sir/Madam:

This claim was originally reported on May 27, 2022. Your claim information and claim report is attached. Also attached is a copy of the police report. We have received no correspondence from you regarding this claim. Please have someone contact our office to discuss.

Our firm represents Layton Wint for injuries and damages due to the above-dated automobile accident. We are also placing you on notice of the possibility of an uninsured motorist claim and will keep you advised as to whether it will become necessary to utilize the uninsured motorist and/or medical payment coverage. Any prior authorizations given to your company are revoked with this letter. Further be advised that any assignment of claim to any medical care provider, purportedly signed by my client, is hereby REVOKED.

Please acknowledge our representation in writing and forward a copy of the declaration page illustrating all coverage in effect on the date of loss. If our client executed an uninsured motorist rejection form, please forward a copy of it. Please send us a copy of any written or recorded statements of our client within twenty (20) days of your receipt of this letter, as required by law. I look forward to working with you in this matter and am available if you should have any questions.

Sincerely,

Jason Ruiz

JRUI/daeo

Oct/20/2022 10:38:20 AM                                    English (United States)



**GEICO General Insurance Company**

One Geico Center
Macon, GA 31296-0001

**Company:** GEICO General Insurance Company

**Date:** November 29, 2022

**From:** Rebecca Bache
478-621-1538

**To:** Morris Bart Ltd

**RE:** Claim Documents 0339100980101165

I just spoke with Donna and she requested I send you over an email.
I called to offer our limits of $25,000.00 for your client Leyton Lloyd Wint.
Please forward over a hold harmless, and then I will be able to submit for the
check to be issued to your office.
Thank you,
Rebecca Bache



**Jason Ruiz**

| | |
|---|---|
| **From:** | Chavez, Aureliano <Aureliano.Chavez@esis.com> |
| **Sent:** | Wednesday, December 7, 2022 12:57 PM |
| **To:** | Jason Ruiz; Donna Seoane |
| **Subject:** | [EXTERNAL]RE: Wint, Leyton 4/22/2022  22-2479MS: / 1E01E01233969X |

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hello Jason,

Unfortunately the claim was not reported correctly so only a report number was created but never registered and investigated so a new claim will need to be opened. Once the new claim is opened we will review if UIM coverage is available and if it is available then we will proceed with reviewing your demand.

Thank You

Aureliano Chavez
ESIS Team Leader
623.580.2485/ 1.800.426.6800
aureliano.chavez@esis.com

ESIS is handling the claim on behalf of :

Underwriting Company:

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Wednesday, December 7, 2022 9:45 AM
**To:** Donna Seoane <DSeoane@morrisbart.com>; Chavez, Aureliano <Aureliano.Chavez@esis.com>
**Cc:** Malec, Melissa M <Melissa.Malec@ESIS.Com>
**Subject:** [EXTERNAL] Wint, Leyton 4/22/2022 22-2479MS: / 1E01E01233969X
**Importance:** High

You are expected to comport with your duties of good faith and fair dealing. Your company has had notice of the potential UIM claim since May and has taken no action to comport with its duty to investigate or to respond to the notice. Now, the liability carrier has offered its policy limits of $25,000, which is far less than my client's actual medical bills.

I am sure this is not what your insured expects in exchange for the very heavy premiums that it pays to have insurance.

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

**EXHIBIT**

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768




---

**From:** Donna Seoane <DSeoane@morrisbart.com>
**Sent:** Wednesday, December 7, 2022 10:38 AM
**To:** Chavez, Aureliano <Aureliano.Chavez@esis.com>
**Cc:** Malec, Melissa M <Melissa.Malec@esis.com>; Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** RE: [EXTERNAL]RE: Wint, Leyton 4/22/2022 22-2479MS: / 1E01E01233969X
**Importance:** High

Aureliano and Melissa,

See attached demand for Leyton Wint. GEICO has offered their policy limits to Mr. Wint. Mr. Ruiz asked me to forward this demand to you as we have provided you with a police report and a copy of the claim document from May. You should have everything needed to set up a claim for this accident. I emailed you yesterday asking what information was insufficient from our original attempt to set up this claim, but have gotten no response. Please review this demand and contact Mr. Ruiz to discuss.

Donna Seoane
Paralegal to Jason Ruiz
Morris Bart, LTD.
1712 15ᵗʰ St., Ste. 300
Gulfport, MS 39501
P: (228) 276-0315
F: (866) 605-9303
E: DSeoane@MorrisBart.com

---

**From:** Chavez, Aureliano <Aureliano.Chavez@esis.com>
**Sent:** Tuesday, December 6, 2022 9:26 AM
**To:** Donna Seoane <DSeoane@morrisbart.com>
**Subject:** [EXTERNAL]RE: Wint, Leyton 4/22/2022 22-2479MS: / 1E01E01233969X

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hello,

This claim was reported with insufficient information and was closed as error which makes this claim no longer valid. This claim would need to be reported again with all the insureds and incident information.


Thank You

Aureliano Chavez
ESIS Team Leader
623.580.2485/ 1.800.426.6800
aureliano.chavez@esis.com

ESIS is handling the claim on behalf of :

Underwriting Company:

_____

This email (including any attachments) is intended for the designated recipient(s) only, and may be confidential, non-public, proprietary, and/or protected by the attorney-client or other privilege. Unauthorized reading, distribution, copying or other use of this communication is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) should not be deemed a waiver of any privilege or protection. If you are not the intended recipient or if you believe that you have received this email in error, please notify the sender immediately and delete all copies from your computer system without reading, saving, printing, forwarding or using it in any manner. Although it has been checked for viruses and other malicious software ("malware"), we do not warrant, represent or guarantee in any way that this communication is free of malware or potentially damaging defects. All liability for any actual or alleged loss, damage, or injury arising out of or resulting in any way from the receipt, opening or use of this email is expressly disclaimed.

**Jason Ruiz**

| | |
|---|---|
| **From:** | Donna Seoane |
| **Sent:** | Thursday, January 12, 2023 4:00 PM |
| **To:** | 'maninderjit.singh@esis.com' |
| **Cc:** | Jason Ruiz |
| **Subject:** | CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022  22-2479MS: |
| **Attachments:** | Wint DEMAND - UM.pdf; Wint Offer of Policy Limits.pdf |

CL # 1E01EO13670931

See attached Underinsured Motorist Demand for our client, Leyton Wint.  This demand was previously sent on December 7, 2022 under a different claim number.  We were not told until after this demand was presented to ESIS that the original claim needed to be re filed.  The liability carrier has offered their policy limits, a copy of their offer is attached.  Once, you have reviewed this demand, please contact Mr. Ruiz to discuss settlement of this claim.

Also, please confirm receipt of this demand.


Donna Seoane
Paralegal to Jason Ruiz
Morris Bart, LTD.
1712 15ᵗʰ St., Ste. 300
Gulfport, MS  39501
P:  (228) 276-0315
F:  (866) 605-9303
E:  DSeoane@MorrisBart.com

**EXHIBIT**

**Jason Ruiz**

| | |
|---|---|
| From: | Jason Ruiz |
| Sent: | Friday, January 13, 2023 11:43 AM |
| To: | 'Singh, Johnny'; Donna Seoane |
| Subject: | CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022  22-2479MS: |

Wow. Considering the hours that we've spent on the phone. That is amazing.

We've sent the police report and provided a demand package for UM including proof of the liability limits being offered and proof of those limits. Please let me know if you have any questions once you review the material.

As for the process, Donna can fill you in if you want that if you want to call her. It's way too much to type. And we just want to move forward.

**In the meantime, please confirm the existence of UM coverage and the amount.**

**Please provide a copy of the declarations page and the policy as well as the name of the underwriting.**

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768

 

MORRIS
BART¦
ATTORNEYS AT LAW

From: Singh, Johnny <MANINDERJIT.SINGH@esis.com>
Sent: Friday, January 13, 2023 11:40 AM

EXHIBIT

Case: 24CI1:23-cv-00167     Document #: 1-9     Filed: 05/12/2023     Page 1 of 5

**To:** Jason Ruiz <JRuiz@morrisbart.com>; Donna Seoane <DSeoane@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Entire thing. All I have is a statement.
Insured was driving and was rear ended by IV. Insured employee driver Leyton Wint at 770-343-1866.

Does Leyton Wint work for TRP Construction?
Thank you

**ESIS˙**
A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA  18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

---

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Friday, January 13, 2023 12:38 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>; Donna Seoane <DSeoane@morrisbart.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

Hi,

Which part? The wreck? The process of getting it to Esis?

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768





**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Friday, January 13, 2023 10:31 AM
**To:** Jason Ruiz <JRuiz@morrisbart.com>; Donna Seoane <DSeoane@morrisbart.com>
**Subject:** [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hello,
What exactly took place? I am trying to confirm this with my client as well.
Thank you

**ESIS**
A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Friday, January 13, 2023 10:26 AM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>; Donna Seoane <DSeoane@morrisbart.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:
**Importance:** High

Mr. Singh,

I cannot begin to tell you the enormous effort to get this claim setup. This claim was originally setup in May of last year. See the attached document that we received from *your company*, Esis, concerning this matter. It was never acknowledged and my paralegal has been following up on it daily for the last two weeks.

We have not even been able to confirm the actual name of the underwriter and are at a point of filing a bad faith claim against John Doe Ins Co with intentions of substituting your client's name once we find out. All of this is to ask that you make the claim a priority.

**While you are investigating it and subject to the conclusion of such, please confirm the existence of UM coverage and the amount.**

**Please provide a copy of the declarations page and the policy as well as the name of the underwriting.**

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768




---

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Friday, January 13, 2023 7:07 AM
**To:** Donna Seoane <DSeoane@morrisbart.com>
**Cc:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Claim is under investigation. I need to speak with my client to confirm what took place.
Thank you



**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Donna Seoane <DSeoane@morrisbart.com>
**Sent:** Thursday, January 12, 2023 5:00 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Cc:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

CL # 1E01EO13670931

See attached Underinsured Motorist Demand for our client, Leyton Wint. This demand was previously sent on December 7, 2022 under a different claim number. We were not told until after this demand was presented to ESIS that the original claim needed to be re filed. The liability carrier has offered their policy limits, a copy of their offer is attached. Once, you have reviewed this demand, please contact Mr. Ruiz to discuss settlement of this claim.

Also, please confirm receipt of this demand.

Donna Seoane
Paralegal to Jason Ruiz
Morris Bart, LTD.
1712 15ᵗʰ St., Ste. 300
Gulfport, MS 39501
P:  (228) 276-0315
F:  (866) 605-9303
E:  DSeoane@MorrisBart.com

This email (including any attachments) is intended for the designated recipient(s) only, and may be confidential, non-public, proprietary, and/or protected by the attorney-client or other privilege. Unauthorized reading, distribution, copying or other use of this communication is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) should not be deemed a waiver of any privilege or protection. If you are not the intended recipient or if you believe that you have received this email in error, please notify the sender immediately and delete all copies from your computer system without reading, saving, printing, forwarding or using it in any manner. Although it has been checked for viruses and other malicious software ("malware"), we do not warrant, represent or guarantee in any way that this communication is free of malware or potentially damaging defects. All liability for any actual or alleged loss, damage, or injury arising out of or resulting in any way from the receipt, opening or use of this email is expressly disclaimed.

## Jason Ruiz

| | |
|---|---|
| **From:** | Singh, Johnny <MANINDERJIT.SINGH@esis.com> |
| **Sent:** | Tuesday, January 17, 2023 1:46 PM |
| **To:** | Jason Ruiz |
| **Subject:** | Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton |

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Yes and I will submitted for coverage approval to them.
Thank you

# ESIS˙
A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Tuesday, January 17, 2023 2:33 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton

Per our conversation, the uninsured motorist carrier is Ace American Insurance Company. Please confirm this is the correct legal name.

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**EXHIBIT**

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768





**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Tuesday, January 17, 2023 1:16 PM
**To:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hello,
Based on my initial report, the individual listed on the subject line works for our employer TRP CONSTRUCTION GROUP, LLC.
Now if he has sustained injuries he needs to report it to the other carrier. If he still needs treatment he should report to his employer for WC.
The UM policy is large since this is a commercial account. I cannot disclose the figure since I will not handle any injuries.
Thank you

# ESIS˙
A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Tuesday, January 17, 2023 2:11 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton

Mr. Singh,

My client's name is on the subject line of every email that I have sent you, including this one. It is on every letter of representation that we have sent in. It is on the demand that we sent. It is on every piece of correspondence.

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768

 

---

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Tuesday, January 17, 2023 10:39 AM
**To:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Who is your client?
Thank you


A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

---

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Tuesday, January 17, 2023 11:24 AM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:
**Importance:** High

Mr. Singh,

**Please confirm the name of the UM Underwriter/Carrier, the existence of UM coverage and the amount.**

**Please provide a copy of the declarations page and the policy.**

I have requested these items a number of times.

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or <u>DSeoane@MorrisBart.com</u> if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768

  

---

**From:** Jason Ruiz
**Sent:** Friday, January 13, 2023 11:43 AM
**To:** 'Singh, Johnny' <MANINDERJIT.SINGH@esis.com>; Donna Seoane <dseoane@morrisbart.com>
**Subject:** CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

Wow. Considering the hours that we've spent on the phone. That is amazing.

We've sent the police report and provided a demand package for UM including proof of the liability limits being offered and proof of those limits. Please let me know if you have any questions once you review the material.

As for the process, Donna can fill you in if you want that if you want to call her. It's way too much to type. And we just want to move forward.

**In the meantime, please confirm the existence of UM coverage and the amount.**

**Please provide a copy of the declarations page and the policy as well as the name of the underwriting.**

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768

 

---

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Friday, January 13, 2023 11:40 AM
**To:** Jason Ruiz <JRuiz@morrisbart.com>; Donna Seoane <DSeoane@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Entire thing. All I have is a statement.
Insured was driving and was rear ended by IV. Insured employee driver Leyton Wint at 770-343-1866.

Does Leyton Wint work for TRP Construction?
Thank you

**ESIS**
A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Friday, January 13, 2023 12:38 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>; Donna Seoane <DSeoane@morrisbart.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

Hi,

Which part? The wreck? The process of getting it to Esis?

If you have any questions, comment or concerns, or, if I can be of further assistance with this
or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you
need immediate assistance or do not receive a timely response from me. In addition, we strive
to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768

   

---

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Friday, January 13, 2023 10:31 AM
**To:** Jason Ruiz <JRuiz@morrisbart.com>; Donna Seoane <DSeoane@morrisbart.com>
**Subject:** [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking
links, especially from unknown senders.

Hello,
What exactly took place? I am trying to confirm this with my client as well.
Thank you



**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Friday, January 13, 2023 10:26 AM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>; Donna Seoane <DSeoane@morrisbart.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:
**Importance:** High

Mr. Singh,

I cannot begin to tell you the enormous effort to get this claim setup. This claim was originally setup in May of last year. See the attached document that we received from *your company*, Esis, concerning this matter. It was never acknowledged and my paralegal has been following up on it daily for the last two weeks.

We have not even been able to confirm the actual name of the underwriter and are at a point of filing a bad faith claim against John Doe Ins Co with intentions of substituting your client's name once we find out. All of this is to ask that you make the claim a priority.

**While you are investigating it and subject to the conclusion of such, please confirm the existence of UM coverage and the amount.**

**Please provide a copy of the declarations page and the policy as well as the name of the underwriting.**

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768

 

---

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Friday, January 13, 2023 7:07 AM
**To:** Donna Seoane <DSeoane@morrisbart.com>
**Cc:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Claim is under investigation. I need to speak with my client to confirm what took place.
Thank you

**ESIS**
A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

---

**From:** Donna Seoane <DSeoane@morrisbart.com>
**Sent:** Thursday, January 12, 2023 5:00 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Cc:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

CL # 1E01EO13670931

See attached Underinsured Motorist Demand for our client, Leyton Wint. This demand was previously sent on December 7, 2022 under a different claim number. We were not told until after this demand was presented to ESIS that the original claim needed to be re filed. The liability carrier has offered their policy limits, a copy of their offer is attached. Once, you have reviewed this demand, please contact Mr. Ruiz to discuss settlement of this claim.

Also, please confirm receipt of this demand.

Donna Seoane

Paralegal to Jason Ruiz
Morris Bart, LTD.
1712 15th St., Ste. 300
Gulfport, MS 39501
P: (228) 276-0315
F: (866) 605-9303
E: DScoane@MorrisBart.com

---

This email (including any attachments) is intended for the designated recipient(s) only, and may be confidential, non-public, proprietary, and/or protected by the attorney-client or other privilege. Unauthorized reading, distribution, copying or other use of this communication is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) should not be deemed a waiver of any privilege or protection. If you are not the intended recipient or if you believe that you have received this email in error, please notify the sender immediately and delete all copies from your computer system without reading, saving, printing, forwarding or using it in any manner. Although it has been checked for viruses and other malicious software ("malware"), we do not warrant, represent or guarantee in any way that this communication is free of malware or potentially damaging defects. All liability for any actual or alleged loss, damage, or injury arising out of or resulting in any way from the receipt, opening or use of this email is expressly disclaimed.

**Donna Seoane**

| | |
|---|---|
| **From:** | Singh, Johnny <MANINDERJIT.SINGH@esis.com> |
| **Sent:** | Monday, January 30, 2023 11:08 AM |
| **To:** | Jason Ruiz |
| **Subject:** | Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton |

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

No, I sent the follow up email to the head at ACE who handles this account to review or assign someone to review coverage.
Thank you

# ESIS˙
A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA  18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Monday, January 30, 2023 11:55 AM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton

Johnny,

I understand that you are doing your part. We are grateful for your efforts in the matter.

Is there any status at all from Ace?

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**EXHIBIT**

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768





**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Monday, January 30, 2023 10:10 AM
**To:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Good morning Jason,
I have sent several follow ups to the carrier to expediate it. I have told them you have been extremely patient.
Thank you


A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Thursday, January 26, 2023 5:45 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton

Mr. Singh,

Another 9 days have gone by.

We have not received a copy of the declaration page or policy documents. Please provide those so that we can evaluate the claim for ourselves.

In addition, please confirm if the claim is approved for coverage.

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768

 

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Tuesday, January 17, 2023 1:46 PM
**To:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Yes and I will submitted for coverage approval to them.
Thank you


A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Tuesday, January 17, 2023 2:33 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton

Per our conversation, the uninsured motorist carrier is Ace American Insurance Company. Please confirm this is the correct legal name.

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768

 

From: Singh, Johnny <MANINDERJIT.SINGH@esis.com>
Sent: Tuesday, January 17, 2023 1:16 PM
To: Jason Ruiz <JRuiz@morrisbart.com>
Subject: Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hello,
Based on my initial report, the individual listed on the subject line works for our employer TRP CONSTRUCTION GROUP, LLC.
Now if he has sustained injuries he needs to report it to the other carrier. If he still needs treatment he should report to his employer for WC.
The UM policy is large since this is a commercial account. I cannot disclose the figure since I will not handle any injuries.
Thank you



A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6883 Ext: 5021470-6849167800-8004716

Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Tuesday, January 17, 2023 2:11 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton

Mr. Singh,

My client's name is on the subject line of every email that I have sent you, including this one. It is on every letter of representation that we have sent in. It is on the demand that we sent. It is on every piece of correspondence.

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768

 

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Tuesday, January 17, 2023 10:39 AM
**To:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Who is your client?
Thank you



**ESIS**
A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Tuesday, January 17, 2023 11:24 AM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:
**Importance:** High

Mr. Singh,

**Please confirm the name of the UM Underwriter/Carrier, the existence of UM coverage
and the amount.**

**Please provide a copy of the declarations page and the policy.**

I have requested these items a number of times.

If you have any questions, comment or concerns, or, if I can be of further assistance with this
or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you
need immediate assistance or do not receive a timely response from me. In addition, we strive
to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax:  (866) 605-9303
MSB # 101768





MORRIS
BART
ATTORNEYS AT LAW

**From:** Jason Ruiz
**Sent:** Friday, January 13, 2023 11:43 AM
**To:** 'Singh, Johnny' <MANINDERJIT.SINGH@esis.com>; Donna Seoane <dseoane@morrisbart.com>
**Subject:** CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

Wow. Considering the hours that we've spent on the phone. That is amazing.

We've sent the police report and provided a demand package for UM including proof of the liability limits being offered and proof of those limits. Please let me know if you have any questions once you review the material.

As for the process, Donna can fill you in if you want that if you want to call her. It's way too much to type. And we just want to move forward.

**In the meantime, please confirm the existence of UM coverage and the amount.**

**Please provide a copy of the declarations page and the policy as well as the name of the underwriting.**

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768




**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Friday, January 13, 2023 11:40 AM
**To:** Jason Ruiz <JRuiz@morrisbart.com>; Donna Seoane <DSeoane@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Entire thing. All I have is a statement.
Insured was driving and was rear ended by IV. Insured employee driver Leyton Wint at 770-343-1866.

Does Leyton Wint work for TRP Construction?
Thank you



**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Friday, January 13, 2023 12:38 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>; Donna Seoane <DSeoane@morrisbart.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

Hi,

Which part? The wreck? The process of getting it to Esis?

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768





**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Friday, January 13, 2023 10:31 AM
**To:** Jason Ruiz <JRuiz@morrisbart.com>; Donna Seoane <DSeoane@morrisbart.com>
**Subject:** [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hello,
What exactly took place?  I am trying to confirm this with my client as well.
Thank you


A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA  18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Friday, January 13, 2023 10:26 AM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>; Donna Seoane <DSeoane@morrisbart.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:
**Importance:** High

Mr. Singh,

I cannot begin to tell you the enormous effort to get this claim setup. This claim was originally setup in May of last year. See the attached document that we received from *your company*, Esis, concerning this matter. It was never acknowledged and my paralegal has been following up on it daily for the last two weeks.

We have not even been able to confirm the actual name of the underwriter and are at a point of filing a bad faith claim against John Doe Ins Co with intentions of substituting your client's name once we find out. All of this is to ask that you make the claim a priority.

**While you are investigating it and subject to the conclusion of such, please confirm the existence of UM coverage and the amount.**

**Please provide a copy of the declarations page and the policy as well as the name of the underwriting.**

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you
need immediate assistance or do not receive a timely response from me. In addition, we strive
to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768

 

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Friday, January 13, 2023 7:07 AM
**To:** Donna Seoane <DSeoane@morrisbart.com>
**Cc:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking
links, especially from unknown senders.

Claim is under investigation.  I need to speak with my client to confirm what took place.
Thank you


A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Donna Seoane <DSeoane@morrisbart.com>
**Sent:** Thursday, January 12, 2023 5:00 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Cc:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

CL # 1E01EO13670931

See attached Underinsured Motorist Demand for our client, Leyton Wint. This demand was previously sent on December 7, 2022 under a different claim number. We were not told until after this demand was presented to ESIS that the original claim needed to be re filed. The liability carrier has offered their policy limits, a copy of their offer is attached. Once, you have reviewed this demand, please contact Mr. Ruiz to discuss settlement of this claim.

Also, please confirm receipt of this demand.


Donna Seoane
Paralegal to Jason Ruiz
Morris Bart, LTD.
1712 15ᵗʰ St., Ste. 300
Gulfport, MS 39501
P: (228) 276-0315
F: (866) 605-9303
E: DSeoane@MorrisBart.com

---

This email (including any attachments) is intended for the designated recipient(s) only, and may be confidential, non-public, proprietary, and/or protected by the attorney-client or other privilege. Unauthorized reading, distribution, copying or other use of this communication is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) should not be deemed a waiver of any privilege or protection. If you are not the intended recipient or if you believe that you have received this email in error, please notify the sender immediately and delete all copies from your computer system without reading, saving, printing, forwarding or using it in any manner. Although it has been checked for viruses and other malicious software ("malware"), we do not warrant, represent or guarantee in any way that this communication is free of malware or potentially damaging defects. All liability for any actual or alleged loss, damage, or injury arising out of or resulting in any way from the receipt, opening or use of this email is expressly disclaimed.

**Jason Ruiz**

| | |
|---|---|
| **From:** | Singh, Johnny <MANINDERJIT.SINGH@esis.com> |
| **Sent:** | Thursday, February 23, 2023 12:46 PM |
| **To:** | Jason Ruiz |
| **Subject:** | Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton |

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Everything will be provided once I know coverage applies.
Thank you



**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA  18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Thursday, February 23, 2023 1:31 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton
**Importance:** High

Mr. Singh,

Please provide a copy of the insurance policy and the declarations page.

Please advise ACE American Insurance Company that we have requested this multiple times over the last year and that we are warning them that a bad faith lawsuit is coming due to their refusal to provide it.

*Advise them that this is what my BAD FAITH research shows me:*

I.       **Delay in Investigation**

In Mississippi, "an insurance company has a duty to the insured [MY CLIENT IS AN INSURED UNDER THIS POLICY] to make a reasonably prompt investigation of all relevant facts. It has a further duty, after an adequate investigation and a realistic evaluation of the claim, to tell the insured, its customer, the plain truth. And, if the insurance company cannot give its insured a valid reason for denying the claim, it has a final duty to promptly

honor it." *Bankers Life & Cas. Co. vs. Crenshaw*, 483 So.2d 254, 276 (Miss 1985). Failure of an insurer to conduct an adequate investigation, standing alone, may give rise to punitive damages under Mississippi law. *Stewart*, 846 So. 2d 192, ¶ ¶ 45-46 (Miss. 2002) (affirming $500,000 in punitive damages on $3,500 in actual damages for, inter alia, failure to investigate despite the fact insured's claim form showed the claim was not covered – where further investigation would have shown otherwise); *see also Essinger v. Liberty Mut. Fire Ins. Co.*, 529 F.3d 264, 271 n.1 (5th Cir. 2008) (citation omitted) ("Inordinate delays in processing claims and a failure to make a meaningful investigation have combined to create a jury question on bad faith.").

It is important to note that mere *delay* in investigating and paying a claim can result in punitive damages. Mississippi Courts "... have permitted claimants to recover damages on bad faith claims when resolution of an insurance claim is merely delayed rather than ultimately denied." *James v. State Farm Mut. Auto. Ins. Co.*, 743 F.3d 65, 69 (5th Cir. 2014) (citing T*ravelers Indem. Co. v. Wetherbee*, 368 So. 2d 829, 834–35 (Miss. 1979).

II.    **Non-Waiver of Subrogation**

We have asked multiple times that ACE waiver subrogation rights if any so that Mr. Wint can settle the underlying liability claim against the tortfeasor. None has been forthcoming. As per Mississippi law, your client cannot have a right of subrogation unless our client is made whole: "**An insurer is entitled to enforce its contractual right of subrogation after the insured has been fully compensated, or made whole for his loss … the insurer is entitled to reimbursement from funds received by the insured from the third party when the insured receives more than the total of his or her loss.**" *Hare v. State*, 733 So.2d 277, 281 (Miss. 1999). **The opinion goes on to say that** "**the made whole rule … is not to be overridden by contractual language.**" *Id.* Refusing to waive a meritless subrogation claim is grounds for punitive damages. See the case of *Valley Forge Ins. Co./CNA Ins. Co. v. Strickland*, 620 So.2d 535, 540 (Miss. 1993) wherein the Supreme Court upheld an award of punitive damages based on an insurance company's unwillingness to waive subrogation. The insurer owes its insured a duty not to interfere with her recovery of amounts due to her. The duty transcends the contract and was breached with the assertion and refusal to withdraw a meritless subrogation claim. Although not technically bad faith, the breach is egregious enough to warrant punitive damages.

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768

 

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Thursday, February 23, 2023 10:50 AM
**To:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Good morning Jason,
I provided all the necessary details it is being worked on.
Thank you


A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Thursday, February 23, 2023 9:52 AM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton

Johnny,

It's been well over a month since I first talked to you on this. Please provide the policy documents so that I can assess for my self whether UM applies.

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768





**MORRIS BART**
ATTORNEYS AT LAW

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Wednesday, February 8, 2023 7:42 AM
**To:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hello,
From my last convo with the carrier they are checking with in house attorney and underwriter too see if UM will apply and if the client purchased that coverage or any other coverage that may cover injuries for your client.
Thank you


A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Tuesday, February 7, 2023 5:53 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton
**Importance:** High

Johnny,

It's been another week. Any response from Ace? I need a response to our demand and waiver of subrogation.

See below.

**From:** Singh, Johnny <<u>MANINDERJIT.SINGH@esis.com</u>>
**Sent:** Monday, January 30, 2023 11:08 AM
**To:** Jason Ruiz <<u>JRuiz@morrisbart.com</u>>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

No, I sent the follow up email to the head at ACE who handles this account to review or assign someone to review coverage.
Thank you


A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
<u>Maninderjit.Singh@esis.com</u>

**From:** Jason Ruiz <<u>JRuiz@morrisbart.com</u>>
**Sent:** Monday, January 30, 2023 11:55 AM
**To:** Singh, Johnny <<u>MANINDERJIT.SINGH@esis.com</u>>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton

Johnny,

I understand that you are doing your part. We are grateful for your efforts in the matter.

Is there any status at all from Ace?

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or <u>DSeoane@MorrisBart.com</u> if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768





**MORRIS
BART**
ATTORNEYS AT LAW

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Monday, January 30, 2023 10:10 AM
**To:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Good morning Jason,
I have sent several follow ups to the carrier to expediate it. I have told them you have been extremely patient.
Thank you


A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Thursday, January 26, 2023 5:45 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton

Mr. Singh,

Another 9 days have gone by.

We have not received a copy of the declaration page or policy documents. Please provide those so that we can evaluate the claim for ourselves.

In addition, please confirm if the claim is approved for coverage.

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax:  (866) 605-9303
MSB # 101768

 

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Tuesday, January 17, 2023 1:46 PM
**To:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Yes and I will submitted for coverage approval to them.
Thank you


A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Tuesday, January 17, 2023 2:33 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton

Per our conversation, the uninsured motorist carrier is Ace American Insurance Company. Please confirm this is the correct legal name.

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768

 

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Tuesday, January 17, 2023 1:16 PM
**To:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hello,
Based on my initial report, the individual listed on the subject line works for our employer TRP CONSTRUCTION GROUP, LLC.
Now if he has sustained injuries he needs to report it to the other carrier. If he still needs treatment he should report to his employer for WC.
The UM policy is large since this is a commercial account. I cannot disclose the figure since I will not handle any injuries.
Thank you

**ESIS**
A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716

Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Tuesday, January 17, 2023 2:11 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton

Mr. Singh,

My client's name is on the subject line of every email that I have sent you, including this one. It is on every letter of representation that we have sent in. It is on the demand that we sent. It is on every piece of correspondence.

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768




**MORRIS BART**
ATTORNEYS AT LAW

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Tuesday, January 17, 2023 10:39 AM
**To:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Who is your client?
Thank you



**ESIS**
A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Tuesday, January 17, 2023 11:24 AM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:
**Importance:** High

Mr. Singh,

**Please confirm the name of the UM Underwriter/Carrier, the existence of UM coverage and the amount.**

**Please provide a copy of the declarations page and the policy.**

I have requested these items a number of times.

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768





MORRIS
BART ¦
ATTORNEYS AT LAW

**From:** Jason Ruiz
**Sent:** Friday, January 13, 2023 11:43 AM

**To:** 'Singh, Johnny' <MANINDERJIT.SINGH@esis.com>; Donna Seoane <dseoane@morrisbart.com>
**Subject:** CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

Wow. Considering the hours that we've spent on the phone. That is amazing.

We've sent the police report and provided a demand package for UM including proof of the liability limits being offered and proof of those limits. Please let me know if you have any questions once you review the material.

As for the process, Donna can fill you in if you want that if you want to call her. It's way too much to type. And we just want to move forward.

**In the meantime, please confirm the existence of UM coverage and the amount.**

**Please provide a copy of the declarations page and the policy as well as the name of the underwriting.**

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768




MORRIS
BART
ATTORNEYS AT LAW

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Friday, January 13, 2023 11:40 AM
**To:** Jason Ruiz <JRuiz@morrisbart.com>; Donna Seoane <DSeoane@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Entire thing. All I have is a statement.
Insured was driving and was rear ended by IV. Insured employee driver Leyton Wint at 770-343-1866.

Does Leyton Wint work for TRP Construction?
Thank you

**ESIS**
A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA  18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Friday, January 13, 2023 12:38 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>; Donna Seoane <DSeoane@morrisbart.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

Hi,

Which part? The wreck? The process of getting it to Esis?

If you have any questions, comment or concerns, or, if I can be of further assistance with this
or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you
need immediate assistance or do not receive a timely response from me. In addition, we strive
to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768




MORRIS
BART
ATTORNEYS AT LAW

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Friday, January 13, 2023 10:31 AM

**To:** Jason Ruiz <JRuiz@morrisbart.com>; Donna Seoane <DSeoane@morrisbart.com>
**Subject:** [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hello,
What exactly took place? I am trying to confirm this with my client as well.
Thank you



**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Friday, January 13, 2023 10:26 AM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>; Donna Seoane <DSeoane@morrisbart.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:
**Importance:** High

Mr. Singh,

I cannot begin to tell you the enormous effort to get this claim setup. This claim was originally setup in May of last year. See the attached document that we received from *your company*, Esis, concerning this matter. It was never acknowledged and my paralegal has been following up on it daily for the last two weeks.

We have not even been able to confirm the actual name of the underwriter and are at a point of filing a bad faith claim against John Doe Ins Co with intentions of substituting your client's name once we find out. All of this is to ask that you make the claim a priority.

**While you are investigating it and subject to the conclusion of such, please confirm the existence of UM coverage and the amount.**

**Please provide a copy of the declarations page and the policy as well as the name of the underwriting.**

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768

  

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Friday, January 13, 2023 7:07 AM
**To:** Donna Seoane <DSeoane@morrisbart.com>
**Cc:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Claim is under investigation. I need to speak with my client to confirm what took place.
Thank you

**ESIS**
A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Donna Seoane <DSeoane@morrisbart.com>
**Sent:** Thursday, January 12, 2023 5:00 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Cc:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

CL # 1E01EO13670931

See attached Underinsured Motorist Demand for our client, Leyton Wint. This demand was previously sent on December 7, 2022 under a different claim number. We were not told until after this demand was presented to ESIS that

the original claim needed to be re filed.  The liability carrier has offered their policy limits, a copy of their offer is attached.  Once, you have reviewed this demand, please contact Mr. Ruiz to discuss settlement of this claim.

Also, please confirm receipt of this demand.


Donna Seoane
Paralegal to Jason Ruiz
Morris Bart, LTD.
1712 15ᵗʰ St., Ste. 300
Gulfport, MS  39501
P:  (228) 276-0315
F:  (866) 605-9303
E:  DSeoane@MorrisBart.com

This email (including any attachments) is intended for the designated recipient(s) only, and may be confidential, non-public, proprietary, and/or protected by the attorney-client or other privilege. Unauthorized reading, distribution, copying or other use of this communication is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) should not be deemed a waiver of any privilege or protection. If you are not the intended recipient or if you believe that you have received this email in error, please notify the sender immediately and delete all copies from your computer system without reading, saving, printing, forwarding or using it in any manner. Although it has been checked for viruses and other malicious software ("malware"), we do not warrant, represent or guarantee in any way that this communication is free of malware or potentially damaging defects. All liability for any actual or alleged loss, damage, or injury arising out of or resulting in any way from the receipt, opening or use of this email is expressly disclaimed.

**Jason Ruiz**

| | |
|---|---|
| **From:** | Singh, Johnny <MANINDERJIT.SINGH@esis.com> |
| **Sent:** | Monday, May 1, 2023 1:47 PM |
| **To:** | Jason Ruiz |
| **Subject:** | Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton |

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

The file is still in coverage.
The underwriter is not sending the complete UM/UIM endorsement forms.
Thank you

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Monday, May 1, 2023 1:05 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton

Johnny,

What is the status?

See below.

Jason

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Friday, April 7, 2023 7:04 AM
**To:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

We were waiting on the underwriter to provide the UM/UIM policy which the examiner finally got and is reviewing it.
Thank you

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Thursday, April 6, 2023 4:01 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton
**Importance:** High

Johnny,

EXHIBIT
13

Please reply to my inquiries below. You have had this file for nearly three months.

Jason

**From:** Jason Ruiz
**Sent:** Tuesday, March 14, 2023 8:18 AM
**To:** 'Singh, Johnny' <MANINDERJIT.SINGH@esis.com>
**Subject:** CL # 1E01EO13670931 -- Wint, Leyton

Johnny,

It's been another two weeks. What is the status? What is taking so long for this coverage deceision?

You have had this file for over two months now.

Jason

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Wednesday, March 1, 2023 12:42 PM
**To:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

We will get this resolved.  Everything is submitted we should have an after soon on this.
Thank you

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Wednesday, March 1, 2023 12:57 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton

Johnny,

I really hate to have to file suit on this. But we are getting nothing from ESIS and/or ACE. We do not have a policy. We do not have a coverage decision. We do not have consent to settle the underlying claim and/or waiver of subrogation, if any.

I get it that you are waiting for someone else to do their job. But this has gone on for a very long time now.

The underlying tortfeasor's policy limits have been offered. We have submitted proof of that. We have presented a UM demand. We have repeatedly asked for a copy of the policy and waiver of subrogation. Yet, nothing has been forthcoming.

Is there anything you or I can do to expedite the process? I would hate to file suit only to find out that there is no UM coverage. But once I file, I am, at the very least, automatically entitled to a copy of the policy. You will not even release that to us. That refusal alone, in Mississippi, is grounds for extracontractual damages.

Please tell me something to justify holding off on filing.

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768




**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Wednesday, March 1, 2023 9:26 AM
**To:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** RE: Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Yes that is correct Jason.
Thank you

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Tuesday, February 28, 2023 2:38 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** RE: Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton

This is what the Secretary of State's office shows:

| Name History | |
| --- | --- |
| **Name** | **Name Type** |
| ESIS, INC. | Legal |
| Chubb Global Risk Advisors | Fictitious Name |

See attached.

At any rate, the company you work for is "ESIS, INC." Is that correct?

Jason

**From:** Singh, Johnny <<u>MANINDERJIT.SINGH@esis.com</u>>
**Sent:** Tuesday, February 28, 2023 10:38 AM
**To:** Jason Ruiz <<u>JRuiz@morrisbart.com</u>>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

ESIS is a third party hired by Chubb.
Thank you

# ESIS˙
A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
<u>Maninderjit.Singh@esis.com</u>

**From:** Jason Ruiz <<u>JRuiz@morrisbart.com</u>>
**Sent:** Tuesday, February 28, 2023 10:06 AM
**To:** Singh, Johnny <<u>MANINDERJIT.SINGH@esis.com</u>>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton

Johhny,

Please reply to the email below.

**From:** Jason Ruiz
**Sent:** Thursday, February 23, 2023 1:28 PM
**To:** 'Singh, Johnny' <MANINDERJIT.SINGH@esis.com>
**Subject:** CL # 1E01EO13670931 -- Wint, Leyton

Johnny,

Please confirm that the legal name of your company is, "ESIS, INC." doing business as "Chubb Global Risk Advisors."

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768




**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Thursday, February 23, 2023 12:46 PM
**To:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Everything will be provided once I know coverage applies.
Thank you



**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Thursday, February 23, 2023 1:31 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton
**Importance:** High

Mr. Singh,

Please provide a copy of the insurance policy and the declarations page.

Please advise ACE American Insurance Company that we have requested this multiple times over the last year and that we are warning them that a bad faith lawsuit is coming due to their refusal to provide it.

*Advise them that this is what my BAD FAITH research shows me.*

I. **Delay in Investigation**

In Mississippi, "an insurance company has a duty to the insured [MY CLIENT IS AN INSURED UNDER THIS POLICY] to make a reasonably prompt investigation of all relevant facts. It has a further duty, after an adequate investigation and a realistic evaluation of the claim, to tell the insured, its customer, the plain truth. And, if the insurance company cannot give its insured a valid reason for denying the claim, it has a final duty to promptly honor it." *Bankers Life & Cas. Co. vs. Crenshaw*, 483 So.2d 254, 276 (Miss 1985). Failure of an insurer to conduct an adequate investigation, standing alone, may give rise to punitive damages under Mississippi law. *Stewart*, 846 So. 2d 192, ¶¶ 45-46 (Miss. 2002) (affirming $500,000 in punitive damages on $3,500 in actual damages for, inter alia, failure to investigate despite the fact insured's claim form showed the claim was not covered − where further investigation would have shown otherwise); *see also Essinger v. Liberty Mut. Fire Ins. Co.*, 529 F.3d 264, 271 n.1 (5th Cir. 2008) (citation omitted) ("Inordinate delays in processing claims

and a failure to make a meaningful investigation have combined to create a jury question on bad faith.").

It is important to note that mere *delay* in investigating and paying a claim can result in punitive damages. Mississippi Courts "... have permitted claimants to recover damages on bad faith claims when resolution of an insurance claim is merely delayed rather than ultimately denied." *James v. State Farm Mut. Auto. Ins. Co.*, 743 F.3d 65, 69 (5th Cir. 2014) (citing T*ravelers Indem. Co. v. Wetherbee*, 368 So. 2d 829, 834-35 (Miss. 1979).

II.   **Non-Waiver of Subrogation**

We have asked multiple times that ACE waiver subrogation rights if any so that Mr. Wint can settle the underlying liability claim against the tortfeasor. None has been forthcoming. As per Mississippi law, your client cannot have a right of subrogation unless our client is made whole: "**An insurer is entitled to enforce its contractual right of subrogation after the insured has been fully compensated, or made whole for his loss ... the insurer is entitled to reimbursement from funds received by the insured from the third party when the insured receives more than the total of his or her loss.**" *Hare v. State*, 733 So.2d 277, 281 (Miss. 1999). **The opinion goes on to say that "the made whole rule ... is not to be overridden by contractual language.**" *Id.* Refusing to waive a meritless subrogation claim is grounds for punitive damages. See the case of *Valley Forge Ins. Co./CNA Ins. Co. v. Strickland*, 620 So.2d 535, 540 (Miss. 1993) wherein the Supreme Court upheld an award of punitive damages based on an insurance company's unwillingness to waive subrogation. The insurer owes its insured a duty not to interfere with her recovery of amounts due to her. The duty transcends the contract and was breached with the assertion and refusal to withdraw a meritless subrogation claim. Although not technically bad faith, the breach is egregious enough to warrant punitive damages.

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768





**MORRIS BART ⅓**
ATTORNEYS AT LAW

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Thursday, February 23, 2023 10:50 AM
**To:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Good morning Jason,
I provided all the necessary details it is being worked on.
Thank you

**ESIS**
A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Thursday, February 23, 2023 9:52 AM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton

Johnny,

It's been well over a month since I first talked to you on this. Please provide the policy documents so that I can assess for my self whether UM applies.

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768




MORRIS
BART
ATTORNEYS AT LAW

---

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Wednesday, February 8, 2023 7:42 AM
**To:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hello,
From my last convo with the carrier they are checking with in house attorney and underwriter too see if UM will apply and if the client purchased that coverage or any other coverage that may cover injuries for your client.
Thank you

**ESIS**
A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Tuesday, February 7, 2023 5:53 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton
**Importance:** High

Johnny,

It's been another week. Any response from Ace? I need a response to our demand and waiver of subrogation.

See below.

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Monday, January 30, 2023 11:08 AM
**To:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

No, I sent the follow up email to the head at ACE who handles this account to review or assign someone to review coverage.
Thank you


A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Monday, January 30, 2023 11:55 AM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton

Johnny,

I understand that you are doing your part. We are grateful for your efforts in the matter.

Is there any status at all from Ace?

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768





**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Monday, January 30, 2023 10:10 AM
**To:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Good morning Jason,
I have sent several follow ups to the carrier to expediate it. I have told them you have been extremely patient.
Thank you

**ESIS**
A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Thursday, January 26, 2023 5:45 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton

Mr. Singh,

Another 9 days have gone by.

We have not received a copy of the declaration page or policy documents. Please provide those so that we can evaluate the claim for ourselves.

In addition, please confirm if the claim is approved for coverage.

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768





**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Tuesday, January 17, 2023 1:46 PM
**To:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Yes and I will submitted for coverage approval to them.
Thank you


A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Tuesday, January 17, 2023 2:33 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton

Per our conversation, the uninsured motorist carrier is Ace American Insurance Company. Please confirm this is the correct legal name.

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax:  (866) 605-9303
MSB # 101768




**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Tuesday, January 17, 2023 1:16 PM
**To:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hello,
Based on my initial report, the individual listed on the subject line works for our employer TRP CONSTRUCTION GROUP, LLC.
Now if he has sustained injuries he needs to report it to the other carrier.  If he still needs treatment he should report to his employer for WC.
The UM policy is large since this is a commercial account.  I cannot disclose the figure since I will not handle any injuries.
Thank you



**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716

Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Tuesday, January 17, 2023 2:11 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton

Mr. Singh,

My client's name is on the subject line of every email that I have sent you, including this one. It is on every letter of representation that we have sent in. It is on the demand that we sent. It is on every piece of correspondence.

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768




**MORRIS BART !**
ATTORNEYS AT LAW

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Tuesday, January 17, 2023 10:39 AM
**To:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Who is your client?
Thank you



**ESIS**
A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Tuesday, January 17, 2023 11:24 AM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:
**Importance:** High

Mr. Singh,

**Please confirm the name of the UM Underwriter/Carrier, the existence of UM coverage and the amount.**

**Please provide a copy of the declarations page and the policy.**

I have requested these items a number of times.

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768





MORRIS
BART↓
ATTORNEYS AT LAW

**From:** Jason Ruiz
**Sent:** Friday, January 13, 2023 11:43 AM

**To:** 'Singh, Johnny' <MANINDERJIT.SINGH@esis.com>; Donna Seoane <dseoane@morrisbart.com>
**Subject:** CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

Wow. Considering the hours that we've spent on the phone. That is amazing.

We've sent the police report and provided a demand package for UM including proof of the liability limits being offered and proof of those limits. Please let me know if you have any questions once you review the material.

As for the process, Donna can fill you in if you want that if you want to call her. It's way too much to type. And we just want to move forward.

**In the meantime, please confirm the existence of UM coverage and the amount.**

**Please provide a copy of the declarations page and the policy as well as the name of the underwriting.**

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768

 

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Friday, January 13, 2023 11:40 AM
**To:** Jason Ruiz <JRuiz@morrisbart.com>; Donna Seoane <DSeoane@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Entire thing. All I have is a statement.
Insured was driving and was rear ended by IV. Insured employee driver Leyton Wint at 770-343-1866.

Does Leyton Wint work for TRP Construction?

Thank you

# ESIS˙
A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Friday, January 13, 2023 12:38 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>; Donna Seoane <DSeoane@morrisbart.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

Hi,

Which part? The wreck? The process of getting it to Esis?

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768




**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Friday, January 13, 2023 10:31 AM

**To:** Jason Ruiz <JRuiz@morrisbart.com>; Donna Seoane <DSeoane@morrisbart.com>
**Subject:** [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hello,
What exactly took place? I am trying to confirm this with my client as well.
Thank you


A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Friday, January 13, 2023 10:26 AM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>; Donna Seoane <DSeoane@morrisbart.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:
**Importance:** High

Mr. Singh,

I cannot begin to tell you the enormous effort to get this claim setup. This claim was originally setup in May of last year. See the attached document that we received from *your company*, Esis, concerning this matter. It was never acknowledged and my paralegal has been following up on it daily for the last two weeks.

We have not even been able to confirm the actual name of the underwriter and are at a point of filing a bad faith claim against John Doe Ins Co with intentions of substituting your client's name once we find out. All of this is to ask that you make the claim a priority.

**While you are investigating it and subject to the conclusion of such, please confirm the existence of UM coverage and the amount.**

**Please provide a copy of the declarations page and the policy as well as the name of the underwriting.**

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768




**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Friday, January 13, 2023 7:07 AM
**To:** Donna Seoane <DSeoane@morrisbart.com>
**Cc:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Claim is under investigation. I need to speak with my client to confirm what took place.
Thank you


A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Donna Seoane <DSeoane@morrisbart.com>
**Sent:** Thursday, January 12, 2023 5:00 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Cc:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

CL # 1E01EO13670931

See attached Underinsured Motorist Demand for our client, Leyton Wint. This demand was previously sent on December 7, 2022 under a different claim number. We were not told until after this demand was presented to ESIS that

the original claim needed to be re filed.  The liability carrier has offered their policy limits, a copy of their offer is attached.  Once, you have reviewed this demand, please contact Mr. Ruiz to discuss settlement of this claim.

Also, please confirm receipt of this demand.

Donna Seoane
Paralegal to Jason Ruiz
Morris Bart, LTD.
1712 15ᵗʰ St., Ste. 300
Gulfport, MS 39501
P: (228) 276-0315
F: (866) 605-9303
E: DSeoane@MorrisBart.com

---

This email (including any attachments) is intended for the designated recipient(s) only, and may be confidential, non-public, proprietary, and/or protected by the attorney-client or other privilege. Unauthorized reading, distribution, copying or other use of this communication is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) should not be deemed a waiver of any privilege or protection. If you are not the intended recipient or if you believe that you have received this email in error, please notify the sender immediately and delete all copies from your computer system without reading, saving, printing, forwarding or using it in any manner. Although it has been checked for viruses and other malicious software ("malware"), we do not warrant, represent or guarantee in any way that this communication is free of malware or potentially damaging defects. All liability for any actual or alleged loss, damage, or injury arising out of or resulting in any way from the receipt, opening or use of this email is expressly disclaimed.

**Donna Seoane**

| | |
|---|---|
| **From:** | Singh, Johnny <MANINDERJIT.SINGH@esis.com> |
| **Sent:** | Monday, May 8, 2023 10:30 AM |
| **To:** | Jason Ruiz |
| **Subject:** | Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton |

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

I cannot confirm any of this.
Thank you

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Monday, May 8, 2023 10:09 AM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton

Johnny,

Can you, at least, confirm that the UM carrier is not pursuing subrogation so we can settle the underlying liability claim?

If you have any questions, comments or concerns, please do not hesitate to reach out to me or my assistant, Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com.

Best regards,
Jason

P.S.: In addition, please be advised that we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768

 

MORRIS
BART!
ATTORNEYS AT LAW

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Monday, May 1, 2023 1:47 PM



EXHIBIT
14

**To:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton


CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

The file is still in coverage.
The underwriter is not sending the complete UM/UIM endorsement forms.
Thank you

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Monday, May 1, 2023 1:05 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton

Johnny,

What is the status?

See below.

Jason

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Friday, April 7, 2023 7:04 AM
**To:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton


CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

We were waiting on the underwriter to provide the UM/UIM policy which the examiner finally got and is reviewing it.
Thank you

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Thursday, April 6, 2023 4:01 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton
**Importance:** High

Johnny,

Please reply to my inquiries below. You have had this file for nearly three months.

Jason

**From:** Jason Ruiz
**Sent:** Tuesday, March 14, 2023 8:18 AM
**To:** 'Singh, Johnny' <<u>MANINDERJIT.SINGH@esis.com</u>>
**Subject:** CL # 1E01EO13670931 -- Wint, Leyton

Johnny,

It's been another two weeks. What is the status? What is taking so long for this coverage deceision?

You have had this file for over two months now.

Jason

**From:** Singh, Johnny <<u>MANINDERJIT.SINGH@esis.com</u>>
**Sent:** Wednesday, March 1, 2023 12:42 PM
**To:** Jason Ruiz <<u>JRuiz@morrisbart.com</u>>
**Subject:** Wint, Leyton 4/22/2012 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

We will get this resolved.  Everything is submitted we should have an after soon on this.
Thank you

**From:** Jason Ruiz <<u>JRuiz@morrisbart.com</u>>
**Sent:** Wednesday, March 1, 2023 12:57 PM
**To:** Singh, Johnny <<u>MANINDERJIT.SINGH@esis.com</u>>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton

Johnny,

I really hate to have to file suit on this. But we are getting nothing from ESIS and/or ACE. We do not have a policy. We do not have a coverage decision. We do not have consent to settle the underlying claim and/or waiver of subrogation, if any.

I get it that you are waiting for someone else to do their job. But this has gone on for a very long time now.

The underlying tortfeasor's policy limits have been offered. We have submitted proof of that. We have presented a UM demand. We have repeatedly asked for a copy of the policy and waiver of subrogation. Yet, nothing has been forthcoming.

Is there anything you or I can do to expedite the process? I would hate to file suit only to find out that there is no UM coverage. But once I file, I am, at the very least, automatically entitled

to a copy of the policy. You will not even release that to us. That refusal alone, in Mississippi, is grounds for extracontractual damages.

Please tell me something to justify holding off on filing.

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768




**MORRIS BART**
ATTORNEYS AT LAW

---

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Wednesday, March 1, 2023 9:26 AM
**To:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** RE: Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Yes that is correct Jason.
Thank you

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Tuesday, February 28, 2023 2:38 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** RE: Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton

This is what the Secretary of State's office shows:

Name History
_____

**Name**                                            **Name Type**
ESIS, INC.                                          Legal
Chubb Global Risk Advisors                          Fictitious Name

See attached.

At any rate, the company you work for is "ESIS, INC." Is that correct?

Jason

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Tuesday, February 28, 2023 10:38 AM
**To:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

ESIS is a third party hired by Chubb.
Thank you



**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Tuesday, February 28, 2023 10:06 AM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton

Johhny,

Please reply to the email below.

**From:** Jason Ruiz
**Sent:** Thursday, February 23, 2023 1:28 PM
**To:** 'Singh, Johnny' <MANINDERJIT.SINGH@esis.com>
**Subject:** CL # 1E01EO13670931 -- Wint, Leyton

Johnny,

Please confirm that the legal name of your company is, "ESIS, INC." doing business as "Chubb Global Risk Advisors."

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax:   (866) 605-9303
MSB # 101768




**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Thursday, February 23, 2023 12:46 PM
**To:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Everything will be provided once I know coverage applies.
Thank you



**ESIS**
A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Thursday, February 23, 2023 1:31 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton
**Importance:** High

Mr. Singh,

Please provide a copy of the insurance policy and the declarations page.

Please advise ACE American Insurance Company that we have requested this multiple times over the last year and that we are warning them that a bad faith lawsuit is coming due to their refusal to provide it.

*Advise them that this is what my BAD FAITH research shows me:*

I.    **Delay in Investigation**

In Mississippi, "an insurance company has a duty to the insured [MY CLIENT IS AN INSURED UNDER THIS POLICY] to make a reasonably prompt investigation of all relevant facts. It has a further duty, after an adequate investigation and a realistic evaluation of the claim, to tell the insured, its customer, the plain truth. And, if the insurance company cannot give its insured a valid reason for denying the claim, it has a final duty to promptly honor it." *Bankers Life & Cas. Co. vs. Crenshaw,* 483 So.2d 254, 276 (Miss 1985). Failure of an insurer to conduct an adequate investigation, standing alone, may give rise to punitive damages under Mississippi law. *Stewart,* 846 So. 2d 192, ¶ ¶ 45–46 (Miss. 2002) (affirming $500,000 in punitive damages on $3,500 in actual damages for, inter alia, failure to investigate despite the fact insured's claim form showed the claim was not covered – where further investigation would have revealed otherwise); *Andrew Jackson Life Ins. Co. v. Williams,* 566 So.2d 1172, 1188–89 & n.15 (Miss.1990) (failure to investigate may, by itself, support an award of punitive damages); *United American Ins. Co. v. Merrill,* 978 So.2d 613, 529

F.3d 264, 271 n.1 (5th Cir. 2008) (citation omitted) ("Inordinate delays in processing claims and a failure to make a meaningful investigation have combined to create a jury question on bad faith.").

It is important to note that mere *delay* in investigating and paying a claim can result in punitive damages. Mississippi Courts "... have permitted claimants to recover damages on bad faith claims when resolution of an insurance claim is merely delayed rather than ultimately denied." *James v. State Farm Mut. Auto. Ins. Co.*, 743 F.3d 65, 69 (5th Cir. 2014) (citing T*ravelers Indem. Co. v. Wetherbee*, 368 So. 2d 829, 834–35 (Miss. 1979).

## II.    Non-Waiver of Subrogation

We have asked multiple times that ACE waiver subrogation rights if any so that Mr. Wint can settle the underlying liability claim against the tortfeasor. None has been forthcoming. As per Mississippi law, your client cannot have a right of subrogation unless our client is made whole: "**An insurer is entitled to enforce its contractual right of subrogation after the insured has been fully compensated, or made whole for his loss ... the insurer is entitled to reimbursement from funds received by the insured from the third party when the insured receives more than the total of his or her loss.**" *Hare v. State*, 733 So.2d 277, 281 (Miss. 1999). **The opinion goes on to say that** "**the made whole rule ... is not to be overridden by contractual language.**" *Id.* Refusing to waive a meritless subrogation claim is grounds for punitive damages. See the case of *Valley Forge Ins. Co./CNA Ins. Co. v. Strickland*, 620 So.2d 535, 540 (Miss. 1993) wherein the Supreme Court upheld an award of punitive damages based on an insurance company's unwillingness to waive subrogation. The insurer owes its insured a duty not to interfere with her recovery of amounts due to her. The duty transcends the contract and was breached with the assertion and refusal to withdraw a meritless subrogation claim. Although not technically bad faith, the breach is egregious enough to warrant punitive damages.

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax:  (866) 605-9303
MSB # 101768





**MORRIS BART**
ATTORNEYS AT LAW

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Thursday, February 23, 2023 10:50 AM
**To:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Good morning Jason,
I provided all the necessary details it is being worked on.
Thank you

**ESIS**
A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA  18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Thursday, February 23, 2023 9:52 AM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton

Johnny,

It's been well over a month since I first talked to you on this. Please provide the policy documents so that I can assess for my self whether UM applies.

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768




**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Wednesday, February 8, 2023 7:42 AM
**To:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hello,
From my last convo with the carrier they are checking with in house attorney and underwriter too see if UM will apply and if the client purchased that coverage or any other coverage that may cover injuries for your client.
Thank you


A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Tuesday, February 7, 2023 5:53 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton
**Importance:** High

Johnny,

It's been another week. Any response from Ace? I need a response to our demand and waiver of subrogation.

See below.

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Monday, January 30, 2023 11:08 AM
**To:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

No, I sent the follow up email to the head at ACE who handles this account to review or assign someone to review coverage.
Thank you

**ESIS**
A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Monday, January 30, 2023 11:55 AM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton

Johnny,

I understand that you are doing your part. We are grateful for your efforts in the matter.

Is there any status at all from Ace?

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax:  (866) 605-9303
MSB # 101768





MORRIS
BART
ATTORNEYS AT LAW

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Monday, January 30, 2023 10:10 AM
**To:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Good morning Jason,
I have sent several follow ups to the carrier to expediate it.  I have told them you have been extremely patient.
Thank you


A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA  18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Thursday, January 26, 2023 5:45 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton

Mr. Singh,

Another 9 days have gone by.

We have not received a copy of the declaration page or policy documents. Please provide those so that we can evaluate the claim for ourselves.

In addition, please confirm if the claim is approved for coverage.

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct:  (228) 276-0302
Fax:  (866) 605-9303
MSB # 101768





**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Tuesday, January 17, 2023 1:46 PM
**To:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Yes and I will submitted for coverage approval to them.
Thank you


A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA  18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Tuesday, January 17, 2023 2:33 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton

Per our conversation, the uninsured motorist carrier is Ace American Insurance Company. Please confirm this is the correct legal name.

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768

 

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Tuesday, January 17, 2023 1:16 PM
**To:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hello,
Based on my initial report, the individual listed on the subject line works for our employer TRP CONSTRUCTION GROUP, LLC.
Now if he has sustained injuries he needs to report it to the other carrier. If he still needs treatment he should report to his employer for WC.
The UM policy is large since this is a commercial account. I cannot disclose the figure since I will not handle any injuries.
Thank you

# ESIS.
A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-8886 Ext.902 470-8849 Fax: 800-261-4718

14

Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Tuesday, January 17, 2023 2:11 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton

Mr. Singh,

My client's name is on the subject line of every email that I have sent you, including this one. It is on every letter of representation that we have sent in. It is on the demand that we sent. It is on every piece of correspondence.

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768

  

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Tuesday, January 17, 2023 10:39 AM
**To:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Who is your client?
Thank you



**ESIS**®
A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Tuesday, January 17, 2023 11:24 AM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:
**Importance:** High

Mr. Singh,

**Please confirm the name of the UM Underwriter/Carrier, the existence of UM coverage and the amount.**

**Please provide a copy of the declarations page and the policy.**

I have requested these items a number of times.

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax:  (866) 605-9303
MSB # 101768




MORRIS
BART︱
ATTORNEYS AT LAW

**From:** Jason Ruiz
**Sent:** Friday, January 13, 2023 11:43 AM
**To:** 'Singh, Johnny' <MANINDERJIT.SINGH@esis.com>; Donna Seoane <dseoane@morrisbart.com>
**Subject:** CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

Wow. Considering the hours that we've spent on the phone. That is amazing.

We've sent the police report and provided a demand package for UM including proof of the liability limits being offered and proof of those limits. Please let me know if you have any questions once you review the material.

As for the process, Donna can fill you in if you want that if you want to call her. It's way too much to type. And we just want to move forward.

**In the meantime, please confirm the existence of UM coverage and the amount.**

**Please provide a copy of the declarations page and the policy as well as the name of the underwriting.**

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768

 

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Friday, January 13, 2023 11:40 AM
**To:** Jason Ruiz <JRuiz@morrisbart.com>; Donna Seoane <DSeoane@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Entire thing. All I have is a statement.
Insured was driving and was rear ended by IV. Insured employee driver Leyton Wint at 770-343-1866.

Does Leyton Wint work for TRP Construction?
Thank you

**ESIS**
A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Friday, January 13, 2023 12:38 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>; Donna Seoane <DSeoane@morrisbart.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

Hi,

Which part? The wreck? The process of getting it to Esis?

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768





**MORRIS BART**
ATTORNEYS AT LAW

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Friday, January 13, 2023 10:31 AM
**To:** Jason Ruiz <JRuiz@morrisbart.com>; Donna Seoane <DSeoane@morrisbart.com>
**Subject:** [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hello,
What exactly took place? I am trying to confirm this with my client as well.
Thank you


A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Friday, January 13, 2023 10:26 AM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>; Donna Seoane <DSeoane@morrisbart.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:
**Importance:** High

Mr. Singh,

I cannot begin to tell you the enormous effort to get this claim setup. This claim was originally setup in May of last year. See the attached document that we received from *your company*, Esis, concerning this matter. It was never acknowledged and my paralegal has been following up on it daily for the last two weeks.

We have not even been able to confirm the actual name of the underwriter and are at a point of filing a bad faith claim against John Doe Ins Co with intentions of substituting your client's name once we find out. All of this is to ask that you make the claim a priority.

**While you are investigating it and subject to the conclusion of such, please confirm the existence of UM coverage and the amount.**

**Please provide a copy of the declarations page and the policy as well as the name of the underwriting.**

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you
need immediate assistance or do not receive a timely response from me. In addition, we strive
to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768




---

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Friday, January 13, 2023 7:07 AM
**To:** Donna Seoane <DSeoane@morrisbart.com>
**Cc:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking
links, especially from unknown senders.

Claim is under investigation. I need to speak with my client to confirm what took place.
Thank you


A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Donna Seoane <DSeoane@morrisbart.com>
**Sent:** Thursday, January 12, 2023 5:00 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Cc:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

CL # 1E01EO13670931

See attached Underinsured Motorist Demand for our client, Leyton Wint. This demand was previously sent on December 7, 2022 under a different claim number. We were not told until after this demand was presented to ESIS that the original claim needed to be re filed. The liability carrier has offered their policy limits, a copy of their offer is attached. Once, you have reviewed this demand, please contact Mr. Ruiz to discuss settlement of this claim.

Also, please confirm receipt of this demand.

Donna Seoane
Paralegal to Jason Ruiz
Morris Bart, LTD.
1712 15th St., Ste. 300
Gulfport, MS 39501
P: (228) 276-0315
F: (866) 605-9303
E: DSeoane@MorrisBart.com

---

This email (including any attachments) is intended for the designated recipient(s) only, and may be confidential, non-public, proprietary, and/or protected by the attorney-client or other privilege. Unauthorized reading, distribution, copying or other use of this communication is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) should not be deemed a waiver of any privilege or protection. If you are not the intended recipient or if you believe that you have received this email in error, please notify the sender immediately and delete all copies from your computer system without reading, saving, printing, forwarding or using it in any manner. Although it has been checked for viruses and other malicious software ("malware"), we do not warrant, represent or guarantee in any way that this communication is free of malware or potentially damaging defects. All liability for any actual or alleged loss, damage, or injury arising out of or resulting in any way from the receipt, opening or use of this email is expressly disclaimed.

**COVER SHEET**
**Civil Case Filing Form**
*(To be completed by Attorney/Party*
*Prior to Filing of Pleading)*

| Court Identification Docket # | Case Year | Docket Number |
|---|---|---|
| 2 4 1 | 2 0 2 3 | |

| County # | Judicial District | Court ID (CH/CI, CO) |
|---|---|---|
| 0 5 | 1 2 2 3 | |

Month  Date  Year

Mississippi Supreme Court          Form AOC/01
Administrative Office of Courts          (Rev 2020)

This area to be completed by clerk          Case Number if filed prior to 1/1/94

In the CIRCUIT          Court of HARRISON          County  —  FIRST  Judicial District

**Origin of Suit (Place an "X" in one box only)**

- [ ] Initial Filing
- [ ] Reinstated
- [ ] Foreign Judgment Enrolled
- [ ] Transfer from Other court
- [ ] Other
- [ ] Remanded
- [ ] Reopened
- [ ] Joining Suit/Action
- [ ] Appeal

**Plaintiff - Party(ies) Initially Bringing Suit Should Be Entered First - Enter Additional Plaintiffs on Separate Form**

Individual  Wint          Leyton          L

Last Name          First Name          Maiden Name, if applicable          M.I.          Jr/Sr/III/IV

___ Check ( x ) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of

___ Check ( x ) if Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity
D/B/A or Agency

Business

Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated

___ Check ( x ) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below:
D/B/A

Address of Plaintiff  4759 Saddle Ridge Rd., Powder Springs, GA  30127

Attorney (Name & Address)  Jason Ruiz, Morris Bart LTD, 1712 15th St Ste 300 Gulfport MS  39501          MS Bar No. 101768

___ Check ( x ) if Individual Filing Initial Pleading is NOT an attorney

Signature of Individual Filing:

**Defendant - Name of Defendant - Enter Additional Defendants on Separate Form**

Individual

Last Name          First Name          Maiden Name, if applicable          M.I.          Jr/Sr/III/IV

___ Check ( x ) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of

___ Check ( x ) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A or Agency

Business

Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated

___ Check ( x ) if Business Defendant is acting in the name of an entity other than the above, and enter below:
D/B/A

Attorney (Name & Address) - If Known          MS Bar No.

___ Check ( x ) if child support is contemplated as an issue in this suit.*

*If checked, please submit completed Child Support Information Sheet with this Cover Sheet

**Nature of Suit (Place an "X" in one box only)**

| Domestic Relations | Business/Commercial | Children/Minors - Non-Domestic | Real Property |
|---|---|---|---|
| [ ] Child Custody/Visitation | [ ] Accounting (Business) | [ ] Adoption - Contested | [ ] Adverse Possession |
| [ ] Child Support | [ ] Business Dissolution | [ ] Adoption - Uncontested | [ ] Ejectment |
| [ ] Contempt | [ ] Debt Collection | [ ] Consent to Abortion | [ ] Eminent Domain |
| [ ] Divorce:Fault | [ ] Employment | [ ] Minor Removal of Minority | [ ] Eviction |
| [ ] Divorce: Irreconcilable Diff. | [ ] Foreign Judgment | [ ] Other ___ | [ ] Judicial Foreclosure |
| [ ] Domestic Abuse | [ ] Garnishment | **Civil Rights** | [ ] Lien Assertion |
| [ ] Emancipation | [ ] Replevin | [ ] Elections | [ ] Partition |
| [ ] Modification | [ ] Other ___ | [ ] Expungement | [ ] Tax Sale: Confirm/Cancel |
| [ ] Paternity | **Probate** | [ ] Habeas Corpus | [ ] Title Boundary or Easement |
| [ ] Property Division | [ ] Accounting (Probate) | [ ] Post Conviction Relief/Prisoner | [ ] Other ___ |
| [ ] Separate Maintenance | [ ] Birth Certificate Correction | [ ] Other ___ | **Torts** |
| [ ] Term. of Parental Rights-Chancery | [ ] Mental Health Commitment | **Contract** | [x] Bad Faith |
| [ ] UIFSA (eff 7/1/97; formerly URESA) | [ ] Conservatorship | [ ] Breach of Contract | [ ] Fraud |
| [ ] Other ___ | [ ] Guardianship | [ ] Installment Contract | [ ] Intentional Tort |
| **Appeals** | [ ] Joint Conservatorship & Guardianship | [ ] Insurance | [ ] Loss of Consortium |
| [ ] Administrative Agency | [ ] Heirship | [ ] Specific Performance | [ ] Malpractice - Legal |
| [ ] County Court | [ ] Intestate Estate | [ ] Other ___ | [ ] Malpractice - Medical |
| [ ] Hardship Petition (Driver License) | [ ] Minor's Settlement | **Statutes/Rules** | [ ] Mass Tort |
| [ ] Justice Court | [ ] Muniment of Title | [ ] Bond Validation | [ ] Negligence - General |
| [ ] MS Dept Employment Security | [ ] Name Change | [ ] Civil Forfeiture | [x] Negligence - Motor Vehicle |
| [ ] Municipal Court | [ ] Intestate Estate | [ ] Declaratory Judgment | [ ] Premises Liability |
| [ ] Other ___ | [ ] Testate Estate | [ ] Injunction or Restraining Order | [ ] Product Liability |
| | [ ] Alcohol/Drug Commitment (Involuntary) | [ ] Other ___ Contest | [ ] Subrogation |
| | | | [ ] Wrongful Death |
| | | | [ ] Other ___ |

Other (top left column, above):
- [ ] Alcohol/Drug Commitment (voluntary)
- [ ] Other ___

In THE <u>CIRCUIT</u> ▾ COURT OF <u>HARRISON</u> ▾ COUNTY, **MISSISSIPPI**

<u>FIRST</u> ▾ **JUDICIAL DISTRICT, CITY OF** _____

Docket No. <u>2023</u> - <u>147</u>  <u>24\61</u>  Docket No. If Filed
     File Yr     Chronological No.    Clerk's Local ID     Prior to 1/1/94 _____

**DEFENDANTS IN REFERENCED CAUSE - Page 1 of \_\_ Defendants Pages**
**IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET**

**Defendant #2:**

**Individual:** <u>Bartholomew</u> _____ <u>Dillon</u> _____ ( _____ ) <u>R</u> ____
           Last Name            First Name       Maiden Name, if Applicable    Middle Init.    Jr/Sr/III/IV

\_\_Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

   Estate of _____

\_\_Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

   D/B/A _____

**Business** <u>Address of Defendant:  10424 Autumn Dr., Gulfport, MS  39503</u> _____
         Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

\_\_Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

   D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** \_\_\_\_\_ Bar # or Name: _____ *Pro Hac Vice* (✓)\_\_\_ Not an Attorney(✓)\_\_\_

**Defendant #3:**

**Individual:** _____ _____ _____ ( _____ ) ____
           Last Name            First Name       Maiden Name, if Applicable    Middle Init.    Jr/Sr/III/IV

\_\_Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

   Estate of _____

\_\_Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

   D/B/A _____

**Business** <u>ACE American Insurance, Reg Agent, CT Corporation Sustem of MS</u> _____
         Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

\_\_Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

   D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** \_\_\_\_\_ Bar # or Name: _____ *Pro Hac Vice* (✓)\_\_\_ Not an Attorney(✓)\_\_\_

**Defendant #4:**

**Individual:** _____ _____ _____ ( _____ ) ____
           Last Name            First Name       Maiden Name, if Applicable    Middle Init.    Jr/Sr/III/IV

\_\_Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

   Estate of _____

\_\_Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

   D/B/A _____

**Business** _____
         Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

\_\_Check (✓) if Business Defendant is being sued in the name of an entity other than the above, and enter below:

   D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** \_\_\_\_\_ Bar # or Name: _____ *Pro Hac Vice* (✓)\_\_\_ Not an Attorney(✓)\_\_\_

## IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI
### FIRST JUDICIAL DISTRICT

**LEYTON LLOYD GEORGE WINT**                                        **PLAINTIFF**

**VS.**                                        CAUSE NO.: A2401-2023-107

**DILLON RAY BARTHOLOMEW AND**
**ACE AMERICAN INSURANCE COMPANY**                     **DEFENDANTS**

### SUMMONS

**TO:** ACE American Insurance Company
c/o Registered Agent, CT Corporation Systems of MS
645 Lakeland East Drive, Ste. 101
Flowood, MS 39232   (Or, wherever found)

### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT
AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint
to Jason Ruiz, Esquire, the attorney for the Plaintiff, whose address is 1712 15th Street, Suite
300, Gulfport, MS 39501.

Your response must be mailed or delivered within thirty (30) days from the date of
delivery of this Summons and Complaint or a judgment by default will be entered against you
for the money or other things demanded in the complaint.

You must file the original of your response with the Clerk of this Court within a
reasonable time afterward.

Issued under my hand and the seal of said Court, this 12th day of May, 2023.

CIRCUIT CLERK OF HARRISON COUNTY

BY: _____

*WINT V. BARTHOLOMEW, ET AL.*

ACE American Insurance Company
c/o Registered Agent, CT Corporation Systems of MS
645 Lakeland East Drive, Ste. 101
Flowood, MS 39232    (Or, wherever found)

## RETURN

I, the undersigned process server, served the *Summons, Complaint, Plaintiff's Combined Discovery to Defendant and Request for Admissions, Motion for Trial Setting, and Notice of Deposition* to the person or entity named above in the manner set forth below (process server must check proper space and provide all additional information that is requested and pertinent to the mode of service used):

(   ) FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE. By mailing (by first class mail, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgment and return envelope, postage prepaid, addressed to the sender.

(   ) PERSONAL SERVICE. I personally delivered copies to _____
_____ on
the _____ day of _____, 20___, at the following location: _____
_____

(   ) RESIDENCE SERVICE. After exercising reasonable diligence I was unable to deliver copies to said person within _____ County, Mississippi. I served the summons on the ___ day of _____, 20___, at the usual place of abode of said person by leaving a true copy of the summons with _____who is the
_____ (insert wife, husband, son, daughter or other person as the case may be), a member of the family of the  person served above the age of sixteen years, and willing to  receive the summons and thereafter, on the _____day of _____, 20___. I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

(   ) CERTIFIED MAIL SERVICE.  By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served.  (Attach signed return receipt or other evidence of actual delivery to the person served).

At the time of service I was at least 18 years of age and not a party to this action.

X _____
      Signature

Name:_____
Address:_____
Telephone No.:_____
State of _____
State of _____

County of _____

     Personally appeared before me the undersigned authority in and for the state and

county aforesaid, the within named _____ who being first by me

duly sworn states on oath that the matters and facts set for in the foregoing "Proof of Service-

Summons" are true and correct as therein stated.

                                        _____

                                        Process Server

     Sworn to and subscribed before me on this the ___ day of _____, 2023.

                                        _____

                                        NOTARY PUBLIC

(Seal) My commission Expires:

_____

## IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI
### FIRST JUDICIAL DISTRICT

**LEYTON LLOYD GEORGE WINT**                                    **PLAINTIFF**

**VS.**                                    CAUSE NO.: A2401-2023-167

**DILLON RAY BARTHOLOMEW AND**
**ACE AMERICAN INSURANCE COMPANY**                    **DEFENDANTS**

### SUMMONS

**TO:** Dillon Ray Bartholomew
10424 Autumn Dr.,
Gulfport, MS 39503    (Or, wherever found)

#### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT
AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint
to Jason Ruiz, Esquire, the attorney for the Plaintiff, whose address is 1712 15th Street, Suite
300, Gulfport, MS 39501.

Your response must be mailed or delivered within thirty (30) days from the date of
delivery of this Summons and Complaint or a judgment by default will be entered against you
for the money or other things demanded in the complaint.

You must file the original of your response with the Clerk of this Court within a
reasonable time afterward.

Issued under my hand and the seal of said Court, this 12th day of May, 2023.

CIRCUIT CLERK OF HARRISON COUNTY

BY: _____

*WINT V. BARTHOLOMEW, ET AL.*

Dillon Ray Bartholomew
10424 Autumn Dr.,
Gulfport, MS 39503    (Or, wherever found)

RETURN

I, the undersigned process server, served the *Summons, Complaint, Plaintiff's Combined Discovery to Defendant and Request for Admissions, Motion for Trial Setting, and Notice of Deposition* to the person or entity named above in the manner set forth below (process server must check proper space and provide all additional information that is requested and pertinent to the mode of service used):

( ) FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE. By mailing (by first class mail, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgment and return envelope, postage prepaid, addressed to the sender.

( ) PERSONAL SERVICE. I personally delivered copies to _____ _____ on the _____ day of _____, 20___, at the following location: _____ _____

( ) RESIDENCE SERVICE. After exercising reasonable diligence I was unable to deliver copies to said person within _____ County, Mississippi. I served the summons on the ___ day of _____, 20___, at the usual place of abode of said person by leaving a true copy of the summons with _____ who is the _____ (insert wife, husband, son, daughter or other person as the case may be), a member of the family of the person served above the age of sixteen years, and willing to receive the summons and thereafter, on the ____ day of _____, 20___. I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

( ) CERTIFIED MAIL SERVICE. By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served. (Attach signed return receipt or other evidence of actual delivery to the person served).

At the time of service I was at least 18 years of age and not a party to this action.

X _____
Signature

Name: _____
Address: _____
Telephone No.: _____

State of _____

County of _____

      Personally appeared before me the undersigned authority in and for the state and

county aforesaid, the within named _____ who being first by me

duly sworn states on oath that the matters and facts set for in the foregoing "Proof of Service-

Summons" are true and correct as therein stated.

                       _____
                       Process Server

      Sworn to and subscribed before me on this the ___ day of _____, 2023.

                       _____
(Seal) My commission Expires:        NOTARY PUBLIC

_____

**IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT**

**LEYTON LLOYD GEORGE WINT**                                                                 **PLAINTIFF**

**VS.**                                                                           **CAUSE NO.: A2401-2023-167**

**DILLON RAY BARTHOLOMEW AND
ACE AMERICAN INSURANCE COMPANY**                                **DEFENDANTS**

**<u>PLAINTIFF'S MOTION TO AMEND COMPLAINT AND
TO SUBSTITUTE PARTY IN INTEREST</u>**

1. Great Northern Insurance Company, not ACE American Insurance Company, is the proper entity that insures TRP Construction Group.

2. Additional information has been made known since the filing of the original suit.

3. Service on neither Defendant has been effected. No responsive pleadings, nor entry of appearance by any attorneys are filed. Pursuant to MRCP 15, 21 and 25, the amendments and substitution are both appropriate and required.

4. Therefore, I move the Court for an Order allowing amendment of the pleadings and caption and to substitute Great Northern Insurance Company, and, ACE American Insurance Company dismissing without prejudice.

5. Plaintiff's proposed First Amended Complaint is attached. (Exhibit 1).

     RESPECTFULLY SUBMITTED, this 24th day of May, 2023.

*s/ Jason Ruiz*
Jason Ruiz (MSB# 101768)
MORRIS BART, LTD.
1712 15th STREET, STE. 300
GULFPORT, MS 39501
(228) 276-0308
(866) 605-9303, Fax
JRuiz@MorrisBart.com

IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

LEYTON LLOYD GEORGE WINT                                        PLAINTIFF

VS.                                                CAUSE NO.: A2401-2023-167

DILLON RAY BARTHOLOMEW AND
GREAT NORTHERN INSURANCE COMPANY                          DEFENDANTS

## FIRST AMENDED COMPLAINT

*Introduction*

1. Leyton Wint seeks and demands judgment against Dillon Ray Bartholomew and Great Northern Insurance Company for damages arising out of a car wreck that occurred in Harrison County, MS, on April 22, 2022.

2. Mr. Wint seeks a judgment against Mr. Bartholomew for his full measure of damages and losses as allowed under Mississippi law based upon Mr. Bartholomew's negligent conduct, which, upon information and believe appears to rise to a level of gross and/or reckless disregard and warrants punitive damages.

3. Mr. Wint seeks judgment against Great Northern Insurance Company (GNIC) for payment and indemnification of the full measure of their damages as caused by Mr. Bartholomew who as at the time of this loss an underinsured driver.

4. Mr. Wint further seeks judgment against GNIC on account of its bad faith in handling of Mr. Wint's claim. Prior to filing suit, GNIC refused to provide a copy of the full policy documents or a declarations page, refused to confirm or acknowledge whether there is underinsured or uninsured motorist coverage on the policy at issue, failed to make reasonable prompt investigation, failed to give adequate explanation for the delays and has, in general, acted in complete disregard for Mr. Wint. These actions have necessitated the filing of this lawsuit and at a minimum establish grounds for extracontractual damages such as attorney fees incurred

**EXHIBIT**

in being required to file the lawsuit and possible punitive damages due to the gross negligence, deliberate indifference and/or intentional acts and omissions involved.

*Parties, Venue & Jurisdiction*

5. Leyton Lloyd George Wint is currently a resident of Cobb County, Georgia.

6. Dillon Ray Bartholomew is a resident of Gulfport, Harrison County, Mississippi.

7. Great Northern Insurance Company is licensed to do and doing business in Mississippi.

8. This Court has jurisdiction over the parties and subject matter and venue is proper here.

*Underlying Facts & Circumstances*

9. Friday, April 22, 2022, around 12:42 A.M., Mr. Bartholomew was traveling eastbound on I-10 in the left lane when he rear-ended a construction truck that was also traveling eastbound in the left lane.



10. The construction truck was driven by Mr. Wint.

11. Mr. Bartholomew disregarded flashing lights that were merging vehicles to the right lane.

12. Mr. Bartholomew also passed two other trucks, before striking Mr. Wint's truck, warning him of lane closures.

13. Mr. Wint's injuries include but are not limited to an exacerbation of low back injuries that Mr. Wint had before this wreck happened.

14. Due to the wreck, he had to take an ambulance to Memorial Hospital in Gulfport where he had x-rays, was treated and released.

15. Mr. Wint has also had visits with medical doctors and physical therapy and has accumulated over $36,000 in medical bills to date due to his injuries.

16. Mr. Bartholomew only has $25,000 in insurance coverage per individual per wreck. This amount, alone, is less than Mr. Wint's emergency room bills.

17. Mr. Wint's damages caused by this wreck include but are not limited to past and future losses such as medical bills, lost income and amounts to be determine by the jury for the type and duration of injuries, pain and suffering, loss of enjoyment of life, mental anguish, and fear for the future of their injuries.

18. Mr. Bartholomew caused the above-stated injuries, losses and damages due to his negligence, gross negligence and reckless disregard for the motoring public and construction crew:

    a.   In violating Miss. Code Ann. § 63-3-516 by operating his vehicle at an excessive speed whenever workers were present, and a highway work zone was indicated by the placement of signs warning traffic to slow down and merge into another lane.

    b.   In violating, Miss. Code Ann. § 63-3-505, which states in pertinent part that the driver or operator of any motor vehicle must decrease speed when special hazard exists with respect to pedestrians or other traffic.

    c.   In violating Miss. Code Ann. § 63-3-603 in failing to abide the Rules of the Road for proper use of lanes whenever any roadway has been divided into three or more clearly marked lanes of traffic.

    d.   In violating Miss. Code Ann. § 63-3-1213 in operating a vehicle in a careless and imprudent manner.

    e.   By operating a vehicle at an excess rate of speed in violation of Miss. Code Ann. § 63-3-511, *et. seq.*

    f.   By violating the duty to be alert for other vehicles.

    g.   By failing to maintain reasonable and proper control of the vehicle.

    h.   By exhibiting a gross and/or reckless disregard for the safety of the Plaintiff.

    i.   By failing to see what should have been seen.

    j.   By failing to keep a proper lookout.

    k.   By violating the absolute duty to have his car under proper control, to be on the alert on the highway, and avoid striking plain objects.

l.  All other acts of negligence and/or gross negligence which were the cause of the collision sued upon and will be made known during litigation and/or shown at the trial of this matter, all of which are hereby incorporated herein as a matter of law pursuant to Miss. R. Civ. P., Rule 15(b).

*The Underinsured/Uninsured Motorist Claim*

19. At the time of the wreck, Mr. Wint was working for a company named TRP Construction Group who was insured by GNIC who hired ESIS, Inc., as a third-party administrator for the policy.

20. Upon information and belief, the GNIC policy provides uninsured / underinsured motorist coverage to Mr. Wint even though they will neither confirm nor deny it.

21. Upon information and belief, Mr. Wint is an "insured" under the GNIC policy because he was driving a work truck insured by GNIC at the time of the wreck as the truck was owned by TRP Construction Group LLC, Mr. Wint's former employer.

22. The terms, conditions and limits of the GNIC policy are unknown as of the time of the filing of this First Amended Complaint.

23. Despite numerous requests for a copy of the policy, GNIC, its agents, and representatives, have refused to provide a copy of the policy prior to the filing of the original Complaint.

24. It is known that Mr. Bartholomew, the at-fault driver, had individual limits of $25,000 with GEICO General Insurance Company at the time of the wreck. (Ex. 1, Declarations Sheet).

25. November 22, 2022, a "Demand" was sent to Geico to offer to tender its policy limits to settle the claim against Mr. Bartholomew. (Ex. 2, Demand Cover Letter).

26. November 29, 2023, Geico offered their limits of $25,000 to settle the claims that Mr. Wint has against Mr. Bartholomew.

27. On December 7, 2022, a "UM Demand" was sent to GNIC, the underinsured motorist carrier by and through its third-party administrator, ESIS, Inc., doing business as Chubb Global

Insurances Group. Here is what was presented along with a copy of all of Mr. Wint's records and bills to that point in time:

Dear Aureliano and Melissa:

Enclosed please find documentation to substantiate the claims of my client, Leyton Wint, for all damages due, including but not limited to, facial, rib and back pain, sustained as a direct result of the collision with Dillon Ray Bartholomew, on April 22, 2022. Mr. Wint has incurred the following special and specific expenses as a direct result of that collision:

|  | Date(s) | Charges |
|---|---|---|
| American Medical Response | 4/22/22 | $1,487.00 |
| Memorial Hospital at Gulfport | 4/22/22 | $31,656.10 |
| Memorial Emergency Physicians | 4/22/22 | $619.00 |
| SMB Radiology | 4/22/22 | $1,180.04 |
| Wellstar Health System | 6/20/22 | $147.00 |
| Resurgens Orthopaedics & Physical Therapy | 6/3/22; 7/14/22; 7/18/22; 7/20/22 | $1,476.00 |
| TOTAL |  | $36,656.14 |

We now demand that ESIS o/b/o Chubb, pursuant to the uninsured and medical payments provisions of the policy of insurance issued to TRP Construction Group, LLC, make a good faith tender of your policy limits within thirty days from the date of this letter and to comply with the duties imposed upon it under its contract of insurance.

Sincerely,

Jason Ruiz

JRUI/dseo

(Ex. 3, Cover Letter, UM Demand). Supporting records and bills were included.

28. It has been nearly seven months since the UM Demand was forwarded to GNIC via its agents and representatives.

29. To date, no offer has been made to resolve the UM claim.

30. Upon information and belief, Mr. Wint qualifies for uninsured / underinsured motorist coverage per the GNIC policy and as per the Mississippi UM Act (or, under the laws of whatever state governs the interpretation of GNIC's duties, rights and obligations).

31. GNIC's failure to accept the UM demand and claim has resulted in the denial of the same.

*GNIC's Bad Faith*

32. It should be noted that GNIC and its representatives have refused to provide a copy of the controlling policy for this wreck or to provide any information.

33. As the timeline below illustrates, GNIC acts and omissions portray systematic and deliberate bad faith in this matter as it has failed to timely, adequately and/or promptly investigate it.

34. Furthermore, even after having been provided with a copy of the original Complaint, GNIC has refused to waive its meritless subrogation claim.

35. May 27, 2022, over a year ago, Donna Seoane, paralegal, at Morris Bart, Ltd., contacted ESIS, Inc., to set up the UM claim. The same day a report was generated confirming the UM claim having been setup. (Ex. 4, Confirmation Report of Claim Setup).

36. October 20, 2022, a letter was sent to ESIS regarding the UM claim as it had not yet been acknowledged. (Ex. 5, Letter October 20, 2022).

37. November 22, 2022, a "Demand" was sent to Geico requesting it to offer to tender its policy limits to settle the claim against Mr. Bartholomew. (Ex. 2, Demand Cover Letter).

38. November 29, 2023, Geico offered their limits of $25,000 to settle the claims that Mr. Wint has against Mr. Bartholomew. (Ex. 6, Liability Limits Offer).

39. December 7, 2022, a "UM Demand" was sent to GNIC, the underinsured motorist carrier by and through its third-party administrator, ESIS, Inc., doing business as Chubb Global Insurances Group. Here is what was presented along with a copy of all of Mr. Wint's records and bills to that point in time. (Ex. 3, UM Demand 12/7/22).

40. December 7, 2022, over six months before the filing of this lawsuit, ESIS Team Leader, Aureliano Chavez emailed the undersigned to acknowledge the demand and stated:

> Unfortunately the claim was not reported correctly so only a report number was created but never registered and investigated so a new claim will need to be opened. Once the new claim is opened we will review if UIM coverage is available and if it is available then we will proceed with reviewing your demand.

(Ex. 7, Email 20230508 (Ack of Demand)).

41. January 12, 2023, the UM Demand was re-submitted with a request for status. (Ex. 8, Email 20230508 (Fup on Demand)).

42. January 13, 2023, a series of emails were exchanged between the undersigned and Mr. Maninderjit "Johnny" Singh about the matter demonstrating that, despite the passage of seven months, the UM carrier had done nothing on the case to this point. They had not even reviewed the information from the claim report, police report, letters and/or documents from Geico or any of the records and/or bills with the UM Demand. (Ex. 9, Email 20230113 (Confirmation of No Investigation)).

43. Four days later, Mr. Singh was asked, again, to confirm the name of the UM Underwriter/Carrier, the existence of coverage and requested again to provide the declarations page and the policy. To which, Mr. Singh showed a complete lack of understanding of the case:

- Mr. Singh showed a complete lack of knowledge of who my client was when he first asked, "Who is your client?" even though this was listed on the subject line, the police report, on every letter and email that we had sent to that date as well as all of the medical bills and medical records.

- Mr. Singh next stated, "Now if he has sustained injuries he needs to report it to the other carrier. If he still needs treatment he should report to his employer for WC. The UM policy is large since this is a commercial account. I cannot disclose the figure since I will not handle any injuries," showing that he had not reviewed any of the material submitted.

- Finally, Mr. Singh had to be asked again, by phone, who the carrier is, to which, he finally replied that it was Ace American Insurance Company (and not GNIC, who is the actual carrier). He confirmed this by email.

  (Ex. 10, Email 20230117 (Fup and Name of Carrier)).

44. January 30, 2023, Mr. Singh emailed the undersigned acknowledging the "extreme" nature of the delays that have been involved and that he asked for the claim to be expedited. (Ex. 11, Email 20230130).

45. February 23, 2023, GNIC was again asked to provide the insurance policy and declarations and warned that the handling of the claim seemed to be teetering into bad faith to which Mr. Singh merely stated, "Everything will be provided once I know coverage applies." (Ex. 12, Email 20230223 (Concern for Bad Faith)).

46. After several emails attempting to follow-up with Mr. Singh (3/14/23, 4/6/23 and 5/1/23), he replied, "The file is still in coverage. The underwriter [GNIC] is not sending the complete UM/UIM endorsement forms." (Ex. 13, Email 20230501 (still in coverage)).

47. On May 8, 2023, more than six months after the UM Demand, Mr. Singh was asked, "Can you, at least, confirm that the UM carrier is not pursuing subrogation so we can settle the underlying liability claim?" to which he replied, same day, "I cannot confirm any of this. Thank you." (Ex. 14, Email 20230508 (Cannot Confirm Anything)).

48. Friday, May 12, 2023, a copy of the original Complaint filed in this case was sent to Mr. Singh. (Ex. 15, Email 20230512 (Courtesy Copy of Complaint).

49. By Tuesday the following week, May 16, a new adjuster was assigned, Mr. Scott A. Gilbert, who forwarded a "Coverage Letter" and a "Texas Uninsured/Underinsured Motorists Coverage Selection/Rejection" form, neither of which being a copy of the actual policy, declarations page or waiver a meritless subrogation claim much less an explanation of the extreme delays. (Ex. 16, Email 20230516 (Coverage Ltr, Selection Form); Ex. 17, UM Selection Form GNIC; Ex. 18, Coverage Ltr 20230516).

50. From the documents provided *after the lawsuit was filed and a courtesy copy provided to GNIC*, it was discerned that the policy was issued out of Texas, that GNIC and not Ace American

Insurance Company is the insurer and that it provides up to $85,000 in

uninsured/underinsured motorist benefits as well as $5,000 in medical payments coverage.

51. So, it is within this constellation of occurrences that Mr. Wint, individually and as a third-party beneficiary to the policy at issue, presents his bad faith claim, specifically and generally, against GNIC based on the following breaches of duty:

    a.  Failed to conduct an adequate and timely investigation.

    b.  Breached the duties of good faith and fair dealing.

    c.  Has caused delay in the handling of the claim.

    d.  Failed to deliver a copy of the insurance policy to Mr. Wint or to provide a declarations page.

    e.  Failed to articulate an arguable reason for not paying the claim in a timely manner, in whole or in part.

    f.  Has caused a delay in Mr. Wint accepting the liability limits offered by refusing to waive or acknowledge the lack of basis to support a subrogation claim. This unwillingness to confirm that subrogation is not applicable, appropriate and/or not being pursued has hindered Mr. Wint's ability to settle his claim against Mr. Bartholomew.

    g.  Failed to comply with the terms of its own policy and the applicable law that governs it.

    h.  Failed to comply with all claims procedures and policies.

    i.  Failed to interview all material witnesses.

    j.  Failed to review submitted documentation.

    k.  Failed to request or gather additional documentation necessary to investigate the claim.

    l.  Failed to communicate with physicians.

    m.  Failed to inspect the vehicles involved.

    n.  Failure to honor the claim.

52. It is believed that GNIC conduct, by and through its agents and representatives, rises to the level of an independent tort.

53. GNIC's handling of this claim violates standards of decency, fairness and reasonableness.

54. GNIC has exhibited gross disregard for Mr. Wint's rights.

55. All insureds, including Mr. Wint, have the right to be treated fairly and honestly when making a claim.

56. All insureds, including Mr. Wint, have the right to receive a written explanation of why a claim is denied, in whole or in part.

57. All insureds, including Mr. Wint, have the right to receive good service from competent, honest individuals and producers, and to have their questions addressed fully and promptly.

58. Mr. Wint has incurred additional losses due to the bad faith including but not limited to attorneys fees and expenses that he would not have occurred but for the bad faith, additional emotional distress, financial strain from being unable to settle the underlying claim sooner, had to work extra hours and jobs, marital strain, sleep deprivation and also seeks common law and statutory punitive damages to punish GNIC for its conduct.

59. As GNIC and its agents and representatives have still refused to provide the applicable policy at issue (even after learning of the filing of the original Complaint), it is difficult to discern and plead fully and necessary facts and law according to the applicable state law concerning the bad faith claim. Such conduct epitomizes the touchstone of an insurer's bad-faith liability in that GNIC has acted with the utmost unreasonableness in processing Mr. Wint's UM claim.

60. Upon information and belief, this UM policy may be subject to Texas or Mississippi law as Mr. Wint's employer's main office appears to be in Texas but was performing work in Mississippi at the time of the wreck. Either way, Mr. Wint seeks all damages available under applicable common and statutory law. The insurer, as noted above, lacks a reasonable basis for the delays in handling this claim. In furtherance of such and in addition to what is stated

above, Mr. Wint would show that GNIC's bad-faith conduct breaches the common-law duty on insurers to deal fairly and in good faith with their insureds has resulted in additional damages: (1) benefit of the bargain damages for the accompanying breach-of-contract claim, (2) compensatory damages for the tort of bad faith, and (3) punitive damages for intentional, malicious, fraudulent, and/or grossly negligent conduct.

61. Upon information and belief, this UM policy may be subject to Georgia law as Mr. Wint was hired out of the Georgia office for TRP Construction Group LLC. If so and in furtherance of such and in addition to what is stated above, Mr. Wint seeks damages under O.C.G.A. § 33-4-6 as it is evidence (1) that the claim is covered under the policy, (2) that a demand for payment was made against the insurer within 60 days prior to filing suit, and (3) that the insurer's failure to pay was motivated by bad faith.

*Conclusion*

62. Therefore, on these premises and those discovered throughout the litigation of this matter, Mr. Wint demands a judgment and trial by jury against Mr. Bartholomew and Great Northern Insurance Company and both will be held to account for their inactions and actions.

RESPECTFULLY SUBMITTED, this the ___day of _____, 2023.

MORRIS BART, LTD.
1712 15TH STREET, SUITE 300
GULFPORT, MS 39501
(228) 276-0302, Telephone; (866) 605-9303, Fax
JRuiz@MorrisBart.com


BY:_____
   JASON RUIZ, MSB # 101768

**IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT**

**LEYTON LLOYD GEORGE WINT**                                              **PLAINTIFF**

**VERSUS**                                                        **CAUSE NO.: A2401-2023-167**

**DILLON RAY BARTHOLOMEW**
**ACE AMERICAN INSURANCE COMPANY**                              **DEFENDANTS**

**ACE AMERICAN INSURANCE COMPANY'S NOTICE
OF FILING NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1446(d)**

Please take notice that pursuant to 28 U.S.C. § 1446(d), the Defendant, ACE

AMERICAN INSURANCE COMPANY, has removed this case to federal court and

attaches hereto as Exhibit "A" a stamped "Filed" copy of the Notice of Removal filed

in the United States District Court for the Southern District of Mississippi, Southern

Division.

With the filing of this Notice and the attached Exhibit "A," this Court shall

proceed no further unless and until the case is remanded.

**DATED:**  June 9, 2022.

Respectfully submitted,

BRYAN, NELSON, SCHROEDER,
CASTIGLIOLA & BANAHAN, PLLC
Attorneys for Defendant,

**ACE AMERICAN INSURANCE
COMPANY**


BY: s/ Michael R. Moore
     **MICHAEL R. MOORE (MSB 104505)**

ACE American Insurance Company's Notice of Filing
Notice of Removal Pursuant to 28 U.S.C. § 1446(d), Page 1 of 2
Case: 24CI1:23-cv-00167    Document #: 6    Filed: 06/09/2023    Page 1 of 2

## CERTIFICATE OF SERVICE

I, **MICHAEL R. MOORE**, one of the attorneys for the Defendant, **ACE AMERICAN INSURANCE COMPANY**, do hereby certify that I have this date electronically filed the foregoing Notice of Notice of Removal with the Clerk of Court using the MEC system which sent notification of such filing all counsel of record.

**DATED:** June 9, 2023.

BY: s/ Michael R. Moore
**MICHAEL R. MOORE (MSB 104505)**

**BRYAN, NELSON, SCHROEDER,
CASTIGLIOLA & BANAHAN, PLLC**
1103 Jackson Avenue (39567)
Post Office Drawer 1529
Pascagoula, MS 39568-1529
Telephone No. (228) 762-6631
Fax No. (228)769-6392
Email: michael@bnscb.com

ACE American Insurance Company's Notice of Filing
Notice of Removal Pursuant to 28 U.S.C. § 1446(d), Page 2 of 2
Case: 24CI1:23-cv-00167    Document #: 6    Filed: 06/09/2023    Page 2 of 2

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISON

**LEYTON LLOYD GEORGE WINT**                                          **PLAINTIFF**


**VERSUS**                                     **CAUSE NO.:**   1:23cv138HSO-BWR


**DILLON RAY BARTHOLOMEW AND**
**ACE AMERICAN INSURANCE COMPANY**                           **DEFENDANTS**

### <u>NOTICE OF REMOVAL</u>

TO:    Honorable Judges of the United States District Court
       for the Southern District of Mississippi, Southern Division

      **COMES NOW**, the Defendant, **ACE AMERICAN INSURANCE COMPANY**

(hereinafter "ACE"), by and through its undersigned counsel and pursuant to 28

U.S.C. §§ 1332, 1441, and 1446, and would respectfully show this Court as follows:

#### I.

      Plaintiff filed his Complaint against the Defendants on May 12, 2023, in the

Circuit Court of Harrison County, Mississippi, First Judicial District, said action

being designated as *Leyton Lloyd George Wint v. Dillon Ray Bartholomew and ACE*

*American Insurance Company*, Cause No. A2401-2023-167 (hereinafter referred to as

the "State Court Action").   A copy of the Complaint filed in the Circuit Court of

Harrison County, Mississippi, is attached hereto as Exhibit "A," pursuant to 28

U.S.C. § 1446.

**EXHIBIT A**

## II.

In the Complaint, Plaintiff names two Defendants: Dillon Ray Bartholomew and ACE American Insurance Company.  Plaintiff has not served either Defendant.

## III.

Pursuant to 28 U.S.C. § 1446(b), this Defendant filed this Notice of Removal within thirty (30) days of receiving notice of Plaintiff's original Complaint in the State Court Action, which was the first pleading received by the Defendant, through service of process or otherwise, setting forth the claim for relief upon which such action is based.

## IV.

The case is removed less than one (1) year after commencement of the State Court Action, in compliance with 28 U.S.C. § 1446(b).

## **PARTIES**

## V.

In his Complaint, Plaintiff pleads that he is a resident of the State of Georgia. Pleading that one is domiciled in a particular state sufficiently alleges citizenship in satisfaction of 28 U.S.C. §1332(a).  *See, e.g., MidCap Media Fin., L.L.C. v. Pathway Data, Inc.*, 929 F.3d 310, 313 (5th Cir. 2019) (recognizing that an individual's citizenship means domicile – "For individuals, 'citizenship has the same meaning as domicile….'") (citing *Stine v. Moore*, 213 F.2d 446, 448 (5th Cir. 1954)).

## VI.

Defendant Bartholomew is now and has at all relevant times been a citizen of the State of Mississippi.  Defendant ACE is now and has at all relevant times been a corporation organized and existing under the laws of the State of Pennsylvania and having its principal place of business in the State of Pennsylvania.  Defendant ACE, however, is not the correct party in interest in this case.  Rather, Great Northern Insurance Company is the correct party in interest.  Great Northern Insurance Company is now and has at all relevant times been a corporation organized and existing under the laws of the State of Indiana and having its principal place of business in the State of New Jersey.

## DIVERSITY OF CITIZENSHIP

## VII.

This Court has subject matter jurisdiction of this controversy pursuant to 28 U.S.C. § 1332.  As required by the first prong of 28 U.S.C. § 1332, there is complete diversity of citizenship between the properly joined and served parties.  Plaintiff Wint is a citizen of the State of Georgia, Defendant Bartholomew is a citizen of the State of Mississippi, and Defendant ACE is a citizen of the State of Pennsylvania.  Additionally, the correct party in interest, Great Northern Insurance Company, is a citizen of the States of Indiana and New Jersey.  As a result, complete diversity exists amongst the parties.  Notably, notwithstanding the inclusion of Defendant Bartholomew as a party – a citizen of the State of Mississippi – removal is proper because Plaintiff has not served Defendant Bartholomew. *Texas Brine Company, LLC*

*v. American Arbitration Association, Inc.*, 955 F.3d 482, 485-87 (5th Cir. 2020) (authorizing "snap removal").

## AMOUNT IN CONTROVERSY

### VIII.

The second prong of 28 U.S.C. § 1332 is also met as the amount in controversy exceeds $75,000.00, exclusive of interest and costs.  Plaintiff alleges that he incurred over $36,000.00 in medical bills as a result of the collision with Defendant Bartholomew. (Ex. A – Complaint at ¶ 16).  Along with seeking damages from Defendant Bartholomew, Plaintiff asserts a claim for uninsured motorist benefits from Defendant ACE. (*Id.* at ¶ 30).  Not only does Plaintiff seek contractual uninsured motorist benefits from Defendant ACE, but he also asserts a "bad faith" claim, seeking extracontractual and punitive damages. (*Id.* at ¶ 57).

### IX.

Given the nature and extent of Plaintiff's allegations regarding his bodily injuries and contractual claim, as well as the claims for extracontractual and punitive damages, the "matter in controversy" exceeds the $75,000.00 jurisdictional limit of this Court. *Chambley v. Employers Ins. of Wassau*, 11 F.Supp.2d 693, 695 (S.D. Miss. 1998) ("Juries in Mississippi frequently award damages (compensatory and punitive) in excess of $75,000 in actions based on wrongful denial of insurance benefits").  *See also Montgomery v. First Family Financial Servs., Inc.*, 239 F. Supp. 2d 600, 605 (S.D. Miss. 2002) ("The court is of the opinion in the case at bar that it is facially apparent from plaintiffs' complaint that the amount in controversy exceeds $75,000, given the

nature of plaintiffs' claims and the fact of plaintiffs' demand for punitive damages (and accompanying attorney's fees and prejudgment interest) ….") (emphasis added).

## X.

If Plaintiff can prove that Defendant ACE (or the correct party in interest, Great Northern Insurance Company), lacked a legitimate and arguable basis for its conduct in the handling of his claim, as he asserts, then extracontractual types of damages would be potentially recoverable, and those damages, if awarded, would likely exceed the jurisdictional minimum of this Court when added to any contractual recovery. *See e.g.*, *Universal Life Ins. Co. v. Veasley*, 610 So.2d 290, 295 (Miss. 1992) (mental anguish damages and attorneys' fees permitted on showing of gross negligence or malice even though acts do not rise to the level of warranting punitive damages); *United Services Auto. Ass'n (USAA) v. Lisanby*, 47 So.3d 1172, 1178, ¶18 (Miss. 2010).  As such, Defendant ACE submits that the combination of damages claimed and the causes of action asserted bring the "matter in controversy" above the $75,000.00 jurisdictional minimum threshold of this Court.

## <u>CONCLUSION</u>

## XI.

This action is removable pursuant to 28 U.S.C. §1441(a) and §1446(b), as amended, and written notice of the filing of this Notice of Removal and copies of all process, pleadings, and orders will be served upon Plaintiff's counsel as required by law.

## XII.

Pursuant to the requirements of 28 U.S.C. § 1446(b), a Notice of Filing, attaching a copy this Notice as an exhibit thereto, will be filed with the Circuit Clerk of Harrison County, Mississippi.

**WHEREFORE, PREMISES CONSIDERED**, Defendant, ACE American Insurance Company, respectfully submits this Notice of Removal from the Circuit Court of Harrison County, Mississippi, First Judicial District, to the United States District Court for the Southern District of Mississippi, Southern Division.

**DATED:** June 9, 2023.

Respectfully submitted,

BRYAN, NELSON, SCHROEDER,
CASTIGLIOLA & BANAHAN, PLLC
Attorneys for Defendant,

**ACE AMERICAN INSURANCE COMPANY**

BY: /s/ Michael R. Moore
**JOHN A. BANAHAN (MSB 1731)**
**MICHAEL R. MOORE (MSB 104505)**

BRYAN, NELSON, SCHROEDER,
CASTIGLIOLA & BANAHAN, PLLC
1103 Jackson Avenue (39567)
Post Office Drawer 1529
Pascagoula, MS 39568-1529
Telephone No.  (228) 762-6631
Fax No.  (228)769-6392
Email: john@bnscb.com
Email: michael@bnscb.com

## CERTIFICATE OF SERVICE

I, **MICHAEL R. MOORE**, one of the attorneys for the Defendant, **ACE AMERICAN INSURANCE COMPANY**, do hereby certify that I have this date sent by electronic mail a true and correct copy of the forgoing <u>Notice of Removal</u> to:

Jason Ruiz
Morris Bart, Ltd.
1712 15th Street, Suite 300
Gulfport, Mississippi 39501
<u>jruiz@morrisbart.com</u>

**DATED:** June 9, 2023.

BY: <u>/s/ Michael R. Moore</u>
     **MICHAEL R. MOORE (MSB 104505)**

**Bryan, Nelson, Schroeder,
Castigliola & Banahan, PLLC**
1103 Jackson Avenue (39567)
Post Office Drawer 1529
Pascagoula, MS 39568-1529
Telephone No.  (228) 762-6631
Fax No.  (228)769-6392
Email:  <u>michael@bnscb.com</u>

## IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI
### FIRST JUDICIAL DISTRICT

**LEYTON LLOYD GEORGE WINT**                                    **PLAINTIFF**

**VS.**                                    CAUSE NO.: A2401-2023-167

**DILLON RAY BARTHOLOMEW AND**
**ACE AMERICAN INSURANCE COMPANY**                          **DEFENDANTS**

### COMPLAINT

*Introduction*

1. Leyton Wint seeks and demands judgment against Dillon Ray Bartholomew and Ace American Insurance Company for damages arising out of a car wreck that occurred in Harrison County, MS, on April 22, 2022.

2. Mr. Wint seeks a judgment against Mr. Bartholomew for his full measure of damages and losses as allowed under Mississippi law based upon Mr. Bartholomew's negligent conduct, which, upon information and believe appears to rise to a level of gross and/or reckless disregard and warrants punitive damages.

3. Mr. Wint seeks judgment against ACE American Insurance Company (ACE) for payment and indemnification of the full measure of their damages as caused by Mr. Bartholomew who as at the time of this loss an underinsured driver.

4. Mr. Bartholomew had only $25,000 in insurance coverage per individual per wreck. This amount, alone, is less than Mr. Wint's emergency room bills.

5. Mr. Wint further seeks judgment against ACE for bad faith in handling of his claim. ACE has refused to provide policy documents, refused to confirm or acknowledge whether there is underinsured or uninsured motorist coverage on the policy at issue, failed to make reasonable prompt investigation, failed to give adequate explanation for the delays and has, in general,

FILED

MAY 1 2 2023

CONNIE LADNER
CIRCUIT CLERK
By _____ D.C.

Case: 24CI1:23-cv-00167    Document #: 1    Filed: 05/12/2023    Page 1 of 11
Case: 24CI1:23-cv-00167    Document #: 1    Filed: 06/09/2023    Page 8 of 120
EXHIBIT A

acted in complete disregard for Mr. Wint. These actions have necessitated the filing of this lawsuit.

*Parties, Venue & Jurisdiction*

6. Leyton Lloyd George Wint is currently a resident of Cobb County, Georgia.

7. Dillon Ray Bartholomew is a resident of Gulfport, Harrison County, Mississippi.

8. ACE American Insurance Company is licensed to do and doing business in Mississippi.

9. This Court has jurisdiction over the parties and subject matter and venue is proper here.

*Underlying Facts & Circumstances*

10. Friday, April 22, 2022, around 12:42 A.M., Mr. Bartholomew was traveling eastbound on I-10 in the left lane when he rear-ended a construction truck that was also traveling eastbound in the left lane.



11. The construction truck was driven by Mr. Wint.

12. Mr. Bartholomew disregarded flashing lights that were merging vehicles to the right lane.

13. Mr. Bartholomew also passed two other trucks, before striking Mr. Wint's truck, warning him of lane closures.

14. Mr. Wint's injuries include but are not limited to an exacerbation of low back injuries that Mr. Wint had before this wreck happened.

15. Due to the wreck, he had to take an ambulance to Memorial Hospital in Gulfport where he had x-rays, was treated and released.

16. Mr. Wint has also had visits with medical doctors and physical therapy and has accumulated over $36,000 in medical bills to date due to his injuries.

17. Mr. Wint's damages were caused by the wreck and include but are not limited to medical bills and amounts to be determine by the jury for the type and duration of injuries, pain and suffering, loss of enjoyment of life, mental anguish, and fear for the future of their injuries.

18. Mr. Bartholomew caused the above-stated injuries and damages due to his negligence, gross negligence and reckless disregard for the motoring public and construction crew:

   a. In violating Miss. Code Ann. § 63-3-516 by operating his vehicle at an excessive speed whenever workers were present and a highway work zone was indicated by the placement of signs warning traffic to slow down and merge into another lane.

   b. In violating, Miss. Code Ann. § 63-3-505, which states in pertinent part that the driver or operator of any motor vehicle must decrease speed when special hazard exists with respect to pedestrians or other traffic.

   c. In violating Miss. Code Ann. § 63-3-603 in failing to abide the Rules of the Road for proper use of lanes whenever any roadway has been divided into three or more clearly marked lanes of traffic.

   d. In violating Miss. Code Ann. § 63-3-1213 in operating a vehicle in a careless and imprudent manner.

   e. By operating a vehicle at an excess rate of speed in violation of Miss. Code Ann. § 63-3-511, *et. seq.*

   f. By violating the duty to be alert for other vehicles.

   g. By failing to maintain reasonable and proper control of the vehicle.

   h. By exhibiting a gross and/or reckless disregard for the safety of the Plaintiff.

   i. By failing to see what should have been seen.

   j. By failing to keep a proper lookout.

   k. By violating the absolute duty to have his car under proper control, to be on the alert on the highway, and avoid striking plain objects.

l.  All other acts of negligence and/or gross negligence which were the cause of the collision sued upon and will be made known during litigation and/or shown at the trial of this matter, all of which are hereby incorporated herein as a matter of law pursuant to Miss. R. Civ. P., Rule 15(b).

*The Underinsured/Uninsured Motorist Claim*

19. At the time of the wreck, Mr. Wint was working for a company named TRP Construction Group who was insured by ACE who hired ESIS, Inc., as a third-party administrator for the policy.

20. Upon information and belief, the ACE policy provides uninsured / underinsured motorist coverage to Mr. Wint even though they will neither confirm nor deny it.

21. Upon information and belief, Mr. Wint is an "insured" under the ACE policy because he was driving a work truck insured by ACE at the time of the wreck as the truck was owned by TRP Construction Group LLC, Mr. Wint's former employer.

22. The terms, conditions and limits of the ACE policy are unknown as of the time of this filing though.

23. Despite numerous requests for a copy of the policy, ACE, its agents, and representatives, have refused to provide a copy of the policy. Consequently, the undersigned does not even know what state the policy was issued in, where it was negotiated, where it was expected be performed, the legal name of its policyholders, where it was delivered to and other key and pertinent information.

24. It is known that Mr. Bartholomew, the at-fault driver, had individual limits of $25,000 with GEICO General Insurance Company at the time of the wreck. (Ex. 1, Declarations Sheet).

25. November 22, 2022, a "Demand" was sent to Geico to offer to tender its policy limits to settle the claim against Mr. Bartholomew. (Ex. 2, Demand Cover Letter).

26. November 29, 2023, Geico offered their limits of $25,000 to settle the claims that Mr. Wint has against Mr. Bartholomew.

27. On December 7, 2022, a "UM Demand" was sent to ACE, the underinsured motorist carrier by and through its third-party administrator, ESIS, Inc., doing business as Chubb Global Insurances Group. Here is what was presented along with a copy of all of Mr. Wint's records and bills to that point in time:

> Dear Aureliano and Melissa:
>
> Enclosed please find documentation to substantiate the claims of my client, Leyton Wint, for all damages due, including but not limited to, facial, rib and back pain, sustained as a direct result of the collision with Dillon Ray Bartholomew, on April 22, 2022. Mr. Wint has incurred the following special and specific expenses as a direct result of that collision:

| | Date(s) | Charges |
|---|---|---|
| American Medical Response | 4/22/22 | $1,487.00 |
| Memorial Hospital at Gulfport | 4/22/22 | $31,656.10 |
| Memorial Emergency Physicians | 4/22/22 | $619.00 |
| SMB Radiology | 4/22/22 | $1,180.04 |
| Wellstar Health System | 6/20/22 | $147.00 |
| Resurgens Orthopaedics & Physical Therapy | 6/3/22; 7/14/22; 7/18/22; 7/20/22 | $1,476.00 |
| **TOTAL** | | **$36,656.14** |

> We now demand that ESIS o/b/o Chubb, pursuant to the uninsured and medical payments provisions of the policy of insurance issued to TRP Construction Group, LLC, make a good faith tender of your policy limits within thirty days from the date of this letter and to comply with the duties imposed upon it under its contract of insurance.
>
> Sincerely,
>
> Jason Ruiz

JRUI/dseo

(Ex. 3, Cover Letter, UM Demand). Supporting records and bills were included.

28. It has been over six months since the UM Demand was forwarded to ACE via its agents and representatives.

29. To date, no offer has been made to resolve the UM claim.

30. Upon information and belief, Mr. Wint qualifies for uninsured / underinsured motorist coverage per the ACE policy and as per the Mississippi UM Act (or, under the laws of whatever state governs the interpretation of ACE's duties, rights and obligations).

*ACE's Bad Faith*

31. It should be noted that ACE and its representatives have refused to provide a copy of the controlling policy for this wreck or to provide any information.

32. As the timeline below illustrates, ACE has acted in systematic and deliberate bad faith in this matter and failed to timely, adequately and/or promptly investigate it.

33. Furthermore, ACE has refused to waive a meritless subrogation claim.

34. May 27, 2022, Donna Seoane, paralegal, at Morris Bart, Ltd., contacted ESIS, Inc., to set up the UM claim. The same day a report was generated confirming the UM claim having been setup. (Ex. 4, Confirmation Report of Claim Setup).

35. October 20, 2022, a letter was sent to ESIS regarding the UM claim as it had not yet been acknowledged. (Ex. 5 Letter October 20, 2022).

36. November 22, 2022, a "Demand" was sent to Geico to offer to tender its policy limits to settle the claim against Mr. Bartholomew. (Ex. 2, Demand Cover Letter).

37. November 29, 2023, Geico offered their limits of $25,000 to settle the claims that Mr. Wint has against Mr. Bartholomew. (Ex. 6, Liability Limits Offer).

38. December 7, 2022, a 'UM Demand" was sent to ACE, the underinsured motorist carrier by and through its third-party administrator, ESIS, Inc., doing business as Chubb Global Insurances Group. Here is what was presented along with a copy of all of Mr. Wint's records and bills to that point in time. (Ex. 3, UM Demand 12/7/22).

39. December 7, 2022, over six months before the filing of this lawsuit, ESIS Team Leader, Aureliano Chavez emailed the undersigned to acknowledge the demand and stated:

"Unfortunately the claim was not reported correctly so only a report number was created but

never registered and investigated so a new claim will need to be opened. Once the new claim is opened we will review if UIM coverage is available and if it is available then we will proceed with reviewing your demand." (Ex. 7, Email 20230508 (Ack of Demand)).

40. January 12, 2023, the UM Demand was re-submitted with a request for status. (Ex. 8, Email 20230508 (Fup on Demand)).

41. January 13, 2023, a series of emails were exchanged between the undersigned and Mr. Maninderjit "Johnny" Singh about the matter demonstrating that the UM carrier had done nothing on the case to this point. They had not reviewed the information from the claim report, police report, letters and/or documents from Geico or any of the records and/or bills from the demand. (Ex. 9, Email 20230113 (Confirmation of No Investigation)).

42. Four days later, Mr. Singh was asked, again, to confirm the name of the UM Underwriter/Carrier, the existence of coverage and requested again to provide the declarations page and the policy. To which, Mr. Singh showed a complete lack of understanding of the case:

- He asked first, "Who is your client?" even though this was listed on the subject line.

- He next stated, "Now if he has sustained injuries he needs to report it to the other carrier. If he still needs treatment he should report to his employer for WC. The UM policy is large since this is a commercial account. I cannot disclose the figure since I will not handle any injuries," showing that he had not reviewed any of the material submitted.

- Finally, he had to be asked again who the carrier is, to which, he finally replied that it was ACE.

  (Ex. 10, Email 20230117 (Fup and Name of Carrier)).

43. January 30, 2023, Mr. Singh emailed the undersigned acknowledging the "extreme" nature of the delays that have been involved and that he asked for the claim to be expedited. (Ex. 11, Email 20230130).

44. February 23, 2023, ACE was again asked to provide the insurance policy and declarations and warned that the handling of the claim seemed to be teetering into bad faith territory to which Mr. Singh merely stated, "Everything will be provided once I know coverage applies." (Ex. 12, Email 20230223 (Concern for Bad Faith)).

45. After several emails attempting to follow-up with Mr. Singh (3/14/23, 4/6/23 and 5/1/23), he replied, "The file is still in coverage. The underwriter [ACE] is not sending the complete UM/UIM endorsement forms." (Ex. 13, Email 20230501 (still in coverage)).

46. On May 8, 2023, more than six months after the UM Demand, Mr. Singh for ACE, was asked, "Can you, at least, confirm that the UM carrier is not pursuing subrogation so we can settle the underlying liability claim?" to which he replied, same day, "I cannot confirm any of this. Thank you." (Ex. 14, Email 20230508 (Cannot Confirm Anything)).

47. So, it is within this constellation of occurrences that Mr. Wint, individually and as a third-party beneficiary to the policy at issue, presents his bad faith claim, specifically and generally, against ACE based on the following breaches of duty:

a. Failed to conduct an adequate and timely investigation.

b. Breached the duties of good faith and fair dealing.

c. Has caused delay in the handling of the claim.

d. Failed to deliver a copy of the insurance policy to Mr. Wint or to provide a declarations page.

e. Failed to articulate an arguable reason for not paying the claim in a timely manner, in whole or in part.

    f. Has caused a delay in Mr. Wint accepting the liability limits offered by refusing to waive or acknowledge the lack of basis to support a subrogation claim. This unwillingness to confirm that subrogation is not applicable, appropriate and/or not being pursued has hindered Mr. Wint's ability to settle his claim against Mr. Bartholomew.

    g. Failed to comply with the terms of its own policy and the applicable law that governs it.

    h. Failed to comply with all claims procedures and policies.

    i. Failed to interview all material witnesses.

    j. Failed to review submitted documentation.

    k. Failed to request or gather additional documentation necessary to investigate the claim.

    l. Failed to communicate with physicians.

    m. Failed to inspect the vehicles involved.

    n. Failure to honor the claim.

48. It is believed that ACE conduct, by and through its agents and representatives, rises to the level of an independent tort.

49. ACE's handling of this claim violates standards of decency, fairness and reasonableness.

50. ACE has exhibited gross disregard for Mr. Wint's rights.

51. All insureds, including Mr. Wint, have the right to be treated fairly and honestly when making a claim.

52. All insureds, including Mr. Wint, have the right to receive a written explanation of why a claim is denied, in whole or in part.

53. All insureds, including Mr. Wint, have the right to receive good service from competent, honest individuals and producers, and to have their questions addressed fully and promptly.

54. Mr. Wint has incurred additional losses due to the bad faith including but not limited to attorneys fees and expenses that he would not have occurred but for the bad faith, additional emotional distress, financial strain from being unable to settle the underlying claim sooner,

had to work extra hours and jobs, marital strain, sleep deprivation and also seeks common law and statutory punitive damages to punish ACE for its conduct.

55. As ACE and its agents and representatives have refused to provide the applicable policy at issue, it is difficult to discern and plead fully and necessary facts and law according to the applicable state law concerning the bad faith claim. Such conduct epitomizes the touchstone of an insurer's bad-faith liability in that ACE has acted with the utmost unreasonableness in processing Mr. Wint's UM claim.

56. Upon information and belief, this UM policy may be subject to Texas law as Mr. Wint's employer's main office appears to be in Texas. If so, Mr. Wint seeks all damages available under applicable common and statutory law. The insurer, as noted above, lacks a reasonable basis for the delays in handling this claim. In furtherance of such and in addition to what is stated above, Mr. Wint would show that ACE's bad-faith conduct breaches the common-law duty on insurers to deal fairly and in good faith with their insureds has resulted in additional damages: (1) benefit of the bargain damages for the accompanying breach-of-contract claim, (2) compensatory damages for the tort of bad faith, and (3) punitive damages for intentional, malicious, fraudulent, and/or grossly negligent conduct.

57. Upon information and belief, this UM policy may be subject to Georgia law as Mr. Wint was hired out of the Georgia office for TRP Construction Group LLC. If so and in furtherance of such and in addition to what is stated above, Mr. Wint seeks damages under O.C.G.A. § 33-4-6 as it is evidence (1) that the claim is covered under the policy, (2) that a demand for payment was made against the insurer within 60 days prior to filing suit, and (3) that the insurer's failure to pay was motivated by bad faith.

*Conclusion*

58. Therefore, on these premises and those discovered throughout the litigation of this matter,

Mr. Wint demands a judgment and trial by jury against Mr. Bartholomew and ACE American

Insurance Company and both will be held to account for their actions.

**RESPECTFULLY SUBMITTED**, this the 11ᵗʰ day of _May_____, 2023.

> **MORRIS BART, LTD.**
> **1712 15TH STREET, SUITE 300**
> **GULFPORT, MS 39501**
> **(228) 276-0302, Telephone; (866) 605-9303, Fax**
> **JRuiz@MorrisBart.com**
>
>
> BY: _____
>     **JASON RUIZ, MSB # 101768**



**GEICO.**
geico.com

Tel: 1-800-841-3000

# Declarations Page

This is a description of your coverage.
Please retain for your records.

**GEICO General Insurance Company**
One GEICO Center
Macon, GA 31295-0001

**Policy Number: 4118-07-56-64**
**Coverage Period:**
12-01-21 through 06-01-22
Your coverage begins and ends at 12:01am local time at the
address of the named insured.

Date Issued: March 1, 2022

Endorsement Effective: 03-01-22

ANGIE J BARTHOLOMEW AND DARRYL
R BARTHOLOMEW
10424 AUTUMN DR
GULFPORT MS 39503-8160

Email Address: darrylbrthlmw@yahoo.com

| Named Insured | Additional Drivers |
|---|---|
| Angie June Bartholomew | Darryl Bartholomew Jr |
| Darryl Ray Bartholomew | Dillon Ray Bartholomew |

| Vehicles | VIN | Vehicle Location | Finance Company/ Lienholder |
|---|---|---|---|
| 1 2007 M Benz C230 | WDBRF52H27E023801 | GULFPORT MS 39503-8160 | |
| 2 2020 Nissan Pathfinder | 5N1DR2BN2LC645064 | GULFPORT MS 39503-8160 | Keesler Federal Credit Union |
| 3 2021 Honda Civic | 19XFC2F81ME002380 | GULFPORT MS 39503-8160 | HONDA FINANCIAL |
| 4 2021 Honda Civic | 19XFC2F88ME004269 | GULFPORT MS 39503-8160 | JP MORGAN CHASE BANK |

| Coverages* | Limits and/or Deductibles | Vehicle 1 | Vehicle 2 | Vehicle 3 | Vehicle 4 |
|---|---|---|---|---|---|
| Bodily Injury Liability Each Person/Each Occurrence | $25,000/$50,000 | $62.90 | $82.10 | $229.50 | $174.30 |
| Property Damage Liability | $50,000 | $38.30 | $55.80 | $157.70 | $119.70 |
| Medical Payments | $1,000 | $7.70 | $6.70 | $12.40 | $7.10 |
| Uninsured Motorists Bodily Injury Each Person/Each Occurrence | $25,000/$50,000 | $44.20 | $95.70 | $95.70 | $95.70 |
| Property Damage | $50,000 | $19.00 | $31.50 | $31.50 | $31.50 |
| Comprehensive (Excluding Collision) | $1,000 Ded | $72.60 | $79.30 | $140.80 | $99.70 |

T-H

DEC_PAGE (03-14) (Page 1 of 4)

Continued on Back
Endorsement Page 3 of 6

**EXHIBIT**

| Coverages* | Limits and/or Deductibles | Vehicle 1 | Vehicle 2 | Vehicle 3 | Vehicle 4 |
|---|---|---|---|---|---|
| Collision | $1,000 Ded | $59.90 | $129.00 | $468.10 | $355.40 |
| Emergency Road Service | ERS FULL | $12.60 | $4.30 | $3.70 | $3.70 |
| Rental Reimbursement | $30 Per Day $900 Max | $18.50 | $18.50 | $18.50 | $18.50 |
| Mechanical Breakdown | $250 Ded | - | $80.60 | $76.70 | $76.70 |
| **Six Month Premium Per Vehicle** | | **$335.70** | **$583.50** | **$1,234.60** | **$982.30** |

| | |
|---|---|
| **Total Six Month Premium** | **$3,136.10** |

*Coverage applies where a premium or $0.00 is shown for a vehicle.

If you elect to pay your premium in installments, you may be subject to an additional fee for each installment. The fee amount will be shown on your billing statements and is subject to change.

---

**Discounts**

| | |
|---|---|
| The total value of your discounts is | **$912.20** |
| Passive Restraint/Air Bag (All Vehicles) | $22.30 |
| Seatbelt (All Vehicles) | $5.80 |
| Multi-Car (All Vehicles) | $434.60 |
| 5 Year Good Driving (Veh 1, 2, 4) | $204.40 |
| Anti-Theft Device (All Vehicles) | $20.60 |
| Anti-Lock Brakes (All Vehicles) | $53.20 |
| New Car (Veh 2, 3, 4) | $39.10 |
| Good Student (Veh 3) | $132.20 |

**Contract Type:**    FAMILY

**Contract Amendments:**    ALL VEHICLES - A30MS(08-07) A54MS(06-20)

**Unit Endorsements:**    UE316(07-11) (VEH 2,3,4); A115S(08-20) (VEH 1,2,3,4); M700ERSS(08-20) (VEH 1,2,3,4); A431(05-11) (VEH 1,2,3,4); A180(02-96) (VEH 2,3,4)

Countersigned by Authorized Representative

*James Lewis*

---

**Important Policy Information**

- Please review the front and/or back of this page for your coverage and discount information.

Continued on Next Page
Endorsement Page 4 of 6

### Important Policy Information

- Reminder - Physical damage coverage will not cover loss for custom options on an owned automobile, including equipment, furnishings or finishings including paint, if the existence of those options has not been previously reported to us. This reminder does NOT apply in VIRGINIA, however, in Virginia coverage is limited for custom furnishings or equipment on pick-up trucks and vans but you may purchase coverage for this equipment. Please call us at 1-800-841-3000 or visit us at geico.com if you have any questions.

- A credit or discount has been applied to this policy:  Good Student.

DEC_PAGE (02-14) (Page 4 of 4)   Case: 24CI1:23-cv-00167   Document #: 1-1   Filed: 05/12/2023   Page 4 of 4   Endorsement Page 6 of 6

Case: 24CI1:23-cv-00167   Document #: 6-1   Filed: 06/09/2023   Page 22 of 120

# MORRIS **BART**, LTD.

### ATTORNEYS AT LAW

1712 15th Street, Suite 300

Gulfport, Mississippi 39501-2140

*Morris Bart, LA
Kenneth Altman, MS, LA, FL, AL
Terry B. Loup, MS, LA, TX
Craig A. Gentry, MS, LA
Jason Ruiz, MS
Scott Bishop, MS
Susan Sanich, MS, AL
Ryan Canon, MS, AL
Melinda Parks, MS, AL
Christopher Fitzgerald, MS
Andrew Reish, MS
Ida Henley, MS
Kanesha Johnson, MS
Brigg Austin, AL, MS
Mary Ashley Miller, MS
Dale Long, MS
Laithan Simmerman, MS

Writer's Direct Dial: (228) 276-0302
Writer's Direct Facsimile: (866) 605-9303
E-mail: JRuiz@MorrisBart.com

November 21, 2022

**Via Email:  12023544691@faxmail.com**
**ATTN: CL: 0339100980101165 --Ms.  Rebecca Bache**
Geico Insurance Company
One Geico Center
Macon, GA 31295

RE:   Our Client:      Leyton Wint
       Claim No.:      0339100980101165
       MB File No.:    22-2479MS

Dear Ms.  Bache:

Enclosed please find documentation to substantiate the claims of my client, Leyton Wint, for all damages due, including but not limited to, facial, rib and back pain, sustained as a direct result of the collision with your insured, Dillon Ray Bartholomew, on April 22, 2022.  Mr. Wint has incurred the following special and specific expenses as a direct result of that collision:

| | Date(s) | Charges |
|---|---|---|
| American Medical Response | 4/22/22 | $1,487.00 |
| Memorial Hospital at Gulfport | 4/22/22 | $31,656.10 |
| Memorial Emergency Physicians | 4/22/22 | $619.00 |
| SMB Radiology | 4/22/22 | $1,180.04 |
| Wellstar Health System | 6/20/22 | $147.00 |
| Resurgens Orthopaedics & Physical Therapy | 6/3/22; 7/14/22; 7/18/22; 7/20/22 | $1,476.00 |
| **TOTAL** | | **$36,656.14** |

We believe that the injuries sustained by our client clearly exceed the applicable liability coverage.  We now demand that Geico Insurance Company, on behalf of its insured, tender the full policy limits in effect on the date of loss to Leyton Wint in full and complete compensation for all damages sustained as a direct result of the collision with your insured on April 22, 2022.

**OF COUNSEL**
Beth Cocke, MS, TN
Mark Lumpkin, LA, MS
Carter Dobbs, III, MS
*Thelia Jean Eaby, LA

*not licensed to practice
in Mississippi

**ADMINISTRATOR**
Mark Duhon

Alexandria
318.561.7700

Baton Rouge
225.248.6000

Lafayette
337.989.1997

Shreveport
318.861.5551

Biloxi/Gulfport
228.432.9990

Hattiesburg
601.583.8000

**EXHIBIT**

Despite the fact that the damages exceed the policy limits, we will recommend our client to execute a full release in favor of your insured in exchange for payment of the policy limits. In addition, a certified copy of the declaration page and an affidavit attesting to the fact that your insured is not covered by any other insurance coverage in effect on the date of loss are required. Failure to tender the full policy limits at this time will expose your insured to substantial personal liability.  If the full policy limits are not received within thirty (30) days, we will file formal legal proceedings for all damages available under law.

Sincerely,

Jason Ruiz

JRUI/dseo
Enclosures

# MORRIS **BART**, LTD.

### ATTORNEYS AT LAW

1712 15th Street, Suite 300

Gulfport, Mississippi 39501-2140

*Morris Bart, LA
Kenneth Altman, MS, LA, FL, AL
Terry B. Loup, MS, LA, TX
Craig A. Gentry, MS, LA
Jason Ruiz, MS
Scott Bishop, MS
Susan Sanich, MS, AL
Ryan Canon, MS, AL
Melinda Parks, MS, AL
Christopher Fitzgerald, MS
Andrew Reish, MS
Ida Henley, MS
Kanesha Johnson, MS
Brigg Austin, AL, MS
Mary Ashley Miller, MS
Dale Long, MS
Laithan Simmerman, MS

Writer's Direct Dial: (228) 276-0302
Writer's Direct Facsimile: (866) 605-9303
E-mail: JRuiz@MorrisBart.com

Deember 7, 2022

**Via Email: Aureliano.Chavex@esis.com and Melissa.Malec@ESIS.com**
**ATTN: Policy 543264001 CL: 1E01E01233969X**
EISI o/b/o Chubb

RE:  Our Client:       Leyton Wint
      Claim No.:        1E01E01233969X/TRP Construction Group
      MB File No.:      22-2479MS

Dear Aureliano and Melissa:

Enclosed please find documentation to substantiate the claims of my client, Leyton Wint, for all damages due, including but not limited to, facial, rib and back pain, sustained as a direct result of the collision with Dillon Ray Bartholomew, on April 22, 2022. Mr. Wint has incurred the following special and specific expenses as a direct result of that collision:

|  | Date(s) | Charges |
|---|---|---|
| American Medical Response | 4/22/22 | $1,487.00 |
| Memorial Hospital at Gulfport | 4/22/22 | $31,656.10 |
| Memorial Emergency Physicians | 4/22/22 | $619.00 |
| SMB Radiology | 4/22/22 | $1,180.04 |
| Wellstar Health System | 6/20/22 | $147.00 |
| Resurgens Orthopaedics & Physical Therapy | 6/3/22; 7/14/22; 7/18/22; 7/20/22 | $1,476.00 |
| **TOTAL** |  | **$36,656.14** |

We now demand that ESIS o/b/o Chubb, pursuant to the uninsured and medical payments provisions of the policy of insurance issued to TRP Construction Group, LLC, make a good faith tender of your policy limits within thirty days from the date of this letter and to comply with the duties imposed upon it under its contract of insurance.

OF COUNSEL
Beth Cocke, MS, TN
Mark Lumpkin, LA, MS
Carter Dobbs, III, MS
*Thelia Jean Eaby, LA

*not licensed to practice
in Mississippi

ADMINISTRATOR
Mark Duhon

Sincerely,

Jason Ruiz

JRUI/dseo



Alexandria
318.561.7700

Baton Rouge
225.344.0100

Lafayette
337.769.1117

Shreveport
318.425.0000

Biloxi/Gulfport
228.432.5500

Hattiesburg
601.583.8000

THE NETWORK (Publishing Information Services on Vital Workplace Issues)
333 Research Court
Norcross, GA. 30092

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S POSTAL SERVICE. THANK YOU.

Contact:    JASON RUIZ
Company:   ESIS Standard
Fax:        8666059303

| ReportID | CorpID | FormID | StoreID | Caller | Claimant | IncidentDate |
|---|---|---|---|---|---|---|
| 1E01E01233969X / 133414485 | ESIS01 | NCAL | UNK_GA | DONNA SEOANE | | 04/22/2022 |

**EXHIBIT**

4

### ESIS Standard
### NetClaim Auto Liability

| NAVEX Global | Report# 1E01E01233969X / TNW# 133414485 | Page 1 of 3 |
|---|---|---|

**Client Information**

| | | **Report Information** | |
|---|---|---|---|
| Name: | TRP CONSTRUCTION GROUP LLC | Report Number: | 1E01E01233969X |
| | UNK_GA | Report Created: | 5/27/2022 11:52:00 AM   Eastern |
| Address: | 805 METROMONT RD | Escalated: | |
| | HIRAM, GA  30141 | | |
| Business Phone: | | **Insurance Information** | |

**Caller Information**

| | | Policy Number: | |
|---|---|---|---|
| Name: | DONNA SEOANE | Insurer Name: | |
| Job Title: | PARA LEGAL | Address: | |
| Business Phone: | (228) 276-0315 | Insurer Phone: | |
| Home Phone: | | Policy Dates: | |
| Address: | | FEIN: | |
| Caller Type: | Attorney/Attorney representative | **Authorities** | |

**Incident Information**

| | | Reference Num: | 9024080422220001 |
|---|---|---|---|
| Occurred: | 04/22/2022 12:42 am | Title: | MS HWY PATROL |
| Employer Notified: | 05/27/2022 9:51 am | Phone: | |
| Location: | E BOUND I10 | | |
| | E BOUND I10 | | |
| | UNK, MS | | |
| Description: | The OV rear ended the IV on I10. The IV rear is damaged. The OV front end is damaged. The IV driver sustained injuries. | | |

**Involved Parties**

| Involvement: | Insured Driver | | |
|---|---|---|---|
| Name: | LEYTON WINT | | |
| Address: | UNK | | |
| | UNK | | |
| County: | UNK | Country: | USA |
| Work Phone: | | Home Phone: | (770) 343-1866 |
| Date of Birth: | | Date of Death: | |
| Social Security Num: | | | |
| Drivers License Num: | UNK | State: | GA |
| Citation Received: | NONE | | |
| Relation to Insured: | EMPLOYEE | Hospital Name: | MEMORIAL HOSPITAL |
| Medical Prov Name: | UNK | Hospital Address: | UNK |
| Med Prov Address: | UNK | | GULF PORT, MS |
| | GULF PORT, MS | | |
| Med Prov Phone: | | Hospital Phone: | |
| Medical Transport: | AMBULANCE | | |
| Injury Description: | MOTOR VEHICLE ~ COLLISION OR SIDESWIPE WITH ANOTHER VEHICLE - M | | |

| Involvement: | 3rd Party Driver | | |
|---|---|---|---|
| Name: | DARRYL BARTHOLOMEW | | |
| Address: | UNK | | |
| | UNK | | |
| County: | UNK | Country: | USA |
| Work Phone: | | Home Phone: | (985) 773-3063 |
| Date of Birth: | | Date of Death: | |
| Social Security Num: | | | |
| Drivers License Num: | UNK | State: | |
| Citation Received: | UNKNOWN | | |
| Relation to Insured: | OTHER | | |
| Medical Prov Name: | | Hospital Name: | |
| Med Prov Address: | | Hospital Address: | |
| Med Prov Phone: | | Hospital Phone: | |
| Medical Transport: | | | |
| Injury Description: | NONE - NONE - NONE | | |

Witnesses and Passengers

## ESIS Standard
## NetClaim Auto Liability

| NAVEX Global | Report# 1E01E01233969X / TNW# 133414485 | Page 2 of 3 |
|---|---|---|

**Name:** JAY SINGH
**Address:**
**Home Phone:** (559) 321-5766    **Business Phone:**

### Vehicle

#### Insured Vehicle

| | | | |
|---|---|---|---|
| Type: | OTHER | Location: | UNK |
| Make: | INTERNATIONAL | Address: | UNK - UNK |
| Manufacture Date: | 1/1/2015 | Owner Same As Driver: | No |
| Model: | HARVESTER | Owner's Name: | TRP CONSTRUCTION GROUP LL TRP CO? |
| Body Type: | TRUCK | Address: | 805 METROMONT RD - HIRAM - GA  30141 |
| Color: | WHITE | Business Phone: | |
| Tag: | EBT400 | Residence Phone: | |
| State: | GA | Part: | 9999 - Not Provided/NOC/Insufficient Data |
| VIN: | 3HAMMMMLXFL519954 | Cause: | 1002 - Rear-Ended By Ov |
| VEH/Asset/Fleet #: | UNK | Result: | 9999 - Not Provided/NOC/Insufficient Data |
| Estimated Damage: | $0.00 | Insurance Carrier: | FEDERAL INSURANCE COMPANY |
| Towed: | No | Policy ID: | 54326400 |
| Damage Description: | rear is damaged | | |

#### Third Party Vehicle

| | | | |
|---|---|---|---|
| Type: | PASSENGER CAR | Location: | UNK |
| Make: | HONDA | Address: | UNK - UNK |
| Manufacture Date: | 1/1/2021 | Owner Same As Driver: | Yes |
| Model: | CRX | Owner's Name: | DARRYL BARTHOLOMEW |
| Body Type: | CAR | Address: | UNK - UNK |
| Color: | BLCK | Business Phone: | |
| Tag: | HAU87290 | Residence Phone: | (985) 773-3063 |
| State: | MS | Part: | 9999 - Not Provided/NOC/Insufficient Data |
| VIN: | UNK | Cause: | 1001 - Rear-Ended Ov |
| VEH/Asset/Fleet #: | N/A | Result: | 9999 - Not Provided/NOC/Insufficient Data |
| Estimated Damage: | $0.00 | Insurance Carrier: | GEICO |
| Towed: | Yes | Policy ID: | 4118075664 |
| Damage Description: | front end is damaged | | |

### Client Instructions

Your report number is 1E01E01233969X. If you have any further questions or information please contact your adjuster at: ESIS ATLANTA (ROSWELL) AGL CLAIM OFFICE - 130 PO Box 5128,  Scranton, PA 185050560 800 #: 8002501648 Phone #: 6787954000 Fax #: 8005177536

### Supplementals

### Additional Dissemination Information

| | |
|---|---|
| Would you like a fax or email copy of this report? | FAX |
| What is the recipient's name? | JASON RUIZ |
| What is the recipient's fax number? | 8666059303 |
| Enter the TPA branch email address: | |

### Please Ask Caller:

| | |
|---|---|
| Location Code | UNK |
| Please ask caller what number they dialed | 8667893747 |

### To Be Answered by Dissemination:

| | |
|---|---|
| DISSEM TEAM ONLY: Release to ESIS? | YES |

### ESIS Standard
### NetClaim Auto Liability

| NAVEX Global | Report# 1E01E01233969X / TNW# 133414485 | Page 3 of 3 |
|---|---|---|

**Additional Claim Information**

| | |
|---|---|
| Call Type | Claim |
| Insured Vehicle Purpose of use (ex: business or pleasure) | BUSINESS |
| Did the Airbags deploy in the Insured Vehicle? | UNKNOWN |
| Were repairs done to the Insured Vehicle? | UNKNOWN |
| Is this incident for a construction OCIP, CCIP, or RCCIP? | UNKNOWN |

**Additional Insured Driver Info**

| | |
|---|---|
| Did the Driver have permission to drive the vehicle? | YES |
| Act Being Performed by Insured? | Going Straight |

**Contributing Factor Information**

| | |
|---|---|
| Action of Insured Operator of vehicle? | DRIVING |
| What were the road conditions? | UNK |
| What were the weather conditions? | UNK |
| What was the speed limit? | UNK |
| What was the Traveling speed of the Insured? | UNK |
| What Direction was the Insured Heading? | EAST BOUND |
| Were there traffic controls in the area? | UNK |

**Notes/Additional Comments**

| | |
|---|---|
| Do you have any additional remarks? | NONE |

**IS ONLY**

| | |
|---|---|
| Is caller requesting immediate contact from an adjuster? | NO |

**For PM use only**

Change Branch Flag?

**Data Entry Team Only**

FMS #

# MORRIS **BART**, LTD.

### ATTORNEYS AT LAW

1712 15ᵗʰ Street, Suite 300
Gulfport, Mississippi 39501-2140

*Morris Bart, LA
Kenneth Altman, MS, LA, FL, AL
Terry D. Loup, MS, LA, TX
Craig A. Gentry, MS, LA
Jason Ruiz, MS
Scott Bishop, MS
Susan Sanich, MS, AL
Ryan Canon, MS, AL
Melinda Parks, MS, AL
Christopher Fitzgerald, MS
Andrew Reish, MS
Ida Henley, MS
Kanesha Johnson, MS
Brigg Austin, AL, MS
Mary Ashley Miller, MS
Dale Long, MS
Laithan Simmerman, MS

Writer's Direct Dial: (228) 276-0302
Writer's Direct Facsimile: (866) 605-9303
E-mail: JRuiz@MorrisBart.com

October 20, 2022

**Via Fax:  (800) 517-7538**
**ATTN: CL# 1E01E01233969X**
ESIS o/b/o Chubb

RE:  Our Client:      Leyton Wint
     Date of Loss:  April 22, 2022
     Your Insured:  TRP Construction Group LLC
                    **Policy # 543264001**
     Claim #:        1E01E01233969X
     MB File No.:   22-2479MS

Dear Sir/Madam:

    This claim was originally reported on May 27, 2022.  Your claim information and claim report is attached.  Also attached is a copy of the police report.  We have received no correspondence from you regarding this claim.  Please have someone contact our office to discuss.

    Our firm represents Leyton Wint for injuries and damages due to the above-dated automobile accident.  We are also placing you on notice of the possibility of an uninsured motorist claim and will keep you advised as to whether it will become necessary to utilize the uninsured motorist and/or medical payment coverage.  Any prior authorizations given to your company are revoked with this letter.  Further be advised that any assignment of claim to any medical care provider, purportedly signed by my client, is hereby REVOKED.

    Please acknowledge our representation in writing and forward a copy of the declaration page illustrating all coverage in effect on the date of loss. If our client executed an uninsured motorist rejection form, please forward a copy of it.  Please send us a copy of any written or recorded statements of our client within twenty (20) days of your receipt of this letter, as required by law.  I look forward to working with you in this matter and am available if you should have any questions.

OF COUNSEL
Beth Cocke, MS, TN
Mark Lumpkin, LA, MS
Carter Dobbs, III, MS
*Thelia Jean Eaby, LA

*not licensed to practice
in Mississippi

Sincerely,

*Jason Ruiz* (signature)

Jason Ruiz

ADMINISTRATOR
Mark Duhon

JRUI/dseo

EXHIBIT
**5**

Baton Rouge
225.925.8000

Lafayette
337.233.4200

Lake Charles
337.477.4600

Alexandria
318.561.7700

Gulfport

Pascagoula

Texarkana

Monroe

Mobile

Birmingham

Huntsville

## Fax Call Report

**HP LaserJet M4555 MFP**

Page 1

### Fax Header Information

Morris Bart
228-574-4146
Oct/20/2022 10:38:19 AM

| Job | Date/Time | Type | Identification | Duration | Pages | Result |
|-----|-----------|------|----------------|----------|-------|--------|
| 14168 | Oct/20/2022 10:26:40 AM | Send | 918005177538 | 11:35 | 19 | Success |

Oct/20/2022 10:27:05 AM                    Morris Bart 228-574-4146                    1/19

# MORRIS **BART** LTD.

### ATTORNEYS AT LAW

*(letterhead address block, partially illegible)*

Via Fax: (800) 517-7538
ATTN: Cl.# 1E01E01835960X
PSIS a/b/o Chubb

October 20, 2022

RE:   Our Client:    Leyton Wint
      Date of Loss:  April 22, 2022
      Your Insured:  TRP Construction Group LLC
      Policy #:      548805001
      Claim #:       1E01E01835960X
      MB File No.:   63-9479MS

Dear Sir/Madam:

This claim was originally reported on May 27, 2022. Your claim information and claim report is attached. Also attached is a copy of the police report. We have received no correspondence from you regarding this claim. Please have someone contact our office to discuss.

Our firm represents Leyton Wint for injuries and damages due to the above-dated automobile accident. We are also placing you on notice of the possibility of an uninsured motorist claim and will keep you advised as to whether it will become necessary to utilize the uninsured motorist and/or medical payment coverage. Any prior authorizations given to your company are revoked with this letter. Further be advised that any assignment of claim to any medical care provider, purportedly signed by my client, is hereby REVOKED.

Please acknowledge our representation in writing and forward a copy of the declaration page illustrating all coverage in effect on the date of loss. If our client executed an uninsured motorist rejection form, please forward a copy of it. Please send us a copy of any written or recorded statements of our client within twenty (20) days of your receipt of this letter, as required by law. I look forward to working with you in this matter and am available if you have any questions.

Sincerely,

*(signature)*
Jason Ruiz

JRUI/daeo



**GEICO General Insurance Company**

One Geico Center
Macon, GA 31296-0001

| | |
|---|---|
| **Company:** | GEICO General Insurance Company |
| **Date:** | November 29, 2022 |
| **From:** | Rebecca Bache<br>478-621-1538 |
| **To:** | Morris Bart Ltd |
| **RE:** | Claim Documents 0339100980101165 |

I just spoke with Donna and she requested I send you over an email.
I called to offer our limits of $25,000.00 for your client Leyton Lloyd Wint.
Please forward over a hold harmless, and then I will be able to submit for the
check to be issued to your office.
Thank you,
Rebecca Bache

**EXHIBIT**

6

**Jason Ruiz**

| | |
|---|---|
| **From:** | Chavez, Aureliano <Aureliano.Chavez@esis.com> |
| **Sent:** | Wednesday, December 7, 2022 12:57 PM |
| **To:** | Jason Ruiz; Donna Seoane |
| **Subject:** | [EXTERNAL]RE: Wint, Leyton 4/22/2022  22-2479MS: / 1E01E01233969X |

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hello Jason,

Unfortunately the claim was not reported correctly so only a report number was created but never registered and investigated so a new claim will need to be opened. Once the new claim is opened we will review if UIM coverage is available and if it is available then we will proceed with reviewing your demand.

Thank You

Aureliano Chavez
ESIS Team Leader
623.580.2485/ 1.800.426.6800
aureliano.chavez@esis.com

ESIS is handling the claim on behalf of :

Underwriting Company:

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Wednesday, December 7, 2022 9:45 AM
**To:** Donna Seoane <DSeoane@morrisbart.com>; Chavez, Aureliano <Aureliano.Chavez@esis.com>
**Cc:** Malec, Melissa M <Melissa.Malec@ESIS.Com>
**Subject:** [EXTERNAL] Wint, Leyton 4/22/2022 22-2479MS: / 1E01E01233969X
**Importance:** High

You are expected to comport with your duties of good faith and fair dealing. Your company has had underline notice of the potential UIM claim since May and has taken no action to comport with its duty to investigate or to respond to the notice. Now, the liability carrier has offered its policy limits of $25,000, which is far less than my client's actual medical bills.

I am sure this is not what your insured expects in exchange for the very heavy premiums that it pays to have insurance.

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

**EXHIBIT**

1-7

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768

 

MORRIS
BART ⅞
ATTORNEYS AT LAW

---

**From:** Donna Seoane <DSeoane@morrisbart.com>
**Sent:** Wednesday, December 7, 2022 10:38 AM
**To:** Chavez, Aureliano <Aureliano.Chavez@esis.com>
**Cc:** Malec, Melissa M <Melissa.Malec@esis.com>; Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** RE: [EXTERNAL]RE: Wint, Leyton 4/22/2022 22-2479MS: / 1E01E01233969X
**Importance:** High

Aureliano and Melissa,

See attached demand for Leyton Wint. GEICO has offered their policy limits to Mr. Wint. Mr. Ruiz asked me to forward this demand to you as we have provided you with a police report and a copy of the claim document from May. You should have everything needed to set up a claim for this accident. I emailed you yesterday asking what information was insufficient from our original attempt to set up this claim, but have gotten no response. Please review this demand and contact Mr. Ruiz to discuss.

Donna Seoane
Paralegal to Jason Ruiz
Morris Bart, LTD.
1712 15ᵗʰ St., Ste. 300
Gulfport, MS 39501
P: (228) 276-0315
F: (866) 605-9303
E: DSeoane@MorrisBart.com

---

**From:** Chavez, Aureliano <Aureliano.Chavez@esis.com>
**Sent:** Tuesday, December 6, 2022 9:26 AM
**To:** Donna Seoane <DSeoane@morrisbart.com>
**Subject:** [EXTERNAL]RE: Wint, Leyton 4/22/2022 22-2479MS: / 1E01E01233969X

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hello,

This claim was reported with insufficient information and was closed as error which makes this claim no longer valid. This claim would need to be reported again with all the insureds and incident information.

Thank You

Aureliano Chavez
ESIS Team Leader
623.580.2485/ 1.800.426.6800
aureliano.chavez@esis.com

ESIS is handling the claim on behalf of :

Underwriting Company:

_____

This email (including any attachments) is intended for the designated recipient(s) only, and may be confidential, non-public, proprietary, and/or protected by the attorney-client or other privilege. Unauthorized reading, distribution, copying or other use of this communication is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) should not be deemed a waiver of any privilege or protection. If you are not the intended recipient or if you believe that you have received this email in error, please notify the sender immediately and delete all copies from your computer system without reading, saving, printing, forwarding or using it in any manner. Although it has been checked for viruses and other malicious software ("malware"), we do not warrant, represent or guarantee in any way that this communication is free of malware or potentially damaging defects. All liability for any actual or alleged loss, damage, or injury arising out of or resulting in any way from the receipt, opening or use of this email is expressly disclaimed.

**Jason Ruiz**

| | |
|---|---|
| **From:** | Donna Seoane |
| **Sent:** | Thursday, January 12, 2023 4:00 PM |
| **To:** | 'maninderjit.singh@esis.com' |
| **Cc:** | Jason Ruiz |
| **Subject:** | CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022  22-2479MS: |
| **Attachments:** | Wint DEMAND - UM.pdf; Wint Offer of Policy Limits.pdf |

CL # 1E01EO13670931

See attached Underinsured Motorist Demand for our client, Leyton Wint.  This demand was previously sent on December 7, 2022 under a different claim number.  We were not told until after this demand was presented to ESIS that the original claim needed to be re filed.  The liability carrier has offered their policy limits, a copy of their offer is attached.  Once, you have reviewed this demand, please contact Mr. Ruiz to discuss settlement of this claim.

Also, please confirm receipt of this demand.

Donna Seoane
Paralegal to Jason Ruiz
Morris Bart, LTD.
1712 15ᵗʰ St., Ste. 300
Gulfport, MS  39501
P: (228) 276-0315
F: (866) 605-9303
E:  DSeoane@MorrisBart.com

**EXHIBIT**

## Jason Ruiz

| | |
|---|---|
| **From:** | Jason Ruiz |
| **Sent:** | Friday, January 13, 2023 11:43 AM |
| **To:** | 'Singh, Johnny'; Donna Seoane |
| **Subject:** | CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS: |

Wow. Considering the hours that we've spent on the phone. That is amazing.

We've sent the police report and provided a demand package for UM including proof of the liability limits being offered and proof of those limits. Please let me know if you have any questions once you review the material.

As for the process, Donna can fill you in if you want that if you want to call her. It's way too much to type. And we just want to move forward.

**In the meantime, please confirm the existence of UM coverage and the amount.**

**Please provide a copy of the declarations page and the policy as well as the name of the underwriting.**

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768





MORRIS
BART
ATTORNEYS AT LAW

From: Singh, Johnny <MANINDERJIT.SINGH@esis.com>
Sent: Friday, January 13, 2023 11:40 AM

**EXHIBIT**

**To:** Jason Ruiz <JRuiz@morrisbart.com>; Donna Seoane <DSeoane@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Entire thing. All I have is a statement.
Insured was driving and was rear ended by IV. Insured employee driver Leyton Wint at 770-343-1866.

Does Leyton Wint work for TRP Construction?

Thank you

**ESIS**
A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA  18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

---

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Friday, January 13, 2023 12:38 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>; Donna Seoane <DSeoane@morrisbart.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

Hi,

Which part? The wreck? The process of getting it to Esis?

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768




MORRIS
BART‡
ATTORNEYS AT LAW

---

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Friday, January 13, 2023 10:31 AM
**To:** Jason Ruiz <JRuiz@morrisbart.com>; Donna Seoane <DSeoane@morrisbart.com>
**Subject:** [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hello,
What exactly took place? I am trying to confirm this with my client as well.
Thank you

**ESIS**
A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

---

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Friday, January 13, 2023 10:26 AM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>; Donna Seoane <DSeoane@morrisbart.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:
**Importance:** High

Mr. Singh,

I cannot begin to tell you the enormous effort to get this claim setup. This claim was originally setup in May of last year. See the attached document that we received from *your company*, Esis, concerning this matter. It was never acknowledged and my paralegal has been following up on it daily for the last two weeks.

We have not even been able to confirm the actual name of the underwriter and are at a point of filing a bad faith claim against John Doe Ins Co with intentions of substituting your client's name once we find out. All of this is to ask that you make the claim a priority.

**While you are investigating it and subject to the conclusion of such, please confirm the existence of UM coverage and the amount.**

**Please provide a copy of the declarations page and the policy as well as the name of the underwriting.**

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768

 

From: Singh, Johnny <MANINDERJIT.SINGH@esis.com>
Sent: Friday, January 13, 2023 7:07 AM
To: Donna Seoane <DSeoane@morrisbart.com>
Cc: Jason Ruiz <JRuiz@morrisbart.com>
Subject: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Claim is under investigation. I need to speak with my client to confirm what took place.
Thank you


**ESIS**
A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Donna Seoane <DSeoane@morrisbart.com>
**Sent:** Thursday, January 12, 2023 5:00 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Cc:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

CL # 1E01EO13670931

See attached Underinsured Motorist Demand for our client, Leyton Wint.  This demand was previously sent on
December 7, 2022 under a different claim number.  We were not told until after this demand was presented to ESIS that
the original claim needed to be re filed.  The liability carrier has offered their policy limits, a copy of their offer is
attached.  Once, you have reviewed this demand, please contact Mr. Ruiz to discuss settlement of this claim.

Also, please confirm receipt of this demand.

Donna Seoane
Paralegal to Jason Ruiz
Morris Bart, LTD.
1712 15ᵗʰ St., Ste. 300
Gulfport, MS  39501
P:  (228) 276-0315
F:  (866) 605-9303
E:  DSeoane@MorrisBart.com

This email (including any attachments) is intended for the designated recipient(s) only, and may be confidential, non-
public, proprietary, and/or protected by the attorney-client or other privilege. Unauthorized reading, distribution,
copying or other use of this communication is prohibited and may be unlawful. Receipt by anyone other than the
intended recipient(s) should not be deemed a waiver of any privilege or protection. If you are not the intended recipient
or if you believe that you have received this email in error, please notify the sender immediately and delete all copies
from your computer system without reading, saving, printing, forwarding or using it in any manner. Although it has been
checked for viruses and other malicious software ("malware"), we do not warrant, represent or guarantee in any way
that this communication is free of malware or potentially damaging defects. All liability for any actual or alleged loss,
damage, or injury arising out of or resulting in any way from the receipt, opening or use of this email is expressly
disclaimed.

**Jason Ruiz**

| | |
|---|---|
| **From:** | Singh, Johnny <MANINDERJIT.SINGH@esis.com> |
| **Sent:** | Tuesday, January 17, 2023 1:46 PM |
| **To:** | Jason Ruiz |
| **Subject:** | Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton |

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Yes and I will submitted for coverage approval to them.
Thank you


A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA  18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

From: Jason Ruiz <JRuiz@morrisbart.com>
Sent: Tuesday, January 17, 2023 2:33 PM
To: Singh, Johnny <MANINDERJIT.SINGH@esis.com>
Subject: [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton

Per our conversation, the uninsured motorist carrier is Ace American Insurance Company. Please confirm this is the correct legal name.

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**EXHIBIT**

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768




---

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Tuesday, January 17, 2023 1:16 PM
**To:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hello,
Based on my initial report, the individual listed on the subject line works for our employer TRP CONSTRUCTION GROUP, LLC.
Now if he has sustained injuries he needs to report it to the other carrier. If he still needs treatment he should report to his employer for WC.
The UM policy is large since this is a commercial account. I cannot disclose the figure since I will not handle any injuries.
Thank you


A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

---

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Tuesday, January 17, 2023 2:11 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton

Mr. Singh,

My client's name is on the subject line of every email that I have sent you, including this one. It is on every letter of representation that we have sent in. It is on the demand that we sent. It is on every piece of correspondence.

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768

 

---

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Tuesday, January 17, 2023 10:39 AM
**To:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Who is your client?
Thank you

**ESIS®**
A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA  18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

---

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Tuesday, January 17, 2023 11:24 AM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:
**Importance:** High

Mr. Singh,

**Please confirm the name of the UM Underwriter/Carrier, the existence of UM coverage and the amount.**

**Please provide a copy of the declarations page and the policy.**

I have requested these items a number of times.

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768




---

**From:** Jason Ruiz
**Sent:** Friday, January 13, 2023 11:43 AM
**To:** 'Singh, Johnny' <MANINDERJIT.SINGH@esis.com>; Donna Seoane <dseoane@morrisbart.com>
**Subject:** CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

Wow. Considering the hours that we've spent on the phone. That is amazing.

We've sent the police report and provided a demand package for UM including proof of the liability limits being offered and proof of those limits. Please let me know if you have any questions once you review the material.

As for the process, Donna can fill you in if you want that if you want to call her. It's way too much to type. And we just want to move forward.

**In the meantime, please confirm the existence of UM coverage and the amount.**

**Please provide a copy of the declarations page and the policy as well as the name of the underwriting.**

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768

 

MORRIS
BART
ATTORNEYS AT LAW

---

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Friday, January 13, 2023 11:40 AM
**To:** Jason Ruiz <JRuiz@morrisbart.com>; Donna Seoane <DSeoane@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Entire thing. All I have is a statement.
Insured was driving and was rear ended by IV. Insured employee driver Leyton Wint at 770-343-1866.

Does Leyton Wint work for TRP Construction?
Thank you

**ESIS**
A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Friday, January 13, 2023 12:38 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>; Donna Seoane <DSeoane@morrisbart.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

Hi,

Which part? The wreck? The process of getting it to Esis?

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768

 

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Friday, January 13, 2023 10:31 AM
**To:** Jason Ruiz <JRuiz@morrisbart.com>; Donna Seoane <DSeoane@morrisbart.com>
**Subject:** [EXTERNAL]RE: CL # 1E01EO13570931 -- Wint, Leyton 4/22/2022 22-2479MS:

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hello,
What exactly took place?  I am trying to confirm this with my client as well.
Thank you

**ESIS**
A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

_____

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Friday, January 13, 2023 10:26 AM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>; Donna Seoane <DSeoane@morrisbart.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:
**Importance:** High

Mr. Singh,

I cannot begin to tell you the enormous effort to get this claim setup. This claim was originally setup in May of last year. See the attached document that we received from *your company*, Esis, concerning this matter. It was never acknowledged and my paralegal has been following up on it daily for the last two weeks.

We have not even been able to confirm the actual name of the underwriter and are at a point of filing a bad faith claim against John Doe Ins Co with intentions of substituting your client's name once we find out. All of this is to ask that you make the claim a priority.

**While you are investigating it and subject to the conclusion of such, please confirm the existence of UM coverage and the amount.**

**Please provide a copy of the declarations page and the policy as well as the name of the underwriting.**

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct:  (228) 276-0302
Fax:  (866) 605-9303
MSB # 101768




---

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Friday, January 13, 2023 7:07 AM
**To:** Donna Seoane <DSeoane@morrisbart.com>
**Cc:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Claim is under investigation.  I need to speak with my client to confirm what took place.
Thank you


A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA  18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

---

**From:** Donna Seoane <DSeoane@morrisbart.com>
**Sent:** Thursday, January 12, 2023 5:00 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Cc:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

CL # 1E01EO13670931

See attached Underinsured Motorist Demand for our client, Leyton Wint.  This demand was previously sent on December 7, 2022 under a different claim number.  We were not told until after this demand was presented to ESIS that the original claim needed to be re filed.  The liability carrier has offered their policy limits, a copy of their offer is attached.  Once, you have reviewed this demand, please contact Mr. Ruiz to discuss settlement of this claim.

Also, please confirm receipt of this demand.

Donna Seoane

Paralegal to Jason Ruiz
Morris Bart, LTD.
1712 15ᵗʰ St., Ste. 300
Gulfport, MS 39501
P: (228) 276-0315
F: (866) 605-9303
E: DSeoane@MorrisBart.com

This email (including any attachments) is intended for the designated recipient(s) only, and may be confidential, non-public, proprietary, and/or protected by the attorney-client or other privilege. Unauthorized reading, distribution, copying or other use of this communication is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) should not be deemed a waiver of any privilege or protection. If you are not the intended recipient or if you believe that you have received this email in error, please notify the sender immediately and delete all copies from your computer system without reading, saving, printing, forwarding or using it in any manner. Although it has been checked for viruses and other malicious software ("malware"), we do not warrant, represent or guarantee in any way that this communication is free of malware or potentially damaging defects. All liability for any actual or alleged loss, damage, or injury arising out of or resulting in any way from the receipt, opening or use of this email is expressly disclaimed.

**Donna Seoane**

| | |
|---|---|
| From: | Singh, Johnny <MANINDERJIT.SINGH@esis.com> |
| Sent: | Monday, January 30, 2023 11:08 AM |
| To: | Jason Ruiz |
| Subject: | Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton |

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

No, I sent the follow up email to the head at ACE who handles this account to review or assign someone to review coverage.
Thank you


A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Monday, January 30, 2023 11:55 AM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton

Johnny,

I understand that you are doing your part. We are grateful for your efforts in the matter.

Is there any status at all from Ace?

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**EXHIBIT**

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768





**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Monday, January 30, 2023 10:10 AM
**To:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Good morning Jason,
I have sent several follow ups to the carrier to expediate it. I have told them you have been extremely patient.
Thank you


A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Thursday, January 26, 2023 5:45 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton

Mr. Singh,

Another 9 days have gone by.

We have not received a copy of the declaration page or policy documents. Please provide those so that we can evaluate the claim for ourselves.

In addition, please confirm if the claim is approved for coverage.

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768





**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Tuesday, January 17, 2023 1:46 PM
**To:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Yes and I will submitted for coverage approval to them.
Thank you


A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Tuesday, January 17, 2023 2:33 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton

Per our conversation, the uninsured motorist carrier is Ace American Insurance Company. Please confirm this is the correct legal name.

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768

 

**MORRIS BART**
ATTORNEYS AT LAW

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Tuesday, January 17, 2023 1:16 PM
**To:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hello,
Based on my initial report, the individual listed on the subject line works for our employer TRP CONSTRUCTION GROUP, LLC.
Now if he has sustained injuries he needs to report it to the other carrier. If he still needs treatment he should report to his employer for WC.
The UM policy is large since this is a commercial account. I cannot disclose the figure since I will not handle any injuries.
Thank you

**ESIS**
A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6802 Ext. 53201 F 800-352-4761

Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Tuesday, January 17, 2023 2:11 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton

Mr. Singh,

My client's name is on the subject line of every email that I have sent you, including this one. It is on every letter of representation that we have sent in. It is on the demand that we sent. It is on every piece of correspondence.

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768





**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Tuesday, January 17, 2023 10:39 AM
**To:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Who is your client?
Thank you



**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA  18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Tuesday, January 17, 2023 11:24 AM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:
**Importance:** High

Mr. Singh,

**Please confirm the name of the UM Underwriter/Carrier, the existence of UM coverage and the amount.**

**Please provide a copy of the declarations page and the policy.**

I have requested these items a number of times.

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct:  (228) 276-0302
Fax:  (866) 605-9303
MSB # 101768




**From:** Jason Ruiz
**Sent:** Friday, January 13, 2023 11:43 AM
**To:** 'Singh, Johnny' <MANINDERJIT.SINGH@esis.com>; Donna Seoane <dseoane@morrisbart.com>
**Subject:** CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

Wow. Considering the hours that we've spent on the phone. That is amazing.

We've sent the police report and provided a demand package for UM including proof of the
liability limits being offered and proof of those limits. Please let me know if you have any
questions once you review the material.

As for the process, Donna can fill you in if you want that if you want to call her. It's way too
much to type. And we just want to move forward.

**In the meantime, please confirm the existence of UM coverage and the amount.**

**Please provide a copy of the declarations page and the policy as well as the name of the
underwriting.**

If you have any questions, comment or concerns, or, if I can be of further assistance with this
or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you
need immediate assistance or do not receive a timely response from me. In addition, we strive
to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct:  (228) 276-0302
Fax:   (866) 605-9303
MSB # 101768

 

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Friday, January 13, 2023 11:40 AM
**To:** Jason Ruiz <JRuiz@morrisbart.com>; Donna Seoane <DSeoane@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton
4/22/2022 22-2479MS:

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Entire thing. All I have is a statement.
Insured was driving and was rear ended by IV. Insured employee driver Leyton Wint at 770-343-1866.

Does Leyton Wint work for TRP Construction?
Thank you



**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Friday, January 13, 2023 12:38 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>; Donna Seoane <DSeoane@morrisbart.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

Hi,

Which part? The wreck? The process of getting it to Esis?

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768




**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Friday, January 13, 2023 10:31 AM
**To:** Jason Ruiz <JRuiz@morrisbart.com>; Donna Seoane <DSeoane@morrisbart.com>
**Subject:** [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:


CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.


Hello,
What exactly took place?  I am trying to confirm this with my client as well.
Thank you



**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA  18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Friday, January 13, 2023 10:26 AM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>; Donna Seoane <DSeoane@morrisbart.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:
**Importance:** High

Mr. Singh,

I cannot begin to tell you the enormous effort to get this claim setup. This claim was originally setup in May of last year. See the attached document that we received from *your company*, Esis, concerning this matter. It was never acknowledged and my paralegal has been following up on it daily for the last two weeks.

We have not even been able to confirm the actual name of the underwriter and are at a point of filing a bad faith claim against John Doe Ins Co with intentions of substituting your client's name once we find out. All of this is to ask that you make the claim a priority.

**While you are investigating it and subject to the conclusion of such, please confirm the existence of UM coverage and the amount.**

**Please provide a copy of the declarations page and the policy as well as the name of the underwriting.**

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you
need immediate assistance or do not receive a timely response from me. In addition, we strive
to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct:  (228) 276-0302
Fax:  (866) 605-9303
MSB # 101768

   

---

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Friday, January 13, 2023 7:07 AM
**To:** Donna Seoane <DSeoane@morrisbart.com>
**Cc:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:


CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking
links, especially from unknown senders.


Claim is under investigation.  I need to speak with my client to confirm what took place.
Thank you


A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA  18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Donna Seoane <DSeoane@morrisbart.com>
**Sent:** Thursday, January 12, 2023 5:00 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Cc:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:


CL # 1E01EO13670931

See attached Underinsured Motorist Demand for our client, Leyton Wint. This demand was previously sent on December 7, 2022 under a different claim number. We were not told until after this demand was presented to ESIS that the original claim needed to be re filed. The liability carrier has offered their policy limits, a copy of their offer is attached. Once, you have reviewed this demand, please contact Mr. Ruiz to discuss settlement of this claim.

Also, please confirm receipt of this demand.

Donna Seoane
Paralegal to Jason Ruiz
Morris Bart, LTD.
1712 15ᵗʰ St., Ste. 300
Gulfport, MS  39501
P:  (228) 276-0315
F:  (866) 605-9303
E:  DSeoane@MorrisBart.com

---

This email (including any attachments) is intended for the designated recipient(s) only, and may be confidential, non-public, proprietary, and/or protected by the attorney-client or other privilege. Unauthorized reading, distribution, copying or other use of this communication is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) should not be deemed a waiver of any privilege or protection. If you are not the intended recipient or if you believe that you have received this email in error, please notify the sender immediately and delete all copies from your computer system without reading, saving, printing, forwarding or using it in any manner. Although it has been checked for viruses and other malicious software ("malware"), we do not warrant, represent or guarantee in any way that this communication is free of malware or potentially damaging defects. All liability for any actual or alleged loss, damage, or injury arising out of or resulting in any way from the receipt, opening or use of this email is expressly disclaimed.

**Jason Ruiz**

| | |
|---|---|
| **From:** | Singh, Johnny <MANINDERJIT.SINGH@esis.com> |
| **Sent:** | Thursday, February 23, 2023 12:46 PM |
| **To:** | Jason Ruiz |
| **Subject:** | Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton |

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Everything will be provided once I know coverage applies.
Thank you


A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA  18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Thursday, February 23, 2023 1:31 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton
**Importance:** High

Mr. Singh,

Please provide a copy of the insurance policy and the declarations page.

Please advise ACE American Insurance Company that we have requested this multiple times over the last year and that we are warning them that a bad faith lawsuit is coming due to their refusal to provide it.

*Advise them that this is what my BAD FAITH research shows me:*

   I.    **Delay in Investigation**

In Mississippi, "an insurance company has a duty to the insured [MY CLIENT IS AN INSURED UNDER THIS POLICY] to make a reasonably prompt investigation of all relevant facts. It has a further duty, after an adequate investigation and a realistic evaluation of the claim, to tell the insured, its customer, the plain truth. And, if the insurance company cannot give its insured a valid reason for denying the claim, it has a final duty to promptly

honor it." *Bankers Life & Cas. Co. vs. Crenshaw*, 483 So.2d 254, 276 (Miss 1985). Failure of an insurer to conduct an adequate investigation, standing alone, may give rise to punitive damages under Mississippi law. *Stewart*, 846 So. 2d 192, ¶¶ 45-46 (Miss. 2002) (affirming $500,000 in punitive damages on $3,500 in actual damages for, inter alia, failure to investigate despite the fact insured's claim form showed the claim was not covered – where further investigation would have shown otherwise); *see also Essinger v. Liberty Mut. Fire Ins. Co.*, 529 F.3d 264, 271 n.1 (5th Cir. 2008) (citation omitted) ("Inordinate delays in processing claims and a failure to make a meaningful investigation have combined to create a jury question on bad faith.").

It is important to note that mere *delay* in investigating and paying a claim can result in punitive damages. Mississippi Courts "... have permitted claimants to recover damages on bad faith claims when resolution of an insurance claim is merely delayed rather than ultimately denied." *James v. State Farm Mut. Auto. Ins. Co.*, 743 F.3d 65, 69 (5th Cir. 2014) (citing T*ravelers Indem. Co. v. Wetherbee*, 368 So. 2d 829, 834-35 (Miss. 1979).

II.    **Non-Waiver of Subrogation**

We have asked multiple times that ACE waiver subrogation rights if any so that Mr. Wint can settle the underlying liability claim against the tortfeasor. None has been forthcoming. As per Mississippi law, your client cannot have a right of subrogation unless our client is made whole: **"An insurer is entitled to enforce its contractual right of subrogation after the insured has been fully compensated, or made whole for his loss ... the insurer is entitled to reimbursement from funds received by the insured from the third party when the insured receives more than the total of his or her loss."** *Hare v. State*, 733 So.2d 277, 281 (Miss. 1999). **The opinion goes on to say that** "the made whole rule ... is not to be overridden by contractual language." *Id.* Refusing to waive a meritless subrogation claim is grounds for punitive damages. See the case of *Valley Forge Ins. Co./CNA Ins. Co. v. Strickland*, 620 So.2d 535, 540 (Miss. 1993) wherein the Supreme Court upheld an award of punitive damages based on an insurance company's unwillingness to waive subrogation. The insurer owes its insured a duty not to interfere with her recovery of amounts due to her. The duty transcends the contract and was breached with the assertion and refusal to withdraw a meritless subrogation claim. Although not technically bad faith, the breach is egregious enough to warrant punitive damages.

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768

 

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Thursday, February 23, 2023 10:50 AM
**To:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Good morning Jason,
I provided all the necessary details it is being worked on.
Thank you


A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Thursday, February 23, 2023 9:52 AM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton

Johnny,

It's been well over a month since I first talked to you on this. Please provide the policy documents so that I can assess for my self whether UM applies.

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct:  (228) 276-0302
Fax:  (866) 605-9303
MSB # 101768




**MORRIS BART**
ATTORNEYS AT LAW

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Wednesday, February 8, 2023 7:42 AM
**To:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hello,
From my last convo with the carrier they are checking with in house attorney and underwriter too see if UM will apply and if the client purchased that coverage or any other coverage that may cover injuries for your client.
Thank you

**ESIS**
A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA  18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Tuesday, February 7, 2023 5:53 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton
**Importance:** High

Johnny,

It's been another week. Any response from Ace? I need a response to our demand and waiver of subrogation.

See below.

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Monday, January 30, 2023 11:08 AM
**To:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

No, I sent the follow up email to the head at ACE who handles this account to review or assign someone to review coverage.
Thank you



**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Monday, January 30, 2023 11:55 AM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton

Johnny,

I understand that you are doing your part. We are grateful for your efforts in the matter.

Is there any status at all from Ace?

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768




**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Monday, January 30, 2023 10:10 AM
**To:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Good morning Jason,
I have sent several follow ups to the carrier to expediate it. I have told them you have been extremely patient.
Thank you


A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Thursday, January 26, 2023 5:45 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton

Mr. Singh,

Another 9 days have gone by.

We have not received a copy of the declaration page or policy documents. Please provide those so that we can evaluate the claim for ourselves.

In addition, please confirm if the claim is approved for coverage.

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax:  (866) 605-9303
MSB # 101768

  

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Tuesday, January 17, 2023 1:46 PM
**To:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Yes and I will submitted for coverage approval to them.
Thank you


A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Tuesday, January 17, 2023 2:33 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton

Per our conversation, the uninsured motorist carrier is Ace American Insurance Company. Please confirm this is the correct legal name.

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax:  (866) 605-9303
MSB # 101768

 

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Tuesday, January 17, 2023 1:16 PM
**To:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hello,
Based on my initial report, the individual listed on the subject line works for our employer TRP CONSTRUCTION GROUP, LLC.
Now if he has sustained injuries he needs to report it to the other carrier.  If he still needs treatment he should report to his employer for WC.
The UM policy is large since this is a commercial account.  I cannot disclose the figure since I will not handle any injuries.
Thank you


A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA  18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716

Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Tuesday, January 17, 2023 2:11 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton

Mr. Singh,

My client's name is on the subject line of every email that I have sent you, including this one. It is on every letter of representation that we have sent in. It is on the demand that we sent. It is on every piece of correspondence.

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax:  (866) 605-9303
MSB # 101768

 

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Tuesday, January 17, 2023 10:39 AM
**To:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Who is your client?
Thank you



**ESIS**
A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Tuesday, January 17, 2023 11:24 AM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:
**Importance:** High

Mr. Singh,

**Please confirm the name of the UM Underwriter/Carrier, the existence of UM coverage and the amount.**

**Please provide a copy of the declarations page and the policy.**

I have requested these items a number of times.

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768





MORRIS
BART∤
ATTORNEYS AT LAW

**From:** Jason Ruiz
**Sent:** Friday, January 13, 2023 11:43 AM

**To:** 'Singh, Johnny' <MANINDERJIT.SINGH@esis.com>; Donna Seoane <dseoane@morrisbart.com>
**Subject:** CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

Wow. Considering the hours that we've spent on the phone. That is amazing.

We've sent the police report and provided a demand package for UM including proof of the liability limits being offered and proof of those limits. Please let me know if you have any questions once you review the material.

As for the process, Donna can fill you in if you want that if you want to call her. It's way too much to type. And we just want to move forward.

**In the meantime, please confirm the existence of UM coverage and the amount.**

**Please provide a copy of the declarations page and the policy as well as the name of the underwriting.**

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768

  

MORRIS
BART
ATTORNEYS AT LAW

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Friday, January 13, 2023 11:40 AM
**To:** Jason Ruiz <JRuiz@morrisbart.com>; Donna Seoane <DSeoane@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Entire thing.  All I have is a statement.
Insured was driving and was rear ended by IV. Insured employee driver Leyton Wint at 770-343-1866.

Does Leyton Wint work for TRP Construction?
Thank you

# ESIS™
A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Friday, January 13, 2023 12:38 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>; Donna Seoane <DSeoane@morrisbart.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

Hi,

Which part? The wreck? The process of getting it to Esis?

If you have any questions, comment or concerns, or, if I can be of further assistance with this
or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you
need immediate assistance or do not receive a timely response from me. In addition, we strive
to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct:  (228) 276-0302
Fax:  (866) 605-9303
MSB # 101768

 

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Friday, January 13, 2023 10:31 AM

**To:** Jason Ruiz <JRuiz@morrisbart.com>; Donna Seoane <DSeoane@morrisbart.com>
**Subject:** [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hello,
What exactly took place? I am trying to confirm this with my client as well.
Thank you


**ESIS**
A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Friday, January 13, 2023 10:26 AM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>; Donna Seoane <DSeoane@morrisbart.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:
**Importance:** High

Mr. Singh,

I cannot begin to tell you the enormous effort to get this claim setup. This claim was originally setup in May of last year. See the attached document that we received from *your company*, Esis, concerning this matter. It was never acknowledged and my paralegal has been following up on it daily for the last two weeks.

We have not even been able to confirm the actual name of the underwriter and are at a point of filing a bad faith claim against John Doe Ins Co with intentions of substituting your client's name once we find out. All of this is to ask that you make the claim a priority.

**While you are investigating it and subject to the conclusion of such, please confirm the existence of UM coverage and the amount.**

**Please provide a copy of the declarations page and the policy as well as the name of the underwriting.**

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768




**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Friday, January 13, 2023 7:07 AM
**To:** Donna Seoane <DSeoane@morrisbart.com>
**Cc:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Claim is under investigation. I need to speak with my client to confirm what took place.
Thank you


A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Donna Seoane <DSeoane@morrisbart.com>
**Sent:** Thursday, January 12, 2023 5:00 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Cc:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

CL # 1E01EO13670931

See attached Underinsured Motorist Demand for our client, Leyton Wint. This demand was previously sent on December 7, 2022 under a different claim number. We were not told until after this demand was presented to ESIS that

the original claim needed to be re filed.  The liability carrier has offered their policy limits, a copy of their offer is attached.  Once, you have reviewed this demand, please contact Mr. Ruiz to discuss settlement of this claim.

Also, please confirm receipt of this demand.

Donna Seoane
Paralegal to Jason Ruiz
Morris Bart, LTD.
1712 15ᵗʰ St., Ste. 300
Gulfport, MS  39501
P:  (228) 276-0315
F:  (866) 605-9303
E:  DSeoane@MorrisBart.com

This email (including any attachments) is intended for the designated recipient(s) only, and may be confidential, non-public, proprietary, and/or protected by the attorney-client or other privilege. Unauthorized reading, distribution, copying or other use of this communication is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) should not be deemed a waiver of any privilege or protection. If you are not the intended recipient or if you believe that you have received this email in error, please notify the sender immediately and delete all copies from your computer system without reading, saving, printing, forwarding or using it in any manner. Although it has been checked for viruses and other malicious software ("malware"), we do not warrant, represent or guarantee in any way that this communication is free of malware or potentially damaging defects. All liability for any actual or alleged loss, damage, or injury arising out of or resulting in any way from the receipt, opening or use of this email is expressly disclaimed.

**Jason Ruiz**

| | |
|---|---|
| **From:** | Singh, Johnny <MANINDERJIT.SINGH@esis.com> |
| **Sent:** | Monday, May 1, 2023 1:47 PM |
| **To:** | Jason Ruiz |
| **Subject:** | Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton |

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

The file is still in coverage.
The underwriter is not sending the complete UM/UIM endorsement forms.
Thank you

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Monday, May 1, 2023 1:05 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton

Johnny,

What is the status?

See below.

Jason

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Friday, April 7, 2023 7:04 AM
**To:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

We were waiting on the underwriter to provide the UM/UIM policy which the examiner finally got and is reviewing it.
Thank you

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Thursday, April 6, 2023 4:01 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton
**Importance:** High

Johnny,

**EXHIBIT**
13

Please reply to my inquiries below. You have had this file for nearly three months.

Jason

**From:** Jason Ruiz
**Sent:** Tuesday, March 14, 2023 8:18 AM
**To:** 'Singh, Johnny' <MANINDERJIT.SINGH@esis.com>
**Subject:** CL # 1E01EO13670931 -- Wint, Leyton

Johnny,

It's been another two weeks. What is the status? What is taking so long for this coverage deceision?

You have had this file for over two months now.

Jason

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Wednesday, March 1, 2023 12:42 PM
**To:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

We will get this resolved.  Everything is submitted we should have an after soon on this.
Thank you

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Wednesday, March 1, 2023 12:57 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton

Johnny,

I really hate to have to file suit on this. But we are getting nothing from ESIS and/or ACE. We do not have a policy. We do not have a coverage decision. We do not have consent to settle the underlying claim and/or waiver of subrogation, if any.

I get it that you are waiting for someone else to do their job. But this has gone on for a very long time now.

The underlying tortfeasor's policy limits have been offered. We have submitted proof of that. We have presented a UM demand. We have repeatedly asked for a copy of the policy and waiver of subrogation. Yet, nothing has been forthcoming.

Is there anything you or I can do to expedite the process? I would hate to file suit only to find out that there is no UM coverage. But once I file, I am, at the very least, automatically entitled to a copy of the policy. You will not even release that to us. That refusal alone, in Mississippi, is grounds for extracontractual damages.

Please tell me something to justify holding off on filing.

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax:  (866) 605-9303
MSB # 101768




**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Wednesday, March 1, 2023 9:26 AM
**To:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** RE: Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Yes that is correct Jason.
Thank you

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Tuesday, February 28, 2023 2:38 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** RE: Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton

This is what the Secretary of State's office shows:

| Name History | |
|---|---|
| **Name** | **Name Type** |
| ESIS, INC. | Legal |
| **Chubb Global Risk Advisors** | **Fictitious Name** |

See attached.

At any rate, the company you work for is "ESIS, INC." Is that correct?

Jason

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Tuesday, February 28, 2023 10:38 AM
**To:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

ESIS is a third party hired by Chubb.
Thank you



**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA  18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Tuesday, February 28, 2023 10:06 AM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton

Johnny,

Please reply to the email below.

**From:** Jason Ruiz
**Sent:** Thursday, February 23, 2023 1:28 PM
**To:** 'Singh, Johnny' <MANINDERJIT.SINGH@esis.com>
**Subject:** CL # 1E01EO13670931 -- Wint, Leyton

Johnny,

Please confirm that the legal name of your company is, "ESIS, INC." doing business as "Chubb Global Risk Advisors."

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768




**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Thursday, February 23, 2023 12:46 PM
**To:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 — Wint, Leyton

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Everything will be provided once I know coverage applies.
Thank you



**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Thursday, February 23, 2023 1:31 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton
**Importance:** High

Mr. Singh,

Please provide a copy of the insurance policy and the declarations page.

Please advise ACE American Insurance Company that we have requested this multiple times over the last year and that we are warning them that a bad faith lawsuit is coming due to their refusal to provide it.

*Advise them that this is what my BAD FAITH research shows me:*

i.    **Delay in Investigation**

In Mississippi, "an insurance company has a duty to the insured [MY CLIENT IS AN INSURED UNDER THIS POLICY] to make a reasonably prompt investigation of all relevant facts. It has a further duty, after an adequate investigation and a realistic evaluation of the claim, to tell the insured, its customer, the plain truth. And, if the insurance company cannot give its insured a valid reason for denying the claim, it has a final duty to promptly honor it." *Bankers Life & Cas. Co. vs. Crenshaw*, 483 So.2d 254, 276 (Miss 1985). Failure of an insurer to conduct an adequate investigation, standing alone, may give rise to punitive damages under Mississippi law. *Stewart*, 846 So. 2d 192, ¶¶ 45-46 (Miss. 2002) (affirming $500,000 in punitive damages on $3,500 in actual damages for, inter alia, failure to investigate despite the fact insured's claim form showed the claim was not covered – where further investigation would have shown otherwise); *see also Essinger v. Liberty Mut. Fire Ins. Co.*, 529 F.3d 264, 271 n.1 (5th Cir. 2008) (citation omitted) ("Inordinate delays in processing claims

and a failure to make a meaningful investigation have combined to create a jury question on bad faith.").

It is important to note that mere *delay* in investigating and paying a claim can result in punitive damages. Mississippi Courts "... have permitted claimants to recover damages on bad faith claims when resolution of an insurance claim is merely delayed rather than ultimately denied." *James v. State Farm Mut. Auto. Ins. Co.*, 743 F.3d 65, 69 (5th Cir. 2014) (citing T*ravelers Indem. Co. v. Wetherbee*, 368 So. 2d 829, 834–35 (Miss. 1979).

II.      **Non-Waiver of Subrogation**

We have asked multiple times that ACE waiver subrogation rights if any so that Mr. Wint can settle the underlying liability claim against the tortfeasor. None has been forthcoming. As per Mississippi law, your client cannot have a right of subrogation unless our client is made whole: **"An insurer is entitled to enforce its contractual right of subrogation after the insured has been fully compensated, or made whole for his loss ... the insurer is entitled to reimbursement from funds received by the insured from the third party when the insured receives more than the total of his or her loss."** *Hare v. State*, 733 So.2d 277, 281 (Miss. 1999). **The opinion goes on to say that "the made whole rule ... is not to be overridden by contractual language."** *Id.* Refusing to waive a meritless subrogation claim is grounds for punitive damages. See the case of *Valley Forge Ins. Co./CNA Ins. Co. v. Strickland*, 620 So.2d 535, 540 (Miss. 1993) wherein the Supreme Court upheld an award of punitive damages based on an insurance company's unwillingness to waive subrogation. The insurer owes its insured a duty not to interfere with her recovery of amounts due to her. The duty transcends the contract and was breached with the assertion and refusal to withdraw a meritless subrogation claim. Although not technically bad faith, the breach is egregious enough to warrant punitive damages.

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768

 

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Thursday, February 23, 2023 10:50 AM
**To:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Good morning Jason,
I provided all the necessary details it is being worked on.
Thank you


A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Thursday, February 23, 2023 9:52 AM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton

Johnny,

It's been well over a month since I first talked to you on this. Please provide the policy documents so that I can assess for my self whether UM applies.

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768




MORRIS
BART
ATTORNEYS AT LAW

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Wednesday, February 8, 2023 7:42 AM
**To:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hello,
From my last convo with the carrier they are checking with in house attorney and underwriter too see if UM will apply and if the client purchased that coverage or any other coverage that may cover injuries for your client.
Thank you

# ESIS®
A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Tuesday, February 7, 2023 5:53 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton
**Importance:** High

Johnny,

It's been another week. Any response from Ace? I need a response to our demand and waiver of subrogation.

See below.

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Monday, January 30, 2023 11:08 AM
**To:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

No, I sent the follow up email to the head at ACE who handles this account to review or assign someone to review coverage.
Thank you


**ESIS**
A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Monday, January 30, 2023 11:55 AM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton

Johnny,

I understand that you are doing your part. We are grateful for your efforts in the matter.

Is there any status at all from Ace?

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768

 

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Monday, January 30, 2023 10:10 AM
**To:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Good morning Jason,
I have sent several follow ups to the carrier to expediate it.  I have told them you have been extremely patient.
Thank you


A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Thursday, January 26, 2023 5:45 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton

Mr. Singh,

Another 9 days have gone by.

We have not received a copy of the declaration page or policy documents. Please provide those so that we can evaluate the claim for ourselves.

In addition, please confirm if the claim is approved for coverage.

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct:  (228) 276-0302
Fax:  (866) 605-9303
MSB # 101768

  

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Tuesday, January 17, 2023 1:46 PM
**To:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Yes and I will submitted for coverage approval to them.
Thank you


A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA  18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Tuesday, January 17, 2023 2:33 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton

Per our conversation, the uninsured motorist carrier is Ace American Insurance Company. Please confirm this is the correct legal name.

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768

 

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Tuesday, January 17, 2023 1:16 PM
**To:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hello,
Based on my initial report, the individual listed on the subject line works for our employer TRP CONSTRUCTION GROUP, LLC.
Now if he has sustained injuries he needs to report it to the other carrier. If he still needs treatment he should report to his employer for WC.
The UM policy is large since this is a commercial account. I cannot disclose the figure since I will not handle any injuries.
Thank you


A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716

Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Tuesday, January 17, 2023 2:11 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton

Mr. Singh,

My client's name is on the subject line of every email that I have sent you, including this one. It is on every letter of representation that we have sent in. It is on the demand that we sent. It is on every piece of correspondence.

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768

 

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Tuesday, January 17, 2023 10:39 AM
**To:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Who is your client?
Thank you


**ESIS**
A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Tuesday, January 17, 2023 11:24 AM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:
**Importance:** High

Mr. Singh,

**Please confirm the name of the UM Underwriter/Carrier, the existence of UM coverage and the amount.**

**Please provide a copy of the declarations page and the policy.**

I have requested these items a number of times.

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768




MORRIS
BART
ATTORNEYS AT LAW

**From:** Jason Ruiz
**Sent:** Friday, January 13, 2023 11:43 AM

**To:** 'Singh, Johnny' <MANINDERJIT.SINGH@esis.com>; Donna Seoane <dseoane@morrisbart.com>
**Subject:** CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

Wow. Considering the hours that we've spent on the phone. That is amazing.

We've sent the police report and provided a demand package for UM including proof of the liability limits being offered and proof of those limits. Please let me know if you have any questions once you review the material.

As for the process, Donna can fill you in if you want that if you want to call her. It's way too much to type. And we just want to move forward.

**In the meantime, please confirm the existence of UM coverage and the amount.**

**Please provide a copy of the declarations page and the policy as well as the name of the underwriting.**

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct:  (228) 276-0302
Fax:  (866) 605-9303
MSB # 101768

   

**MORRIS BART**
ATTORNEYS AT LAW

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Friday, January 13, 2023 11:40 AM
**To:** Jason Ruiz <JRuiz@morrisbart.com>; Donna Seoane <DSeoane@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Entire thing.  All I have is a statement.
Insured was driving and was rear ended by IV. Insured employee driver Leyton Wint at 770-343-1866.

Does Leyton Wint work for TRP Construction?
Thank you

**ESIS**
A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA  18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Friday, January 13, 2023 12:38 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>; Donna Seoane <DSeoane@morrisbart.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

Hi,

Which part? The wreck? The process of getting it to Esis?

If you have any questions, comment or concerns, or, if I can be of further assistance with this
or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you
need immediate assistance or do not receive a timely response from me. In addition, we strive
to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct:  (228) 276-0302
Fax:  (866) 605-9303
MSB # 101768

 

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Friday, January 13, 2023 10:31 AM

**To:** Jason Ruiz <JRuiz@morrisbart.com>; Donna Seoane <DSeoane@morrisbart.com>
**Subject:** [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hello,
What exactly took place?  I am trying to confirm this with my client as well.
Thank you


A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA  18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Friday, January 13, 2023 10:26 AM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>; Donna Seoane <DSeoane@morrisbart.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:
**Importance:** High

Mr. Singh,

I cannot begin to tell you the enormous effort to get this claim setup. This claim was originally setup in May of last year. See the attached document that we received from *your company*, Esis, concerning this matter. It was never acknowledged and my paralegal has been following up on it daily for the last two weeks.

We have not even been able to confirm the actual name of the underwriter and are at a point of filing a bad faith claim against John Doe Ins Co with intentions of substituting your client's name once we find out. All of this is to ask that you make the claim a priority.

**While you are investigating it and subject to the conclusion of such, please confirm the existence of UM coverage and the amount.**

**Please provide a copy of the declarations page and the policy as well as the name of the underwriting.**

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax:  (866) 605-9303
MSB # 101768

 

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Friday, January 13, 2023 7:07 AM
**To:** Donna Seoane <DSeoane@morrisbart.com>
**Cc:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Claim is under investigation.  I need to speak with my client to confirm what took place.
Thank you


A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA  18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Donna Seoane <DSeoane@morrisbart.com>
**Sent:** Thursday, January 12, 2023 5:00 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Cc:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

CL # 1E01EO13670931

See attached Underinsured Motorist Demand for our client, Leyton Wint.  This demand was previously sent on December 7, 2022 under a different claim number.  We were not told until after this demand was presented to ESIS that

the original claim needed to be re filed.  The liability carrier has offered their policy limits, a copy of their offer is attached.  Once, you have reviewed this demand, please contact Mr. Ruiz to discuss settlement of this claim.

Also, please confirm receipt of this demand.


Donna Seoane
Paralegal to Jason Ruiz
Morris Bart, LTD.
1712 15ᵗʰ St., Ste. 300
Gulfport, MS  39501
P:  (228) 276-0315
F:  (866) 605-9303
E:  DSeoane@MorrisBart.com

---

This email (including any attachments) is intended for the designated recipient(s) only, and may be confidential, non-public, proprietary, and/or protected by the attorney-client or other privilege. Unauthorized reading, distribution, copying or other use of this communication is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) should not be deemed a waiver of any privilege or protection. If you are not the intended recipient or if you believe that you have received this email in error, please notify the sender immediately and delete all copies from your computer system without reading, saving, printing, forwarding or using it in any manner. Although it has been checked for viruses and other malicious software ("malware"), we do not warrant, represent or guarantee in any way that this communication is free of malware or potentially damaging defects. All liability for any actual or alleged loss, damage, or injury arising out of or resulting in any way from the receipt, opening or use of this email is expressly disclaimed.

**Donna Seoane**

| | |
|---|---|
| **From:** | Singh, Johnny <MANINDERJIT.SINGH@esis.com> |
| **Sent:** | Monday, May 8, 2023 10:30 AM |
| **To:** | Jason Ruiz |
| **Subject:** | Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton |

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

I cannot confirm any of this.
Thank you

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Monday, May 8, 2023 10:09 AM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton

Johnny,

Can you, at least, confirm that the UM carrier is not pursuing subrogation so we can settle the underlying liability claim?

If you have any questions, comments or concerns, please do not hesitate to reach out to me or my assistant, Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com.

Best regards,
Jason

P.S.: In addition, please be advised that we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768




MORRIS
BART!
ATTORNEYS AT LAW

EXHIBIT
14

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Monday, May 8, 2023 11:47 AM

**To:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

The file is still in coverage.
The underwriter is not sending the complete UM/UIM endorsement forms.
Thank you

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Monday, May 1, 2023 1:05 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton

Johnny,

What is the status?

See below.

Jason

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Friday, April 7, 2023 7:04 AM
**To:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

We were waiting on the underwriter to provide the UM/UIM policy which the examiner finally got and is reviewing it.
Thank you

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Thursday, April 6, 2023 4:01 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton
**Importance:** High

Johnny,

Please reply to my inquiries below. You have had this file for nearly three months.

Jason

**From:** Jason Ruiz
**Sent:** Tuesday, March 14, 2023 8:18 AM
**To:** 'Singh, Johnny' <MANINDERJIT.SINGH@esis.com>
**Subject:** CL # 1E01EO13670931 -- Wint, Leyton

Johnny,

It's been another two weeks. What is the status? What is taking so long for this coverage deceision?

You have had this file for over two months now.

Jason

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Wednesday, March 1, 2023 12:42 PM
**To:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

We will get this resolved.  Everything is submitted we should have an after soon on this.
Thank you

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Wednesday, March 1, 2023 12:57 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton

Johnny,

I really hate to have to file suit on this. But we are getting nothing from ESIS and/or ACE. We do not have a policy. We do not have a coverage decision. We do not have consent to settle the underlying claim and/or waiver of subrogation, if any.

I get it that you are waiting for someone else to do their job. But this has gone on for a very long time now.

The underlying tortfeasor's policy limits have been offered. We have submitted proof of that. We have presented a UM demand. We have repeatedly asked for a copy of the policy and waiver of subrogation. Yet, nothing has been forthcoming.

Is there anything you or I can do to expedite the process? I would hate to file suit only to find out that there is no UM coverage. But once I file, I am, at the very least, automatically entitled

to a copy of the policy. You will not even release that to us. That refusal alone, in Mississippi, is grounds for extracontractual damages.

Please tell me something to justify holding off on filing.

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768




**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Wednesday, March 1, 2023 9:26 AM
**To:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** RE: Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Yes that is correct Jason.
Thank you

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Tuesday, February 28, 2023 2:38 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** RE: Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton

This is what the Secretary of State's office shows:

Name History

| Name | Name Type |
|------|-----------|
| ESIS, INC. | Legal |
| Chubb Global Risk Advisors | Fictitious Name |

See attached.

At any rate, the company you work for is "ESIS, INC." Is that correct?

Jason

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Tuesday, February 28, 2023 10:38 AM
**To:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

ESIS is a third party hired by Chubb.
Thank you


A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Tuesday, February 28, 2023 10:06 AM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton

Johhny,

Please reply to the email below.

**From:** Jason Ruiz
**Sent:** Thursday, February 23, 2023 1:28 PM
**To:** 'Singh, Johnny' <MANINDERJIT.SINGH@esis.com>
**Subject:** CL # 1E01EO13670931 -- Wint, Leyton

Johnny,

Please confirm that the legal name of your company is, "ESIS, INC." doing business as "Chubb Global Risk Advisors."

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768

 

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Thursday, February 23, 2023 12:46 PM
**To:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Everything will be provided once I know coverage applies.
Thank you



**ESIS**
A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Thursday, February 23, 2023 1:31 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton
**Importance:** High

Mr. Singh,

Please provide a copy of the insurance policy and the declarations page.

Please advise ACE American Insurance Company that we have requested this multiple times over the last year and that we are warning them that a bad faith lawsuit is coming due to their refusal to provide it.

*Advise them that this is what my BAD FAITH research shows me:*

i.   **Delay in Investigation**

In Mississippi, "an insurance company has a duty to the insured [MY CLIENT IS AN INSURED UNDER THIS POLICY] to make a reasonably prompt investigation of all relevant facts. It has a further duty, after an adequate investigation and a realistic evaluation of the claim, to tell the insured, its customer, the plain truth. And, if the insurance company cannot give its insured a valid reason for denying the claim, it has a final duty to promptly honor it." *Bankers Life & Cas. Co. vs. Crenshaw*, 483 So.2d 254, 276 (Miss 1985). Failure of an insurer to conduct an adequate investigation, standing alone, may give rise to punitive damages under Mississippi law. *Stewart*, 846 So. 2d 192, ¶¶ 45-46 (Miss. 2002) (affirming $500,000 in punitive damages on $3,500 in actual damages for, inter alia, failure to investigate despite the fact insured's claim form showed the claim was not covered – where further investigation would have revealed otherwise). ~~Case 24CI1:23-cv-00167    Document #: 11-4Essential.05/12/2023ut. Page 7 of 21~~, 529

F.3d 264, 271 n.1 (5th Cir. 2008) (citation omitted) ("Inordinate delays in processing claims and a failure to make a meaningful investigation have combined to create a jury question on bad faith.").

It is important to note that mere *delay* in investigating and paying a claim can result in punitive damages. Mississippi Courts "... have permitted claimants to recover damages on bad faith claims when resolution of an insurance claim is merely delayed rather than ultimately denied." *James v. State Farm Mut. Auto. Ins. Co.*, 743 F.3d 65, 69 (5th Cir. 2014) (citing T*ravelers Indem. Co. v. Wetherbee*, 368 So. 2d 829, 834–35 (Miss. 1979).

II.    **Non-Waiver of Subrogation**

We have asked multiple times that ACE waiver subrogation rights if any so that Mr. Wint can settle the underlying liability claim against the tortfeasor. None has been forthcoming. As per Mississippi law, your client cannot have a right of subrogation unless our client is made whole: "**An insurer is entitled to enforce its contractual right of subrogation after the insured has been fully compensated, or made whole for his loss ... the insurer is entitled to reimbursement from funds received by the insured from the third party when the insured receives more than the total of his or her loss.**" *Hare v. State*, 733 So.2d 277, 281 (Miss. 1999). **The opinion goes on to say that "the made whole rule ... is not to be overridden by contractual language.**" *Id.* Refusing to waive a meritless subrogation claim is grounds for punitive damages. See the case of *Valley Forge Ins. Co./CNA Ins. Co. v. Strickland*, 620 So.2d 535, 540 (Miss. 1993) wherein the Supreme Court upheld an award of punitive damages based on an insurance company's unwillingness to waive subrogation. The insurer owes its insured a duty not to interfere with her recovery of amounts due to her. The duty transcends the contract and was breached with the assertion and refusal to withdraw a meritless subrogation claim. Although not technically bad faith, the breach is egregious enough to warrant punitive damages.

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768





**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Thursday, February 23, 2023 10:50 AM
**To:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Good morning Jason,
I provided all the necessary details it is being worked on.
Thank you


A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Thursday, February 23, 2023 9:52 AM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton

Johnny,

It's been well over a month since I first talked to you on this. Please provide the policy documents so that I can assess for my self whether UM applies.

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768

 

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Wednesday, February 8, 2023 7:42 AM
**To:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hello,
From my last convo with the carrier they are checking with in house attorney and underwriter too see if UM will apply and if the client purchased that coverage or any other coverage that may cover injuries for your client.
Thank you


A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Tuesday, February 7, 2023 5:53 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton
**Importance:** High

Johnny,

It's been another week. Any response from Ace? I need a response to our demand and waiver of subrogation.

See below.

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Monday, January 30, 2023 11:08 AM
**To:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

No, I sent the follow up email to the head at ACE who handles this account to review or assign someone to review coverage.
Thank you


A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Monday, January 30, 2023 11:55 AM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton

Johnny,

I understand that you are doing your part. We are grateful for your efforts in the matter.

Is there any status at all from Ace?

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768

 

MORRIS
BART
ATTORNEYS AT LAW

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Monday, January 30, 2023 10:10 AM
**To:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Good morning Jason,
I have sent several follow ups to the carrier to expediate it. I have told them you have been extremely patient.
Thank you


A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Thursday, January 26, 2023 5:45 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton

Mr. Singh,

Another 9 days have gone by.

We have not received a copy of the declaration page or policy documents. Please provide those so that we can evaluate the claim for ourselves.

In addition, please confirm if the claim is approved for coverage.

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct:  (228) 276-0302
Fax:  (866) 605-9303
MSB # 101768




**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Tuesday, January 17, 2023 1:46 PM
**To:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Yes and I will submitted for coverage approval to them.
Thank you


A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Tuesday, January 17, 2023 2:33 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton

Per our conversation, the uninsured motorist carrier is Ace American Insurance Company. Please confirm this is the correct legal name.

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768




**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Tuesday, January 17, 2023 1:16 PM
**To:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hello,
Based on my initial report, the individual listed on the subject line works for our employer TRP CONSTRUCTION GROUP, LLC.
Now if he has sustained injuries he needs to report it to the other carrier. If he still needs treatment he should report to his employer for WC.
The UM policy is large since this is a commercial account. I cannot disclose the figure since I will not handle any injuries.
Thank you

**ESIS˙**
A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6886 Ext.302 476-6809 Fax: 800-261-4781

Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Tuesday, January 17, 2023 2:11 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton

Mr. Singh,

My client's name is on the subject line of every email that I have sent you, including this one. It is on every letter of representation that we have sent in. It is on the demand that we sent. It is on every piece of correspondence.

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax:  (866) 605-9303
MSB # 101768




**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Tuesday, January 17, 2023 10:39 AM
**To:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Who is your client?
Thank you


**ESIS**
A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Tuesday, January 17, 2023 11:24 AM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:
**Importance:** High

Mr. Singh,

**Please confirm the name of the UM Underwriter/Carrier, the existence of UM coverage and the amount.**

**Please provide a copy of the declarations page and the policy.**

I have requested these items a number of times.

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768

   

MORRIS
BART
ATTORNEYS AT LAW

**From:** Jason Ruiz
**Sent:** Friday, January 13, 2023 11:43 AM
**To:** 'Singh, Johnny' <MANINDERJIT.SINGH@esis.com>; Donna Seoane <dseoane@morrisbart.com>
**Subject:** CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

Wow. Considering the hours that we've spent on the phone. That is amazing.

We've sent the police report and provided a demand package for UM including proof of the liability limits being offered and proof of those limits. Please let me know if you have any questions once you review the material.

As for the process, Donna can fill you in if you want that if you want to call her. It's way too much to type. And we just want to move forward.

**In the meantime, please confirm the existence of UM coverage and the amount.**

**Please provide a copy of the declarations page and the policy as well as the name of the underwriting.**

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768




**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Friday, January 13, 2023 11:40 AM
**To:** Jason Ruiz <JRuiz@morrisbart.com>; Donna Seoane <DSeoane@morrisbart.com>
**Subject:** Wint, Leyton 4/22/2022 1E01EO13670931 22-2479MS: [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Entire thing. All I have is a statement.
Insured was driving and was rear ended by IV. Insured employee driver Leyton Wint at 770-343-1866.

Does Leyton Wint work for TRP Construction?
Thank you

**ESIS**
A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA  18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Friday, January 13, 2023 12:38 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>; Donna Seoane <DSeoane@morrisbart.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

Hi,

Which part? The wreck? The process of getting it to Esis?

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you need immediate assistance or do not receive a timely response from me. In addition, we strive to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax:  (866) 605-9303
MSB # 101768

 

**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Friday, January 13, 2023 10:31 AM
**To:** Jason Ruiz <JRuiz@morrisbart.com>; Donna Seoane <DSeoane@morrisbart.com>
**Subject:** [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hello,
What exactly took place? I am trying to confirm this with my client as well.
Thank you



**ESIS**
A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Jason Ruiz <JRuiz@morrisbart.com>
**Sent:** Friday, January 13, 2023 10:26 AM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>; Donna Seoane <DSeoane@morrisbart.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:
**Importance:** High

Mr. Singh,

I cannot begin to tell you the enormous effort to get this claim setup. This claim was originally setup in May of last year. See the attached document that we received from *your company*, Esis, concerning this matter. It was never acknowledged and my paralegal has been following up on it daily for the last two weeks.

We have not even been able to confirm the actual name of the underwriter and are at a point of filing a bad faith claim against John Doe Ins Co with intentions of substituting your client's name once we find out. All of this is to ask that you make the claim a priority.

**While you are investigating it and subject to the conclusion of such, please confirm the existence of UM coverage and the amount.**

**Please provide a copy of the declarations page and the policy as well as the name of the underwriting.**

If you have any questions, comment or concerns, or, if I can be of further assistance with this or anything else, please do not hesitate to reach out to me or Donna.

Best regards,
Jason

P.S.: You may contact Donna Seoane at (228) 276-0315 or DSeoane@MorrisBart.com if you
need immediate assistance or do not receive a timely response from me. In addition, we strive
to be paperless. PDFs are preferred for documents.

**Jason Ruiz**
MorrisBart, LTD
1712 15th St. Ste 300
Gulfport, MS 39501
Direct: (228) 276-0302
Fax: (866) 605-9303
MSB # 101768




**From:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Sent:** Friday, January 13, 2023 7:07 AM
**To:** Donna Seoane <DSeoane@morrisbart.com>
**Cc:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** [EXTERNAL]RE: CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking
links, especially from unknown senders.

Claim is under investigation.  I need to speak with my client to confirm what took place.
Thank you


A Chubb Company

**Maninderjit (Johnny) Singh**
Claims Associate, AGL

P.O. Box 5127 Scranton, PA 18505-0559
O 800-426-6800 Ext:302-476-6849 Fax: 800-261-4716
Maninderjit.Singh@esis.com

**From:** Donna Seoane <DSeoane@morrisbart.com>
**Sent:** Thursday, January 12, 2023 5:00 PM
**To:** Singh, Johnny <MANINDERJIT.SINGH@esis.com>
**Cc:** Jason Ruiz <JRuiz@morrisbart.com>
**Subject:** [EXTERNAL] CL # 1E01EO13670931 -- Wint, Leyton 4/22/2022 22-2479MS:

CL # 1E01EO13670931

See attached Underinsured Motorist Demand for our client, Leyton Wint. This demand was previously sent on December 7, 2022 under a different claim number. We were not told until after this demand was presented to ESIS that the original claim needed to be re filed. The liability carrier has offered their policy limits, a copy of their offer is attached. Once, you have reviewed this demand, please contact Mr. Ruiz to discuss settlement of this claim.

Also, please confirm receipt of this demand.

Donna Seoane
Paralegal to Jason Ruiz
Morris Bart, LTD.
1712 15ᵗʰ St., Ste. 300
Gulfport, MS 39501
P: (228) 276-0315
F: (866) 605-9303
E: DSeoane@MorrisBart.com

---

This email (including any attachments) is intended for the designated recipient(s) only, and may be confidential, non-public, proprietary, and/or protected by the attorney-client or other privilege. Unauthorized reading, distribution, copying or other use of this communication is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) should not be deemed a waiver of any privilege or protection. If you are not the intended recipient or if you believe that you have received this email in error, please notify the sender immediately and delete all copies from your computer system without reading, saving, printing, forwarding or using it in any manner. Although it has been checked for viruses and other malicious software ("malware"), we do not warrant, represent or guarantee in any way that this communication is free of malware or potentially damaging defects. All liability for any actual or alleged loss, damage, or injury arising out of or resulting in any way from the receipt, opening or use of this email is expressly disclaimed.

## COVER SHEET
### Civil Case Filing Form
*(To be completed by Attorney/Party*
*Prior to Filing of Pleading)*

**Court Identification Docket #**

| County # | Judicial District | Court ID (CH, CL, CO) | Case Year | Docket Number |
|---|---|---|---|---|

2 4 | 1 | C 1 | 2 0 2 3 | Local Docket ID

0 5 1 2 2 3

| Month | Date | Year |

Mississippi Supreme Court    Form AOC/01
Administrative Office of Courts    (Rev 2020)

This area to be completed by clerk    **Case Number if filed prior to 1/1/94**

---

In the **CIRCUIT**    Court of **HARRISON**    County —    **FIRST** Judicial District

**Origin of Suit (Place an "X" in one box only)**

☐ Initial Filing    ☐ Reinstated    ☐ Foreign Judgment Enrolled    ☐ Transfer from Other court    ☐ Other
☐ Remanded    ☐ Reopened    ☐ Joining Suit/Action    ☐ Appeal

**Plaintiff - Party(ies) Initially Bringing Suit Should Be Entered First - Enter Additional Plaintiffs on Separate Form**

Individual **Wint** | **Leyton** | | **L** |

Last Name | First Name | Maiden Name, if applicable | M.I. | Jr/Sr/III/IV

_____ Check ( x ) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____

_____ Check ( x ) if Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity
D/B/A or Agency _____

**Business**

Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated

_____ Check ( x ) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below:
D/B/A _____

**Address of Plaintiff** 4759 Saddle Ridge Rd., Powder Springs, GA 30127

**Attorney (Name & Address)** Jason Ruiz, Morris Bart LTD, 1712 15th St Ste 300 Gulfport MS 39501    **MS Bar No.** 101768

_____ Check ( x ) if Individual Filing Initial Pleading is NOT an attorney

Signature of Individual Filing: _____

**Defendant - Name of Defendant - Enter Additional Defendants on Separate Form**

Individual

Last Name | First Name | Maiden Name, if applicable | M.I. | Jr/Sr/III/IV

_____ Check ( x ) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____

_____ Check ( x ) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A or Agency _____

**Business**

Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated

_____ Check ( x ) if Business Defendant is acting in the name of an entity other than the above, and enter below:
D/B/A _____

**Attorney (Name & Address) - If Known** _____    **MS Bar No.** _____

---

_____ Check ( x ) if child support is contemplated as an issue in this suit.*
*If checked, please submit completed Child Support Information Sheet with this Cover Sheet

**Nature of Suit (Place an "X" in one box only)**

| Domestic Relations | Business/Commercial | Children/Minors - Non-Domestic | Real Property |
|---|---|---|---|
| ☐ Child Custody/Visitation | ☐ Accounting (Business) | ☐ Adoption - Contested | ☐ Adverse Possession |
| ☐ Child Support | ☐ Business Dissolution | ☐ Adoption - Uncontested | ☐ Ejectment |
| ☐ Contempt | ☐ Debt Collection | ☐ Consent to Abortion | ☐ Eminent Domain |
| ☐ Divorce:Fault | ☐ Employment | ☐ Minor Removal of Minority | ☐ Eviction |
| ☐ Divorce: Irreconcilable Diff. | ☐ Foreign Judgment | ☐ Other | ☐ Judicial Foreclosure |
| ☐ Domestic Abuse | ☐ Garnishment | **Civil Rights** | ☐ Lien Assertion |
| ☐ Emancipation | ☐ Replevin | ☐ Elections | ☐ Partition |
| ☐ Modification | ☐ Other | ☐ Expungement | ☐ Tax Sale: Confirm/Cancel |
| ☐ Paternity | **Probate** | ☐ Habeas Corpus | ☐ Title Boundary or Easement |
| ☐ Property Division | ☐ Accounting (Probate) | ☐ Post Conviction Relief/Prisoner | ☐ Other |
| ☐ Separate Maintenance | ☐ Birth Certificate Correction | ☐ Other | **Torts** |
| ☐ Term. of Parental Rights-Chancery | ☐ Mental Health Commitment | **Contract** | ☒ Bad Faith |
| ☐ UIFSA (eff 7/1/97; formerly URESA) | ☐ Conservatorship | ☐ Breach of Contract | ☐ Fraud |
| ☐ Other | ☐ Guardianship | ☐ Installment Contract | ☐ Intentional Tort |
| **Appeals** | ☐ Joint Conservatorship & Guardianship | ☐ Insurance | ☐ Loss of Consortium |
| ☐ Administrative Agency | ☐ Heirship | ☐ Specific Performance | ☐ Malpractice - Legal |
| ☐ County Court | ☐ Intestate Estate | ☐ Other | ☐ Malpractice - Medical |
| ☐ Hardship Petition (Driver License) | ☐ Minor's Settlement | **Statutes/Rules** | ☐ Mass Tort |
| ☐ Justice Court | ☐ Muniment of Title | ☐ Bond Validation | ☐ Negligence - General |
| ☐ MS Dept Employment Security | ☐ Name Change | ☐ Civil Forfeiture | ☒ Negligence - Motor Vehicle |
| ☐ Municipal Court | ☐ Testate Estate | ☐ Declaratory Judgment | ☐ Premises Liability |
| ☐ Other | ☐ Will Contest | ☐ Injunction or Restraining Order | ☐ Product Liability |
| | ☐ Alcohol/Drug Commitment (voluntary) | ☐ Other | ☐ Subrogation |
| | | | ☐ Wrongful Death |
| | | | ☐ Other |

☐ Alcohol/Drug Commitment (voluntary)
☐ Other

IN THE CIRCUIT ☑ COURT OF HARRISON ☑ COUNTY, MISSISSIPPI

FIRST ☑ JUDICIAL DISTRICT, CITY OF _____

Docket No. 2023 - 167    2A\61    Docket No. If Filed
 File Yr    Chronological No.    Clerk's Local ID    Prior to 1/1/94 _____

**DEFENDANTS IN REFERENCED CAUSE - Page 1 of __ Defendants Pages**
**IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET**

**Defendant #2:**

**Individual:** Bartholomew _____ Dillon _____ ( _____ ) R _____
 Last Name    First Name    Maiden Name, if Applicable    Middle Init.    Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

 Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

 D/B/A _____

**Business** Address of Defendant: 10424 Autumn Dr., Gulfport, MS  39503 _____
 Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

 D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar # or Name: _____    Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Defendant #3:**

**Individual:** _____ _____ ( _____ ) _____
 Last Name    First Name    Maiden Name, if Applicable    Middle Init.    Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

 Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

 D/B/A _____

**Business** ACE American Insurance, Reg Agent, CT Corporation Sustem of MS _____
 Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

 D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar # or Name: _____    Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Defendant #4:**

**Individual:** _____ _____ ( _____ ) _____
 Last Name    First Name    Maiden Name, if Applicable    Middle Init.    Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

 Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

 D/B/A _____

**Business** _____
 Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the above, and enter below:

 D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar # or Name: _____    Pro Hac Vice (✓)___ Not an Attorney(✓)___

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Leyton Lloyd George Wint

**(b)** County of Residence of First Listed Plaintiff   Cobb County, GA
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Jason Ruiz, 1712 15th Street, Suite 300, Gulfport, MS 39501- (228)276-0302

## DEFENDANTS

Dillon Ray Bartholomew and ACE American Insurance Company

County of Residence of First Listed Defendant   Harrison, MS
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

Michael R. Moore and John A. Banahan

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1  U.S. Government Plaintiff
- [ ] 2  U.S. Government Defendant
- [ ] 3  Federal Question *(U.S. Government Not a Party)*
- [x] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [x] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [x] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

### CONTRACT
- [x] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

### REAL PROPERTY
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

### TORTS

**PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

### CIVIL RIGHTS
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

### PRISONER PETITIONS
**Habeas Corpus:**
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty
**Other:**
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

### FORFEITURE/PENALTY
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

### LABOR
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

### IMMIGRATION
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

### BANKRUPTCY
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

### INTELLECTUAL PROPERTY RIGHTS
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

### SOCIAL SECURITY
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

### FEDERAL TAX SUITS
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
U.S.C. §§1332, 1441, 1446

Brief description of cause:
Insurance Contract

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  [ ] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE
June 9, 2023

SIGNATURE OF ATTORNEY OF RECORD
/s/ Michael R. Moore

**FOR OFFICE USE ONLY**

RECEIPT #  5135199   AMOUNT  $402.00   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____